# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

 SLP

Petty ☐ Misdemeanor ☐ Felony ☑ USAO No.: _____ Case No.: CR-20-240-

Charging Document: **Indictment** No. of Defendants: 3 Total No. of Counts: 25 Sealed: Y ☐ N ☑

Forfeiture: Y ☑ N ☐  OCDETF: Y ☐ N ☑  Warrant: ☑  Summons: ☐  Notice: ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:** By: _____

| | |
|---|---|
| Name: **BOBBY CHRIS MAYES** | |
| Alias(es): | Address: NORMAN, OK 73072 |
| | FBI No.: |
| DOB: xx/xx/1971  SSN: xxx-xx-5883 | Race: White  Interpreter: Y ☐ N ☑ |
| Sex: M ☐ F ☑  Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE PROCEEDINGS:**

☑ Not in Custody    ☐ Detention Requested    Complaint: Y ☐ N ☑
☑ Type of Bond: Unsecured    Magistrate Case No.: MJ-
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____    Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender  Name: Vicki Zemp Behenna    AUSA: K. McKenzie Anderson
☐ CJA Panel  Address: 210 Park Ave., #3030    Agent/Agency: Tim Schmitz/FBI
☑ Retained  Oklahoma City, OK 73102
  Phone: (405) 232-3800    Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy | NMT 30 yrs imprisonment; $1,000,000 fine, o/b; NMT 5 yrs SR; $100 SA |
| 2-13 | 18 U.S.C. § 1343<br>18 U.S.C. § 2 | Wire Fraud<br>Aid and Abet | NMT 20 yrs imprisonment; $250,000 fine, o/b; NMT 5 yrs SR; $100 SA |
| 14-19 | 18 U.S.C. § 513(a)<br>18 U.S.C. § 2 | Uttering Forged Security<br>Aid and Abet | NMT 10 yrs imprisonment; $250,000 fine, o/b; 3 yrs SR; $1000 SA |
| 20-25 | 18 U.S.C. § 1028A(a)(1)<br>18 U.S.C. § 2 | Aggravated Identity Theft<br>Aid and Abet | 2 yrs imprisonment to run consecutive with any other term of imprisonment; $250,000 fine; $100 SA |

Signature of AUSA: s/K. McKenzie Anderson    Date: 09/16/2020

**CLEAR ALL**    **PRINT FORM**    3/19

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name: **BOBBY CHRIS MAYES**

### CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| Forfeiture Allegations | 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461 | Criminal Forfeiture | |

**RECEIVED**
SEP 1 6 2020
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/K. McKenzie Anderson

Date: 09/16/2020