## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  CR-20-240-F |
| | ) | |
| BOBBY CHRIS MAYES, CHARLES | ) | |
| GOOCH, and COURTNEY WELLS, | ) | |
| | ) | |
| Defendants. | ) | |

### VERDICT

We, the jury, being duly sworn and upon our oaths, find as follows with respect to the crimes charged against the defendant, BOBBY CHRIS MAYES:

**Count 1 (conspiracy):**　　　　　**Not Guilty** _____

**Guilty** __√___

........................................................................................................

**Count 2 (wire fraud):**　　　　　**Not Guilty** _____

**Guilty** __√___

........................................................................................................

**Count 3 (wire fraud):**　　　　　**Not Guilty** _____

**Guilty** __√___

........................................................................................................

**Count 4 (wire fraud):**　　　　　**Not Guilty** _____

**Guilty** __√___

........................................................................................................

**Count 5 (wire fraud):**                Not Guilty  _____

                                         Guilty  ___✓___

..............................................................................................

**Count 6 (wire fraud):**                Not Guilty  _____

                                         Guilty  ___✓___

..............................................................................................

**Count 7 (wire fraud):**                Not Guilty  _____

                                         Guilty  ___✓___

..............................................................................................

**Count 8 (wire fraud):**                Not Guilty  _____

                                         Guilty  ___✓___

..............................................................................................

**Count 9 (wire fraud):**                Not Guilty  _____

                                         Guilty  ___✓___

..............................................................................................

**Count 10 (wire fraud):**               Not Guilty  _____

                                         Guilty  ___✓___

..............................................................................................

**Count 11 (wire fraud):**               Not Guilty  _____

                                         Guilty  ___✓___

..............................................................................................

**Count 12 (wire fraud):**　　　　　　　**Not Guilty** _____

　　　　　　　　　　　　　　　　　　　**Guilty** ___✓___

..................................................................................

**Count 13 (wire fraud):**　　　　　　　**Not Guilty** _____

　　　　　　　　　　　　　　　　　　　**Guilty** ___✓___

..................................................................................

**Count 14 (uttering forged security):**　　**Not Guilty** _____

　　　　　　　　　　　　　　　　　　　**Guilty** ___✓___

..................................................................................

**Count 15 (uttering forged security):**　　**Not Guilty** _____

　　　　　　　　　　　　　　　　　　　**Guilty** ___✓___

..................................................................................

**Count 16 (uttering forged security):**　　**Not Guilty** _____

　　　　　　　　　　　　　　　　　　　**Guilty** ___✓___

..................................................................................

**Count 17 (uttering forged security):**　　**Not Guilty** _____

　　　　　　　　　　　　　　　　　　　**Guilty** ___✓___

..................................................................................

**Count 18 (uttering forged security):**　　**Not Guilty** _____

　　　　　　　　　　　　　　　　　　　**Guilty** ___✓___

..................................................................................

**Count 19 (uttering forged security):**　　**Not Guilty** _____

　　　　　　　　　　　　　　　　　　　**Guilty** ___✓___

..................................................................................

*(Consistent with the guidance in instruction no. 31, if you find the defendant not guilty with respect to both count 3 and count 14, then you must completely disregard count 20 and return no verdict at all with respect to count 20 and proceed to count 21.)*

**Count 20 (aggravated identity theft):**     **Not Guilty** _____

Guilty ___✓___

...................................................................................................

*(Consistent with the guidance in instruction no. 31, if you find the defendant not guilty with respect to both count 4 and count 15, then you must completely disregard count 21 and return no verdict at all with respect to count 21 and proceed to count 22.)*

**Count 21 (aggravated identity theft):**     **Not Guilty** _____

Guilty ___✓___

...................................................................................................

*(Consistent with the guidance in instruction no. 31, if you find the defendant not guilty with respect to both count 7 and count 16, then you must completely disregard count 22 and return no verdict at all with respect to count 22 and proceed to count 23.)*

**Count 22 (aggravated identity theft):**     **Not Guilty** _____

Guilty ___✓___

...................................................................................................

*(Consistent with the guidance in instruction no. 31, if you find the defendant not guilty with respect to both count 8 and count 17, then you must completely disregard count 23 and return no verdict at all with respect to count 23 and proceed to count 24.)*

**Count 23 (aggravated identity theft):**          **Not Guilty** _____

                                                  **Guilty** __✓_____

...................................................................................................

*(Consistent with the guidance in instruction no. 31, if you find the defendant not guilty with respect to both count 9 and count 18, then you must completely disregard count 24 and return no verdict at all with respect to count 24 and proceed to count 25.)*

**Count 24 (aggravated identity theft):**          **Not Guilty** _____

                                                  **Guilty** __✓_____

...................................................................................................

*(Consistent with the guidance in instruction no. 31, if you find the defendant not guilty with respect to both count 10 and count 19, then you must completely disregard count 25 and return no verdict at all with respect to count 25 and have your foreperson date and sign the verdict form.)*

**Count 25 (aggravated identity theft):**          **Not Guilty** _____

                                                  **Guilty** __✓_____

...................................................................................................

## VERDICT FORM DATE AND SIGNATURE

11-19-21
**DATE**

Kelsea Omise
**FOREPERSON**