# AFFIDAVIT OF MABLE MAYES

STATE OF OKLAHOMA )
) SS:
COUNTY OF CLEVELAND )

I, Mable Mayes, being duly sworn upon my oath, state the following facts:

1) On Tuesday, May 3, 2022, Courtney's daughter Zoe came to my office at Oklahoma Motor Sports, a dealership that I work at. Zoe told me that her mother, Courtney and her boyfriend, Brandon, left Oklahoma and that they were not coming back. She also told me that my dad, Chris Mayes, was going to leave and meet up with them.
2) I was upset about the conversation, and I confronted my dad the next day. I asked him if he was leaving town. He told me that he was not going to leave me, my sisters, and my brother, and that no matter what happened, he would not leave us.

Dated this 16th day of June, 2022.

_____
Mable Mayes

Subscribed and sworn to before me this 16th day of June, 2022.

_____
Notary Public

Notary Number: 26009203

My commission expires: 7-30-24