## <u>AFFIDAVIT OF MARTI LILLARD</u>

STATE OF OKLAHOMA     )
                                  )    SS:
COUNTY OF CLEVELAND    )

I, Marti Lillard, being duly sworn upon my oath, state the following facts:

On Thursday, May 5, 2022, I was going through the supply closet at my office located in Native Harvest Dispensary at 2505 West Main Street in Norman, Oklahoma. I came across a black notebook laying on one of the shelves. I thought it might belong to Courtney Wells because she worked in that office at Native Harvest Dispensary prior to me. I turned the black book over to Chris Mayes on the same day.

Dated this _16_ day of June, 2022.

_____
Marti Lillard

Subscribed and sworn to before me this ____ day of June, 2022.

_____
Notary Public

Notary Number: _20009203_

My commission expires: _7.30.24_