

Courtney Wells <courtney@bigredsports.com>

# Bob
1 message

**Andy Elliott** <andy@bigredsports.com>  Fri, Apr 5, 2013 at 1:52 PM
To: Courtney Wells <courtney@bigredsports.com>

I need cash to give to bob, hes buying these deals like crazy and this total loss letter idea is going to make a lot of money. Just get me cash out of the dp and i'll handle bob and maybe steven..hes such a weasel. TL are between me you and leann do not let chris know. Even if its peaks idea he will fucking loose his shit and he has no idea how a deal should be worked. Same with buiying tv's and guns, its perfectly legal but he wont understand. So just cover my ass and I will yours. Thus is going to be a huge year for profit.





Andy Elliott <andy@bigredsports.com>

## Text
1 message

**Courtney Wells** <quartneeee@gmail.com>  Wed, Mar 16, 2016 at 1:17 PM
To: andy@bigredsports.com

Dont fucking text me anything about what donna is owed. Are you stupid. If chris finds out weve been giving her money on these deals that the bith probably would have bought anyway we are fucked. He will fire us and sue us until we are dead or broke. You know how he is. And you owe me my part from last week asap.

--

Courtney Wells



Courtney Wells <courtney@bigredsports.com>

## Tx
1 message

**Andy Elliott** <andy@bigredsports.com>  Wed, Mar 16, 2016 at 1:27 PM
To: courtney@bigredsports.com

Dude chill out. Hes not going to find shit out. Donna knows not to tell him and whats he going to do look through our private texts??? Just handle your part and itll be cool.

AE



Courtney Wells <courtney@bigredsports.com>

## later
1 message

**Andy Elliott** <andy@bigredsports.com>  
To: Courtney Wells <courtney@bigredsports.com>

Fri, Aug 4, 2017 at 11:03 AM

meet me upsatirs after the girls all leave, your fucking pussy felt so good yesterday ive got to give my thick ass cock to you again! I want you on your knees mouth wide opne when I walk in so I can slide my cock down your throat, i have a huge load of cum ready for your nasty little mouth after i rail the fuck out of your tight little pink pussy. text me on the CL phone when its clear...and be naked on your knees...





## later....
1 message

**Courtney Wells** <courtney@bigredsports.com>  
To: Andy Elliott <andy@bigredsports.com>

Fri, Aug 4, 2017 at 1:07 PM

Dude don't hit me up on company email..I'll for sure let you know when it's clear. My pussy is so sore from yesterday, you fucked the shit out of me...did you like the pic I sent you of my red swollen pussy??? And get ready I'm going to try and swallow every drop of that load!

Courtney Wells



Andy Elliott <andy@bigredsports.com>

## Pawn
1 message

**Courtney Wells** <quartneeee@gmail.com>  Thu, Aug 31, 2017 at 4:42 PM
To: andy@bigredsports.com

Fucking Chris is going crazy over the pawn values, I told him he signed the LOC checks like you said and of course he doesnt remeber so thats good. Fucking call me back! Ive tried you like 5 times. You said he would never figure it out and now hes going crazy on measking what happened. You better cover my ass like I did yours on donna, this is bullshit that I'm having to deal with because you and stupid chuck got greedy.CALL ME!!!!!

Courtney Wells





Courtney Wells <courtney@bigredsports.com>

## (no subject)
1 message

**Andy Elliott** <andy@bigredsports.com>  
To: courtney@bigredsports.com

Sun, Sep 3, 2017 at 4:39 PM

Hey gorgous i will need some petty cash for this week, probably $4k malke sure you do the usual so the boss man doesnt see it going out and yes ill give you a little of it. fucking jackie is still only giving me a debit card to spend money on and she see eveything i do. what a freaky bitch! love her

A



Andy Elliott <andy@bigredsports.com>

## WS
1 message

**Courtney Wells** <courtney@bigredsports.com>  Mon, Feb 12, 2018 at 3:58 PM
To: Andy Elliott <andy@bigredsports.com>

Don't get caught taking money from these wholesalers. Hes for sure not paying attention to anything and hasnt since lindsay fucked those high school boys. Make sure it always runs a profit and a couple hundred per car to us in CASH only from those wholesalers is perfect. Be smart and don't get greedy.

Courtney Wells



Courtney Wells <courtney@bigredsports.com>

## w/s
1 message

**Andy Elliott** <andy@bigredsports.com>  
To: courtney@bigredsports.com

Mon, Feb 12, 2018 at 4:16 PM

i got this. You stress way to much over nothing. I got these guys right where I want them. They bring us cash every week and I promise the boss man will never find out. I've got him sold on these guys are all straight and would never give cash under the table. He suspects NOTHING! Now relax and let daddy do his job.

A



Andy Elliott <andy@bigredsports.com>

## Deals
1 message

**Courtney Wells** <quartneeee@gmail.com>  Fri, Apr 13, 2018 at 1:07 PM
To: andy@bigredsports.com

I told you not to email or text me on my bigred acct about wholesale. WTF! Anyway he has no idea what an in and out is so I wont bring it up. Make sure the banks are okay with it like you told me. Seems like a way to just work a car deal?? call me. He never looks at deals so it's fine by me.

Courtney Wells