# AFFIDAVIT OF SCOTT BANFIELD

STATE OF OKLAHOMA      )
                              )    SS:
COUNTY OF CLEVELAND    )

I, Scott Banfield, being duly sworn upon my oath, state the following facts:

1) On Saturday May 7, 2022, I and Erin Allegra were asked to go through Courtney Wells desk at Native Harvest Dispensary located at 2505 West Main Street in Norman, Oklahoma. There was growing concern that Ms. Wells might not return from her vacation. Those concerns were heightened when Marti Lillard found a black book containing Courtney's handwritten notes about Morocco, Vanuatu, Brazil, Argentina, and Aruba.

2) During our search of Courtney's desk, we discovered a purple folder in the back of a file cabinet. The purple folder was approximately three inches thick and contained various deal sheets, check stubs, copies of Big Red checks written to petty cash, deal recap sheets, Courtney's Assignment of Membership Interest, a yellow folder containing checks and paperwork related to Norman Pawn and Gun, and various emails from Courtney Wells to Andy Elliott, and emails from Andy Elliott to Courtney Wells. The purple folder and it contents were turned over to the lawyers who represent Chris Mayes.

3) On May 10, 2022, I was asked to pull verification on a May 3, 2022, email entitled "Read Please" that was sent from Courtney Wells to Chris Mayes. The email and authentication data are attached to this affidavit. I also pulled verification on a May 3, 2022, email entitled "Zoe" that was sent from Courtney Wells to Chris Mayes. The email and authentication data are attached to this affidavit.

4) On approximately May 10, 2022, I was given the password to the Big Red google email account. With administrative access and the account password, I can access Courtney Wells' Big Red google email account and Andy Elliott's Big Red google email account. I searched both accounts for the emails found in the purple folder. I could not locate the emails. I learned from our IT specialist that Big Red does not have cloud storage for deleted emails. So, if an email is deleted from an account, it will automatically be deleted from the trash folder after 30 days.

5) I am aware that Andy Elliott was ultimately fired from Big Red in 2019 because he was caught stealing money from Big Red from the auto auction. The auto auction is a wholesaler where vehicles are purchased by car dealers to be sold at a retail price to customers. At an auto auction, a dealership earns money for each car purchased, and the amount varies depending on the lane used to purchase the car. The money earned ranges from $100 to $400 per car. The money is to incentivize dealerships to buy

from the auction. The incentive money earned is stored in an account at the auction to be collected by the dealership. It came to light that Andy Elliott was personally collecting the money from Big Red's account and never turning that money into the dealership. Based on the number of cars purchased at the auction by Big Red and the status of the account when the theft came to light, it is believed that Andy Elliott stole thousands of dollars in this scheme.

Dated this 17th day of June, 2022.

Scott Banfield

Subscribed and sworn to before me this 17th day of June, 2022.

Notary Public

Notary Number: 20009203

My commission expires: 7.30.24

## Original Message

| | |
|---|---|
| **Message ID** | <CAE-VPJcs=EShEBiEgPY0YyXxpbTJVsNkvEcw3S0cbIVpJhxdMg@mail.gmail.com> |
| **Created at:** | Tue, May 3, 2022 at 9:33 AM (Delivered after 37 seconds) |
| **From:** | Courtney Wells <courtney@bigredsports.com> |
| **To:** | Chris Mayes <cmayes11@gmail.com> |
| **Subject:** | Read Please |
| **SPF:** | NEUTRAL with IP 209.85.220.41  Learn more |
| **DKIM:** | 'PASS' with domain bigredsports-com.20210112.gappssmtp.com  Learn more |

