# AFFIDAVIT OF ANDREW PETERS

STATE OF OKLAHOMA            )
                             )  SS:
COUNTY OF CLEVELAND          )

I, Andrew Peters, being duly sworn upon my oath, state the following facts:

1) I work for Alias Forensics. Alias Forensics is a cybersecurity company that offers penetration testing, incident response, digital forensics, monitoring, assessments, and security awareness training to customers. I was hired by Behenna Goerke Krahl & Meyer to forensically examine the email account of cmayes11@gmail.com.

2) While analyzing cmayes11@gmail.com, I located two emails sent on May 3, 2022 from courtney@bigredsports.com to cmayes11@gmail.com. One titled "Please Read" at 9:33 am and the other titled "Zoe" sent at 12:35 pm. The email header, as well as our forensic software, indicates the account that sent these emails was courtney@bigredsports.com.

3) I retrieved the log-in information for the account of cmayes11@gmail.com and verified that the account was logged into on May 10, 2022 at 19:35:15 Z, and prior to that, the last log-in to cmayes11@gmail.com was April 5, 2022 at 15:35:42 Z.

Dated this 17th day of June, 2022.

_____
Andrew Peters

Subscribed and sworn to before me this 17 day of June, 2022.

_____
Notary Public

Notary Number: 19003012

My commission expires: 03/23/2023

ABIGAIL TRENT
Notary Public
State of Oklahoma
Commission #19003012  Exp: 03/22/23