

# Gmail

## Read Please
1 message

**Courtney Wells** <courtney@bigredsports.com>  Tue, May 3, 2022 at 9:33 AM
To: Chris Mayes <cmayes11@gmail.com>

Couple of months ago when I mentioned leaving and you told me that was crazy and that no matter what, just do the right thing or whatever that little thing you always say is..by the time you see this I will be gone. I'm not going to prison and fuck Andy Elliott.

I let Andy take advantage of me all these years and in my desk I left a folder for you of a few emails and copies of checks.
The checks are how Andy and I paid Donna to buy car deals. Yes I told you he never bribed her and that he was just screwing her. The truth is we used petty cash checks to get money, then Andy would give some to Donna and he kept the rest and would give me some of it. I fell for his lies like everyone else. Andy somehow made it seem okay because he said you never paid us what we deserved. Andy was bribing Donna to buy car deals using Big Red money and he was stealing out of that money.

This started back with Peak, Andy and I started keeping partial down payment money from customers, I don't know how much but it was a lot, over $100k I wrote it off to cost of sales so you wouldn't be able to see it. I'm so sorry. BTW Andy was totally giving cash to Bob at Peak and maybe Steven Daivd...
Chuck and I fucked up the pawn deal and I'm sorry, I told everyone to use the POA to sign checks, I didnt think it was a big deal. I also kept the pawn shop books and I knew it was out of hand. I was just afraid to say anything because I know how mad you can get. I never thought any of this would happen.
I acted all weak in court because Tommy told me to, and I thought it would get me sympathy and it did obviously, ( I also knew and approved the in and outs because Andy told me they were fine ) I should have told you. But I was so deep with him I was afraid I'd get all the blame and he would get nothing. Andy and I kept everything from you and I'm sorry you've lost so much for things we did. We both have taken so much money from you and I'm sorry. Tommy has always said that I'm collateral damage and the government is only after you, which may be true but you're the collateral damage for Andy and I. Andy made sure you never knew about any of this. He lied so hard and much in court and I helped keep it secret, from the pawn values to the peak to everything, I Couldn't say the truth in court or to anyone because then everyone would know I had been taking money and helping Andy. I'm so sorry, Ive just been so fucked up for so long.

Courtney Wells
Controller
Big Red Sports/Imports
Oklahoma Motorcars
405-835-7788 (cell)

