# M Gmail

## Zoe
1 message

**Courtney Wells** <courtney@bigredsports.com>  Tue, May 3, 2022 at 12:35 PM
To: Chris Mayes <cmayes11@gmail.com>

Fyi I told zoe that you were going with us and that you were helping us get passports..I told her so she would feel better. Just wanted you to know in case she says something to the girls. I'm really sorry once again.

Courtney Wells
Controller
Big Red Sports/Imports
Oklahoma Motorcars
405-835-7788 (cell)