# AFFIDAVIT OF RYAN HARSHAW

STATE OF OKLAHOMA               )
                                ) SS:
COUNTY OF CLEVELAND             )

I, Ryan Harshaw, being duly sworn upon my oath, state the following facts:

1) From mid-2013 through mid-2014, I worked for the Key which is a company that sells cars, usually under a consignment contract, with storefront dealers. Specifically, during the time that I was the sales representative for the Key we had cars on the lot at Big Red Sports. When a "Key" car was sold, the sales price and financing was arranged by the Key and the store front dealership, in this case Big Red Sports, was paid a consignment fee.
2) During the time that I was working for the Key, Andy Elliott was the General Manager.
3) I know, having been at Big Red Sports on numerous occasions, that cash down payments obtained by the dealership for the sale of a car were kept in the safe located at the dealership. The cash remained in the safe until someone from the dealership deposited the cash into the bank.
4) On numerous occasions, Andy Elliott took cash from the safe and gave me money to compensate me for sales and to encourage me to approve car deals that might not have otherwise been approved. I notified my boss at the Key that Andy Elliott was compensating me. Not long after I notified by boss, the Key terminated its relationship with Big Red Sports.

Dated this 17th day of June, 2022.

_____
Ryan Harshaw

Subscribed and sworn to before me this ___ day of June, 2022.

_____
Notary Public

Notary Number: 20009203

My commission expires: __7.30.24__