

**Online Sale**  
P. O. Box 176  
Jefferson City MO, 65102

**SALES RECEIPT**

| | |
|---|---|
| **Transaction Number:** | 867122 |
| **Date:** | 04/21/22 4:17 PM |
| **Batch #:** | N/A |
| **Register #:** | N/A |
| **Cashier:** | N/A |

COURTNEY WELLS  
3405 108TH AVE SE  
NORMAN, OK  73026-8509

**Confirmation Number:** 2705757

| Description | Unit Price | Qty | Amount |
|---|---|---|---|
| Unit: Table Rock State Park - Campground 2 - Basic - 285<br>Stay: Mon 05/02/2022 - Sun 05/08/2022 (6 nights)<br>Classification: Regular<br>Comments:  Web Reservations | | | |
| Reservation Fees | $6.50 | 1 | $6.50 |
| Basic 05/02/2022 3:00 PM - 05/06/2022 2:00 PM  (Per 1 Days)<br>Weekday Rate Unit Price | $13.00 | 4 | $52.00 |
| Basic 05/06/2022 3:00 PM - 05/08/2022 2:00 PM  (Per 1 Days)<br>Weekend Rate Unit Price | $13.00 | 2 | $26.00 |

| | |
|---|---|
| Subtotal | $79.85 |
| iSTax -TableRk-6.35% | $4.65 |
| TaxHoliday | $0.00 |
| **Shopping Cart Total** | **$84.50** |
| Mastercard Tendered | $84.50 |
| Card: | XXXXXXXXXXXX9943 |
| Auth: | 751365 |

I agree to pay above amount.  Charges may appear as Missouri State Parks/USeD NY

Thank you for visiting.  
Share your guest experience with us!  
www.mostateparks.com/guestexperience



GOVERNMENT EXHIBIT  
2