# Norman Police Department
## Summary



**Print Date/Time:** 05/13/2022 12:47  Norman Police Department
**Login ID:** norman\smcclees  **ORI Number:** OK0140200
**Case Number:** 2022-00027906

## Case

| | | | |
|---|---|---|---|
| Case Number: | 2022-00027906 | Incident Type: | Missing Person |
| Location: | 3405 108TH AVE SE, Norman, OK 73026 | Occurred From: | 05/09/2022 10:00 |
| | | Occurred Thru: | 05/11/2022 18:00 |
| Reporting Officer ID: | 9800 - Flores | Disposition: | |
| | | Disposition Date: | |
| | | Reported Date: | 05/11/2022 18:41 Wednesday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | OK0140200 | 83B | MISPER | MISSING PERSON | 1 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Reporting Person | 1 | GIROD, ZOE | 3405 108TH AVE SE, Norman, OK 73026 | | White | Female | 12/21/2003 18 |
| Suspect | 1 | Unknown, Unknown 2022-00027906 | | | Unknown | Unknown | |
| Victim | 1 | LANDERS, BRANDON MICHAEL | 3405 108TH AVE SE, Norman, OK 73026 | | White | Male | 02/15/1990 32 |
| Victim | 2 | WELLS, COURTNEY | 3405 108TH AVE SE, Norman, OK 73026 | | White | Female | 05/31/1985 36 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

GOVERNMENT EXHIBIT 3

## Norman Police Department
### CASE REPORT
201-B West Gray Street
Norman, OK 73069

CASE# 2022-00027906

### EVENT
| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 05/11/2022 18:41 | Missing Person | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| 05/09/2022 10:00 | 05/11/2022 18:00 | 3405 108TH AVE SE NORMAN, OK |

### OFFENSES
| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | MISPER MISSING PERSON | 1 | Committed |

### SUBJECT
| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | |
|---|---|---|---|---|---|
| Adult | Suspect | Unknown, Unknown 2022-00027906 | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| | 20  60 | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| Unknown | | Unknown | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 |
| | | | (9)- | | |

### SUBJECT
| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | |
|---|---|---|---|---|---|
| Adult | Victim | LANDERS, BRANDON MICHAEL | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| 02/15/1990 | 32 | 3405 108TH AVE SE NORMAN, OK 73026 | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| White | Male | 6'01" 6'01" | 190  190 | Brown | Brown |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
| | | (405)215-0201 | |

### SUBJECT
| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| Adult | Victim | WELLS, COURTNEY |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
| 05/31/1985 | 36 | 3405 108TH AVE SE NORMAN, OK 73026 |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| White | Female | 5'06" 5'06" | 130  130 | z NOT LISTED | Green |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
| | | (405)835-7788 | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 73279 Flores | 05/11/2022 | Bratcher, Jeremy Wayne | 05/12/2022 |

Case 2022-00027906 Page 1 OF 4

## ADDITIONAL SUBJECTS

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|
| Adult    Reporting Person | GIROD, ZOE |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| 12/21/2003 | 18 | 3405 108TH AVE SE NORMAN, OK 73026 |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| White | Female | 5'07" 5'07" | 129  129 | Blonde | Blue |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | | (405)420-1410 | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 73279 Flores | 05/11/2022 | Bratcher, Jeremy Wayne | 05/12/2022 |

## NARRATIVE

NORMAN POLICE DEPARTMENT

CASE NARRATIVE

CASE NUMBER:   2022-27906

REPORT BY:  SGT B FLORES #9800

**Notification and Synopsis**

On 06-11-2022 at 1856 hours, I was dispatched to a missing person's report at 3405 108th Avenue SE.

**Arrival and Contact with Involved Parties**

I contacted the reporting party, ZOE GIROD, the daughter of the victim, who states that her mother and step dad left on Monday the 2nd early in the morning.  Zoe was told that they were going on a camping trip in the area of Branson, Missouri.  Zoe had attempted to call and text her mom during the week without getting a response.  The couple was due back on the 9th.

Zoe reached out to other family members to ask for their help in contacting her mom to no avail.  I was advised that her mom had a court hearing in Oklahoma City yesterday but did not make it.  Her mom's attorney reached out to ask where Mrs. Wells was at, no one had any answers.  Zoe spoke with the attorney who advised her to file a missing person's report.

**Additional Statements**

The reporting party also commented that she had a gut feeling about her mom and step-dad leaving. She advised that her mom and step-dad are owners of the Big Red Sports and Imports dealership in Norman, Oklahoma.  The couple is currently under federal indictment and Zoe thinks they have skipped town to avoid capture.  Zoe is concerned for their welfare as this is the longest they have ever gone without communicating.

Zoe is not sure if they are still driving her step-dad's white Dodge Ram pickup: they have access to several vehicles.  The pickup is white in color, the tag number is unknown.  Her mom's pickup was left at the residence.  Zoe also mentioned that not long ago her mom and step-dad had changed the name on the deed to the residence and land and made her the owner.

**Observations / Crime Scene**

N/A

**Evidence Processing / Handling, Packaging, and Disposition**

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 73279 Flores | 05/11/2022 | Bratcher, Jeremy Wayne | 05/12/2022 |

## NARRATIVE (continuation)

N/A

**Disposition**

N/A

**Follow-up Investigation**

N/A

**Descriptions**

N/A

**Additional Information**

Norman Police Department dispatch had run a NCIC on Courtney Wells and after doing so they got a call from a federal probation officer. It's not know what the conversation was about. Both subjects entered into NCIC this date.

**Officers Audio / Video Recordings**

Department issued camera was used during the contact.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 73279 Flores | 05/11/2022 | Bratcher, Jeremy Wayne | 05/12/2022 |

# Norman Police Department
## CASE SUPPLEMENT REPORT
201-B West Gray Street
Norman, OK 73069

CASE# 2022-00027906

**EVENT**
- REPORTED DATE/TIME: 05/11/2022 22:36
- OCCURRED INCIDENT TYPE:
- OCCURRED FROM DATE/TIME:
- OCCURRED THRU DATE/TIME:
- LOCATION OF OCCURRENCE: 201 W GRAY ST B NORMAN, OK

**OFFENSES**

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | PHONE #3 | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | PHONE #3 | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | PHONE #3 | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 2210 Seago | 05/11/2022 | Glover, Carolyn | 05/11/2022 |