**Information Provided To:**

| | |
|---|---|
| Agency: | FBI |
| Requestor: | JEROMY TURNER |
| Agent Address: | FBI ETMU |
| Billing City, State, Zip: | QUANTICO, VA 22135-0000 |
| Provided On: | May 16, 2022 |

**T··Mobile·**

Request Submission Response

This is in response to the Court Order, TMO-OC-20220513-0002, dated May 13, 2022, which was served upon T-Mobile US, Inc. You have requested information for the subscriber associated with MSISDN: 4058357788. All times below are reflected in Coordinated Universal Time (UTC).

| Date | Time | Duration | Call Type | Direction | Calling Number | Dialed Number | Called Number | Destination Number | IMSI | IMEI | Completion Code | Service Code | Switch Name | 1st LTE Site ID | 1st LTE Sector ID | 1st Tower LAT | 1st Tower LONG | 1st Tower Address | 1st Tower City | 1st Tower State | 1st Tower Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/21/2022 | 20:54:37 | 165 | moc | Outgoing | 14058357788 | 4052002819 | 4052002819 | 14052002819 | 310260289720364 | 355541826022850 | Completed Successfully | | HNTAS202 | 115950 | 11 | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 03:36:20 | 4 | mtc | Incoming | 14052155733 | 14058357788 | 14058357788 | 14058357788 | 310260289720364 | 355541826022850 | Completed Successfully | 02A;11 | HNTAS202 | 115950 | 11 | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 03:36:52 | 4 | moc | Outgoing | 14052155733 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | 355541826022850 | Completed Successfully | 02A | HNTAS202 | 115950 | 11 | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 03:39:09 | 21 | mtc | Incoming | 14052155733 | 14058357788 | 14058357788 | 14058357788 | 310260289720364 | 355541826022850 | Completed Successfully | 11 | HNTAS202 | 115950 | 61 | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 05:14:46 | | mtc | Incoming | 14054201410 | 14058357788 | 14058357788 | 14058357788 | 310260289720364 | 355541826022850 | Abnormal Completion | 11 | HNTAS202 | 115950 | 1 | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 14:20:53 | | mtc | Incoming | 14016799500 | 14058357788 | 14058357788 | 14058357788 | 310260289720364 | 355541826022850 | Abnormal Completion | 11 | HNTAS202 | 115950 | 1 | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 15:15:59 | 39 | moc | Outgoing | 14058357788 | 4052150201 | 4052150201 | 14052150201 | 310260289720364 | 355541826022850 | Completed Successfully | | HNTAS202 | 115950 | 11 | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 16:15:16 | 11 | mtc | Incoming | 14052668585 | 14058357788 | 14058357788 | 14058357788 | 310260289720364 | 355541826022850 | Completed Successfully | 02A;11 | HNTAS202 | 115950 | 11 | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 16:15:46 | 11 | moc | Outgoing | 14052668585 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | 355541826022850 | Completed Successfully | 02A | HNTAS202 | 115950 | 11 | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 17:02:53 | 25 | moc | Outgoing | 14058357788 | 4052002819 | 4052002819 | 14052002819 | 310260289720364 | 355541826022850 | Completed Successfully | | HNTAS202 | 115950 | 11 | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 20:01:44 | | SMSC | | 14058357788 | | 67587 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/02/2022 | 20:01:44 | | SMSC | | 67587 | | 14058357788 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/02/2022 | 21:18:09 | 12 | moc | Outgoing | 14052346525 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | NETAS204 | | | | | | | | |
| 05/02/2022 | 21:20:14 | 11 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | NJTAS202 | | | | | | | | |
| 05/03/2022 | 14:00:06 | 9 | moc | Outgoing | 14052002819 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | CRTAS202 | | | | | | | | |
| 05/03/2022 | 14:03:53 | | SMSC | | 14058357788 | | 67587 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/03/2022 | 14:03:53 | | SMSC | | 67587 | | 14058357788 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/03/2022 | 14:20:49 | 5 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | NETAS201 | | | | | | | | |
| 05/03/2022 | 14:21:01 | 4 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | NETAS203 | | | | | | | | |
| 05/03/2022 | 16:31:41 | 17 | moc | Outgoing | 15158377858 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | FLTAS201 | | | | | | | | |
| 05/03/2022 | 16:38:40 | 6 | moc | Outgoing | 14052002819 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | SKTAS201 | | | | | | | | |
| 05/03/2022 | 16:38:50 | 6 | moc | Outgoing | 14053013622 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | TTTAS201 | | | | | | | | |
| 05/03/2022 | 17:57:27 | 17 | moc | Outgoing | 15182022986 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | HNTAS203 | | | | | | | | |
| 05/03/2022 | 20:13:50 | | SMSC | | 14058357788 | | 262966 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/03/2022 | 20:13:50 | | SMSC | | 262966 | | 14058357788 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/03/2022 | 21:18:57 | 73 | moc | Outgoing | 14054449261 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | MLTAS202 | | | | | | | | |
| 05/03/2022 | 21:20:12 | | SMSC | | 128 | | 14058357788 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/03/2022 | 23:06:21 | | SMSC | | 14058357788 | | 22000 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/03/2022 | 23:06:21 | | SMSC | | 22000 | | 14058357788 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/04/2022 | 14:15:31 | | SMSC | | 14058357788 | | 21525 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/04/2022 | 14:15:31 | | SMSC | | 21525 | | 14058357788 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/04/2022 | 15:34:10 | 17 | moc | Outgoing | 17752485039 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | NVTAS203 | | | | | | | | |
| 05/04/2022 | 19:23:12 | | SMSC | | 14058357788 | | 67587 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/04/2022 | 19:23:12 | | SMSC | | 67587 | | 14058357788 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/04/2022 | 20:08:05 | 17 | moc | Outgoing | 19208559250 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | ATTAS201 | | | | | | | | |
| 05/04/2022 | 21:33:44 | 17 | moc | Outgoing | 14055939150 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | CRTAS204 | | | | | | | | |
| 05/04/2022 | 21:34:05 | | SMSC | | 128 | | 14058357788 | | | | Completed Successfully | | mavsms_ttn02 | | | | | | | | |
| 05/04/2022 | 21:36:12 | 17 | moc | Outgoing | 19147342624 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | | Completed Successfully | 02B | DNTAS201 | | | | | | | | |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