Download Original

Delivered-To: cmayes11@gmail.com
Received: by 2002:a59:c404:0:b0:2ae:1e5e:6265 with SMTP id g4csp5521160vqp;
        Tue, 3 May 2022 07:33:40 -0700 (PDT)
X-Received: by 2002:a02:cddd:0:b0:32a:e923:d0a3 with SMTP id m29-20020a02cddd000000b0032ae923d0a3mr7051552jap.88.1651588419944;
        Tue, 03 May 2022 07:33:39 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1651588419; cv=none;
        d=google.com; s=arc-20160816;
        b=LwXLdKtRvEKnKXc8EFu73UXvBaEU9myZDEa19JrNDY4TdU4P0BbISxcDM/v7p6OWbJ
         HfJSlVJUKIgpLHy0fuXow820rfU7yVOcl2xaGGhjEeQt3k8trjEK8Ct3k9fVoRz5N1Jy
         39615nfOMg4DvNQjgsEyOUSXHGj6H0Uk4X6MIlJzu4HVLzcgSJvQgsmL+KeA804pXaGO
         fKIWKg3SuxLBNKN4dkkn9nC6ghut6BFOmxQEoKnByKUxea67bIpR2fKn8FUeuN9RmSP7
         /AeAJ0ttmvesBfJGolXpg2x4AX6+KDoiOt3tZZLr7192cu5j1ziq9G0ocB/kaSoDwbKIn
         hoxg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
        h=to:subject:message-id:date:from:mime-version:dkim-signature;
        bh=ul4q7t3+0cW1xbZ1lw/7fDDGkA3iXxPv1tbJKF/rEK=;
        b=K240sgncQyJXVyoJt0JAvrqt7ghBaCJvMAyv8uuStCnnCJ70gC8CjKzhcfpYW3bk5R
         0YRXxyhRHNOKhd2oYlNhCh2cH8LEs9weIwBrXlTk3lLQm0PhjjLXQC4793y2mIrjnfvvkI
         sVDsTFpzzOMjnCPlneuVwvmq2NGjbmE5/NawjW58XoxM/9ug1e4DTZZocmFBMCUgFpbhD
         ndgDSVmyDi94ttpIbmNgY5agurkJWBecfyobm/CB5+2P8JKhB2vhTd/3BfD6APyhd4ye
         /N825elmKLLA8MTL84VPDSVTgSk7torVgTivVr6IG9g9OfThItSTrIctt8mWE/Y7KXCJ
         shzQ==
ARC-Authentication-Results: i=1; mx.google.com;
       dkim=pass header.i=@bigredsports-com.20210112.gappssmtp.com header.s=20210112 header.b=Y6dVoMJJ;
       spf=neutral (google.com: 209.85.220.41 is neither permitted nor denied by best guess record for domain of courtney@bigredsports.com
Return-Path: <courtney@bigredsports.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])
        by mx.google.com with SMTPS id r14-20020a5d96oe000000b00683c9288357sor5333820io1.40.2022.05.03.07.33.39
        for <cmayes11@gmail.com>
        (Google Transport Security);
        Tue, 03 May 2022 07:33:39 -0700 (PDT)
Received-SPF: neutral (google.com: 209.85.220.41 is neither permitted nor denied by best guess record for domain of courtney@bigredsports.com
Authentication-Results: mx.google.com;
       dkim=pass header.i=@bigredsports-com.20210112.gappssmtp.com header.s=20210112 header.b=Y6dVoMJJ;
       spf=neutral (google.com: 209.85.220.41 is neither permitted nor denied by best guess record for domain
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=bigredsports-com.20210112.gappssmtp.com; s=20210112;
        h=to:subject:message-id:date:from:mime-version:from:to:cc:subject
         :date:message-id:reply-to;
        bh=ul4q7t3+0cW1xbZ1lw/7fDDGkA3iXxPv1tbJKF/rEK=;

| Message ID: | <CAE-VPJfH4OQVp83YWVJSQemSDxF8dQH_k0Y_qLDZq+pjcWbFCQ@mail.gmail.com> |
| Created at: | Tue, May 3, 2022 at 12:35 PM (Delivered after 40 seconds) |
| From: | Courtney Wells <courtney@bigredsports.com> |
| To: | Chris Mayes <cmayes11@gmail.com> |
| Subject: | Zoe |
| SPF: | NEUTRAL with IP 209.85.220.41  Learn more |
| DKIM: | 'PASS' with domain bigredsports-com.20210112.gappssmtp.com  Learn more |