GOVERNMENT EXHIBIT 4

Page: 1 of 3

| Date | Time | Duration | Type | Direction | From | To | Dialed | Other | IMSI | Status | Code | Cell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/04/2022 | 22:05:51 | 17 | moc | Outgoing | 13616007081 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | ORTAS202 |
| 05/05/2022 | 00:44:28 | | SMSC | | 14058307943 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/05/2022 | 00:51:23 | | SMSC | | 262966 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/05/2022 | 00:51:24 | | SMSC | | 14058357788 | | 262966 | | | Completed Successfully | | mavsms_ttn02 |
| 05/05/2022 | 15:26:39 | 18 | moc | Outgoing | 14846625481 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | NETAS203 |
| 05/05/2022 | 19:19:42 | | SMSC | | 14058357788 | | 21525 | | | Completed Successfully | | mavsms_ttn02 |
| 05/05/2022 | 19:19:42 | | SMSC | | 21525 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/05/2022 | 20:49:23 | | SMSC | | 18452590804 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/06/2022 | 14:04:43 | | SMSC | | 262966 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/06/2022 | 14:04:44 | | SMSC | | 14058357788 | | 262966 | | | Completed Successfully | | mavsms_ttn02 |
| 05/06/2022 | 21:14:52 | 9 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | LATAS202 |
| 05/06/2022 | 21:18:56 | 82 | moc | Outgoing | 14054449261 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | IETAS201 |
| 05/06/2022 | 21:20:21 | | SMSC | | 128 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/06/2022 | 21:54:17 | | SMSC | | 14058357788 | | 262966 | | | Completed Successfully | | mavsms_ttn02 |
| 05/06/2022 | 21:54:17 | | SMSC | | 262966 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/06/2022 | 22:49:50 | 18 | moc | Outgoing | 15153515254 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | NETAS201 |
| 05/07/2022 | 14:02:00 | | SMSC | | 14058357788 | | 262966 | | | Completed Successfully | | mavsms_ttn02 |
| 05/07/2022 | 14:02:00 | | SMSC | | 262966 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/07/2022 | 20:46:56 | | SMSC | | 14058084661 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/07/2022 | 21:54:06 | | SMSC | | 262966 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/07/2022 | 21:54:07 | | SMSC | | 14058357788 | | 262966 | | | Completed Successfully | | mavsms_ttn02 |
| 05/08/2022 | 00:46:39 | | SMSC | | 14057784647 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/08/2022 | 13:18:14 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/08/2022 | 14:48:15 | | SMSC | | 14058307943 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/08/2022 | 14:48:30 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/09/2022 | 00:21:30 | | SMSC | | 14058399039 | | 14058357788 | | | Completed Successfully | | mavsms_ttn05 |
| 05/09/2022 | 01:09:28 | | SMSC | | 14057784647 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/09/2022 | 12:18:57 | | SMSC | | 14059714550 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/09/2022 | 12:19:11 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/09/2022 | 15:49:06 | 18 | moc | Outgoing | 15153515254 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | MOTAS201 |
| 05/09/2022 | 16:50:31 | 7 | moc | Outgoing | 14057657214 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | MLTAS201 |
| 05/09/2022 | 17:17:54 | 13 | moc | Outgoing | 14052968335 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | NJTAS202 |
| 05/09/2022 | 19:43:07 | 18 | moc | Outgoing | 17193367943 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | ELTAS202 |
| 05/09/2022 | 19:53:37 | | SMSC | | 14057784647 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/09/2022 | 20:20:21 | 4 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | DCTAS201 |
| 05/09/2022 | 20:20:29 | 33 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | NYTAS203 |
| 05/09/2022 | 20:21:05 | | SMSC | | 128 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/09/2022 | 20:52:06 | 7 | moc | Outgoing | 18382010830 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | CRTAS203 |
| 05/09/2022 | 21:41:58 | 10 | moc | Outgoing | 14052154495 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | NVTAS202 |
| 05/09/2022 | 21:42:18 | 24 | moc | Outgoing | 14052154495 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | DNTAS204 |
| 05/09/2022 | 21:42:45 | | SMSC | | 128 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/09/2022 | 21:50:52 | 19 | moc | Outgoing | 17019413677 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | OLTAS201 |
| 05/09/2022 | 23:43:30 | 8 | moc | Outgoing | 14052002419 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | NETAS201 |
| 05/09/2022 | 23:49:08 | | SMSC | | 14052002419 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/10/2022 | 14:48:18 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/10/2022 | 15:53:25 | 74 | moc | Outgoing | 14054449261 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | ATTAS201 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 2 of 3