Download Original

```
Delivered-To: cmayes11@gmail.com
Received: by 2002:a59:c404:0:b0:2ae:1e5e:6265 with SMTP id q4csp5615915vgp;
        Tue, 3 May 2022 10:35:45 -0700 (PDT)
X-Received: by 2002:a05:600c:3548:b0:393:ecaa:d7ae with SMTP id i8-20020a05600c354800b00393ecaad7aemr4204412wmq.86.1651599345480;
        Tue, 03 May 2022 10:35:45 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1651599345; cv=none;
        d=google.com; s=arc-20160816;
        b=MgK3YrCPgUNjRZuh66VSTuKiyR6bbEfscdEYjfajnPc3Vo0LvL+NxxhoBvzKiAhSgh
         SYyyMc4G37P3VrP94PIWJ12kKzcA67jzp2C4lMEaLQr6QEOA6eB/JQn6kiTOoTgV9XXy
         eTOoSevMVZzimuT8RYy3xh8SPEMRM6g9ybb3L+eRwxIgizBGSCi2TeHd9gGsVC9w0xlR
         sZ/FgQ+iKRpMWCuHVcs9b5wWZgA/UxaqQg/TOMxsVhiGV/aWdAoG8It3U+0TRmo58WcL
         yXxPMsSfIZsxQBKAoOYn1zGgvR9jdK6Q/YKFJOPohKkLpGTVAO1YYIE9Ecv6rgq/J0P+
         FiLg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
        h=to:subject:message-id:date:from:mime-version:dkim-signature;
        bh=mhBsl+8dZtoTqH8FbPHGGALroA175mRZ6As0PIvCEs=;
        b=3pRakIOgSlgAfqyKWP11K5QRYBSq78aWsaDo7h4ZUL9MSEkumTz0/XDcW/rj9uJaEl
         04tpl13YzOC67QY12oliGPzoQy4NPEGndyR39j8FKRGa5khzPXkN64ZgoiwEJeZBcdP8
         kpu8rT1TzKun2uWdowSVnWsGC6+rfmx8knuXZ2O/PzGmNvnxyae4GlYuUkA7gY3cvTS3
         g4saV7mbciV23GCP9pAm1XE1i6Eg6kGvIN/A8lt5OQy6KrjP2A7YXBsQOpHDkH5agiWg
         0l06828w787SY4JQtN1PfUFHzUt1HGHWQKcnIPVrmA7D9DqLToxs8kMth5XoBIaKTuly
         37yx==
ARC-Authentication-Results: i=1; mx.google.com;
        dkim=pass header.i=@bigredsports-com.20210112.gappssmtp.com header.s=20210112 header.b=TqCBvA5U;
        spf=neutral (google.com: 209.85.220.41 is neither permitted nor denied by best guess record for domain of courtney@bigredsports.com)
Return-Path: <courtney@bigredsports.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])
        by mx.google.com with SMTPS id t7-20020a1c6a07000000b00394388813dfsor890910wmy.26.2022.05.03.10.35.45
        for <cmayes11@gmail.com>
        (Google Transport Security);
        Tue, 03 May 2022 10:35:45 -0700 (PDT)
Received-SPF: neutral (google.com: 209.85.220.41 is neither permitted nor denied by best guess record for domain of courtney@bigredsports.com)
Authentication-Results: mx.google.com;
        dkim=pass header.i=@bigredsports-com.20210112.gappssmtp.com header.s=20210112 header.b=TqCBvA5U;
        spf=neutral (google.com: 209.85.220.41 is neither permitted nor denied by best guess record for domain of courtney@bigredsports.com)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=bigredsports-com.20210112.gappssmtp.com; s=20210112;
        h=mime-version:from:date:message-id:subject:to;
        bh=mhBsl+8dZtoTqH8FbPHGGALroA175mRZ6As0PIvCEs=;
        b=TqCBvA5UD9Fq12Yd6r2fQyfjrSzg1sZa14mnyGdmDjMbQXNoa9GUUjU6gQa+DQqAgc
         cDNwGh9GhRMPDIELnQoBiQDDWP6KELGvVOsc9G9PapETcignKFjoE0OmT9HCpBAAAOnid
         34dsjhM6c2+4z9pbb5qgFrnNOnyIAvs8+HKyOr90risHLMMGA2Ao8LIEmgAwU84YiSxI
         1KQvAEntnGBihe7Z3PDHpQtmtcEDGskrnrcuW7YTVtBIgyivUPESISAwmcOo/02O7jxT
         NuwUA1eGatoiMjZUwqeuhQ7QsIkDLaogKDWpesjFpYcy88UMyo8vvGdpyswdbhIA
         37yx==
```