| Date | Time | Dur | Type | Direction | Number Dialed | Caller | Called | Dialed Digits | IMSI | Status | Rate | Cell |
|------|------|-----|------|-----------|---------------|--------|--------|---------------|------|--------|------|------|
| 05/10/2022 | 15:54:41 | | SMSC | | 128 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/10/2022 | 20:40:43 | 7 | moc | Outgoing | 14054002569 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | KCTAS202 |
| 05/11/2022 | 05:39:35 | 9 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | NJTAS204 |
| 05/11/2022 | 17:30:28 | 17 | moc | Outgoing | 18623203473 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | HNTAS201 |
| 05/11/2022 | 20:06:01 | 10 | moc | Outgoing | 17079268983 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | MLTAS202 |
| 05/11/2022 | 20:52:12 | 8 | moc | Outgoing | 14054002599 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | ATTAS001 |
| 05/11/2022 | 23:34:34 | | SMSC | | 14052002419 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/11/2022 | 23:36:25 | 4 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | ATTAS201 |
| 05/11/2022 | 23:37:03 | 11 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | ATTAS201 |
| 05/11/2022 | 23:37:07 | | SMSC | | 14052002419 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/11/2022 | 23:40:41 | | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Abnormal Completion | 02B | LATAS201 |
| 05/12/2022 | 00:41:22 | 10 | moc | Outgoing | 14059714550 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | NYTAS203 |
| 05/12/2022 | 20:41:16 | 7 | moc | Outgoing | 14054002538 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | LVTAS201 |
| 05/13/2022 | 15:44:16 | 64 | moc | Outgoing | 17028274963 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | ORTAS201 |
| 05/13/2022 | 15:45:24 | | SMSC | | 128 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/13/2022 | 21:08:26 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/13/2022 | 21:23:36 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/13/2022 | 21:23:45 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/13/2022 | 21:29:36 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/13/2022 | 21:32:35 | 17 | moc | Outgoing | 14015865620 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | TTTAS203 |
| 05/15/2022 | 15:41:53 | | SMSC | | 14059714550 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/15/2022 | 22:41:26 | 36 | moc | Outgoing | 18005947290 | 14699829999 | 14699829999 | 14699829999 | 310260289720364 | Completed Successfully | 02B | TTTAS202 |
| 05/15/2022 | 22:42:04 | | SMSC | | 128 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/15/2022 | 23:11:10 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/15/2022 | 23:11:17 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/15/2022 | 23:17:38 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/15/2022 | 23:19:32 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/15/2022 | 23:20:16 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/15/2022 | 23:21:26 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/15/2022 | 23:21:50 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/15/2022 | 23:22:08 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/15/2022 | 23:45:29 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/15/2022 | 23:47:26 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/16/2022 | 01:34:08 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/16/2022 | 01:35:39 | | SMSC | | 2300 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |
| 05/16/2022 | 14:44:48 | | SMSC | | 128 | | 14058357788 | | | Completed Successfully | | mavsms_ttn02 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697