**Information Provided To:**

| | |
|---|---|
| Agency: | FBI |
| Requestor: | DK WARDLAW |
| Agent Address: | FEDERAL BUREAU OF INVESTIGATION MAILSTOP/ATTN TO: FBI ETMU |
| Billing City, State, Zip: | QUANTICO, VA 22135-0000 |
| Provided On: | May 14, 2022 |

**Request Submission Response**

This is in response to the Search Warrant, TMO-OC-20220513-0001, dated May 13, 2022, which was served upon T-Mobile US, Inc. You have requested information for the subscriber associated with MSISDN: 4052150201. All times below are reflected in Coordinated Universal Time (UTC).

| Date | Time | Duration | Call Type | Direction | Calling Number | Dialed Number | Called Number | Destination Number | IMSI | IMEI | Completion Code | Service Code | Switch Name | 1st LTE Site ID | 1st LTE Sector ID | 1st Tower Azimuth | 1st Tower LAT | 1st Tower LONG | 1st Tower Address | 1st Tower City | 1st Tower State | 1st Tower Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/02/2022 | 01:17:10 | | SMSC | | 14055890045 | | 14052150201 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 05/02/2022 | 13:02:00 | 7 | mtc | Incoming | 18448252611 | 14052150201 | 14052150201 | 14052150201 | 310260168125633 | 350522075074310 | Completed Successfully | 02A;11 | HNTAS202 | 115950 | 1 | | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 13:02:32 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | 350522075074310 | Completed Successfully | 02A | HNTAS202 | 115950 | 1 | | 35.11625 | -97.2497 | 13190 Cemetery Rd. | Slaughterville | OK | 73068 |
| 05/02/2022 | 14:39:18 | | mtc | Incoming | 14052045306 | 14052150201 | 14052150201 | 14052150201 | 310260168125633 | 350522075074310 | Abnormal Completion | 11 | HNTAS202 | 29228 | 62 | | 35.202034 | -97.28515 | 10790 East Lindsey St. | Norman | OK | 73071 |
| 05/02/2022 | 14:46:46 | 175 | moc | Outgoing | 14052150201 | 8174612338 | 8174612338 | 18174612338 | 310260168125633 | 350522075074310 | Completed Successfully | | HNTAS202 | 29457 | 13 | 300 | 35.176315 | -97.32219 | 8297 East Cedar Lane Road E911 | Norman | OK | 73026 |
| 05/02/2022 | 15:15:59 | 39 | mtc | Incoming | 14058357788 | 14052150201 | 14052150201 | 14052150201 | 310260168125633 | 350522075074310 | Completed Successfully | 11 | HNTAS202 | 24593 | 11 | | 35.211461 | -97.474378 | 2113 West Boyd St. | Norman | OK | 73069 |
| 05/02/2022 | 15:26:01 | 293 | moc | Outgoing | 14052150201 | 4054749229 | 4054749229 | 14054749229 | 310260168125633 | 350522075074310 | Completed Successfully | | HNTAS202 | 24639 | 1 | 60 | 35.22006667 | -97.4955639 | 194 36th Ave. NW E911 | Norman | OK | 73072 |
| 05/02/2022 | 15:29:17 | 7 | mtc | Incoming | 18448252611 | 14052150201 | 14052150201 | 14052150201 | 310260168125633 | 350522075074310 | Completed Successfully | 041;2A;11 | HNTAS202 | 114993 | 1 | | 35.19638889 | -97.47777778 | 2451 Van Buren St | Norman | OK | 73072 |
| 05/02/2022 | 15:29:48 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | 350522075074310 | Completed Successfully | 02A | HNTAS202 | 114993 | 1 | | 35.19638889 | -97.47777778 | 2451 Van Buren St | Norman | OK | 73072 |
| 05/02/2022 | 15:30:35 | 73 | mtc | Incoming | 14054137747 | 14052150201 | 14052150201 | 14052150201 | 310260168125633 | 350522075074310 | Completed Successfully | 041;11 | HNTAS202 | 114993 | 3 | | 35.19638889 | -97.47777778 | 2451 Van Buren St | Norman | OK | 73072 |
| 05/02/2022 | 15:46:36 | 34 | moc | Outgoing | 14052150201 | 8174612338 | 8174612338 | 18174612338 | 310260168125633 | 350522075074310 | Completed Successfully | | HNTAS202 | 24639 | 1 | 60 | 35.22006667 | -97.4955639 | 194 36th Ave. NW E911 | Norman | OK | 73072 |
| 05/02/2022 | 16:36:47 | 356 | moc | Outgoing | 14052150201 | 8174612338 | 8174612338 | 18174612338 | 310260168125633 | 350522075074310 | Completed Successfully | | HNTAS202 | 24593 | 1 | | 35.211461 | -97.474378 | 2113 West Boyd St. | Norman | OK | 73069 |
| 05/02/2022 | 16:42:46 | 44 | moc | Outgoing | 14052150201 | 4054749229 | 4054749229 | 14054749229 | 310260168125633 | 350522075074310 | Completed Successfully | | HNTAS202 | 24593 | 1 | | 35.211461 | -97.474378 | 2113 West Boyd St. | Norman | OK | 73069 |
| 05/02/2022 | 17:05:59 | | SMSC | | 2300 | | 14052150201 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 05/02/2022 | 17:28:27 | | SMSC | | 14054288174 | | 14052150201 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 05/02/2022 | 17:35:26 | 10 | moc | Outgoing | 14056592911 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | SCTAS204 | | | | | | | | | |
| 05/02/2022 | 18:08:32 | 11 | moc | Outgoing | 14052668495 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | MNTAS202 | | | | | | | | | |
| 05/02/2022 | 19:31:54 | 4 | moc | Outgoing | 16198237334 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | FLTAS202 | | | | | | | | | |
| 05/02/2022 | 20:30:42 | 6 | moc | Outgoing | 14054963322 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | NYTAS204 | | | | | | | | | |
| 05/02/2022 | 20:36:23 | | SMSC | | 14054963322 | | 14052150201 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 05/02/2022 | 20:47:53 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | POTAS203 | | | | | | | | | |
| 05/02/2022 | 21:48:52 | 4 | moc | Outgoing | 14054137747 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | CRTAS201 | | | | | | | | | |
| 05/02/2022 | 21:49:47 | 4 | moc | Outgoing | 14054137747 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | FLTAS404 | | | | | | | | | |
| 05/02/2022 | 21:52:44 | | SMSC | | 14054137747 | | 14052150201 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 05/02/2022 | 21:55:27 | 9 | moc | Outgoing | 14054137747 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | NETAS204 | | | | | | | | | |
| 05/02/2022 | 21:56:06 | 4 | moc | Outgoing | 14058989993 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | NETAS201 | | | | | | | | | |
| 05/02/2022 | 22:05:51 | 5 | moc | Outgoing | 14055890045 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | ATTAS202 | | | | | | | | | |
| 05/02/2022 | 22:06:52 | | SMSC | | 14055890045 | | 14052150201 | | | | Completed Successfully | | mavsms_pol01 | | | | | | | | | |
| 05/02/2022 | 22:06:54 | | SMSC | | 14052150201 | | 14055890045 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 05/02/2022 | 22:06:54 | | SMSC | | 14055890045 | | 14052150201 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 05/02/2022 | 22:13:00 | 1 | moc | Outgoing | 14054137747 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | NVTAS203 | | | | | | | | | |
| 05/02/2022 | 22:29:17 | 5 | moc | Outgoing | 14054137747 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | POTAS204 | | | | | | | | | |
| 05/02/2022 | 22:35:21 | 6 | moc | Outgoing | 14054749229 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | ATTAS001 | | | | | | | | | |
| 05/02/2022 | 22:42:09 | 5 | moc | Outgoing | 14054749229 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | POTAS202 | | | | | | | | | |
| 05/03/2022 | 00:36:58 | 26 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | CRTAS202 | | | | | | | | | |
| 05/03/2022 | 01:11:48 | 5 | moc | Outgoing | 14054137747 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | | Completed Successfully | 02B | FLTAS201 | | | | | | | | | |
| 05/03/2022 | 02:43:00 | | SMSC | | 14052556060 | | 14052150201 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |
| 05/03/2022 | 02:43:27 | | SMSC | | 14052556060 | | 14052150201 | | | | Completed Successfully | | mavsms_pol02 | | | | | | | | | |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

GOVERNMENT EXHIBIT 5

Page: 1 of 5

| Date | Time | Duration | Type | Direction | Number Dialed | Originating | Destination | Other | IMSI | Status | Code | Cell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/2022 | 02:43:31 | | SMSC | | 2300 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/03/2022 | 12:53:09 | 7 | callForwarding | Outgoing | 4054137747 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 13:06:50 | 7 | callForwarding | Outgoing | 8448252611 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 13:37:24 | | SMSC | | 18052665417 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/03/2022 | 13:38:55 | 6 | callForwarding | Outgoing | 4052002819 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 13:44:02 | 5 | callForwarding | Outgoing | 4054137747 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 13:53:41 | | SMSC | | 28448 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/03/2022 | 13:53:42 | | SMSC | | 14052150201 | | 28448 | | | Completed Successfully | | mavsms_pol02 |
| 05/03/2022 | 13:56:29 | 4 | callForwarding | Outgoing | 4054137747 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 14:10:19 | 4 | callForwarding | Outgoing | 4054137747 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 14:24:01 | 5 | callForwarding | Outgoing | 4054201410 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 14:24:11 | 4 | callForwarding | Outgoing | 4054201410 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 14:24:50 | 5 | callForwarding | Outgoing | 4054137747 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 14:25:28 | 7 | callForwarding | Outgoing | 4054749229 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 14:25:38 | 1 | moc | Outgoing | 14058989993 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | ELTAS201 |
| 05/03/2022 | 14:47:17 | 4 | moc | Outgoing | 16198237334 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | MLTAS202 |
| 05/03/2022 | 14:47:18 | | callForwarding | Outgoing | 6198237334 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Abnormal Completion | 011;2B | MNMSS320 |
| 05/03/2022 | 15:06:24 | 4 | callForwarding | Outgoing | 4054137747 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 15:08:00 | | SMSC | | 18176832113 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/03/2022 | 15:13:21 | 7 | callForwarding | Outgoing | 8448252611 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 15:40:46 | 5 | moc | Outgoing | 14054137747 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | OLTAS202 |
| 05/03/2022 | 16:04:44 | 21 | moc | Outgoing | 14052002819 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | MNTAS202 |
| 05/03/2022 | 16:04:45 | | callForwarding | Outgoing | 4052002819 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Abnormal Completion | 011;2B | MNMSS320 |
| 05/03/2022 | 16:05:10 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/03/2022 | 16:38:30 | | SMSC | | 2300 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/03/2022 | 20:38:59 | 8 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | HNTAS204 |
| 05/03/2022 | 21:56:07 | | SMSC | | 14052556060 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/03/2022 | 22:22:19 | 12 | callForwarding | Outgoing | 4058186923 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 22:22:36 | 4 | callForwarding | Outgoing | 4058186923 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/03/2022 | 22:23:07 | | SMSC | | 14058186923 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/03/2022 | 22:32:44 | 16 | callForwarding | Outgoing | 8008520411 | 18056377249 | 18056377249 | 18056377249 | 310260168125633 | Completed Successfully | 011;2B | MNMSS320 |
| 05/04/2022 | 00:13:16 | 25 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | DETAS204 |
| 05/04/2022 | 00:13:44 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/04/2022 | 00:40:47 | | SMSC | | 14052150201 | | 68252 | | | Completed Successfully | | mavsms_pol02 |
| 05/04/2022 | 00:40:47 | | SMSC | | 68252 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/04/2022 | 13:00:07 | | SMSC | | 18333152370 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/04/2022 | 13:00:08 | | SMSC | | 14052150201 | | 18333152370 | | | Completed Successfully | | mavsms_pol02 |
| 05/04/2022 | 13:03:23 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | DETAS204 |
| 05/04/2022 | 14:54:08 | 17 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | HNTAS204 |
| 05/04/2022 | 22:47:24 | | moc | Outgoing | 18443574073 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | HNTAS203 |
| 05/04/2022 | 22:47:24 | 38 | moc | Outgoing | 18443574073 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | TTTAS204 |
| 05/04/2022 | 22:48:06 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/05/2022 | 01:34:27 | 28 | moc | Outgoing | 14053525070 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | ORTAS202 |
| 05/05/2022 | 01:34:58 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/05/2022 | 13:58:20 | | SMSC | | 28448 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/05/2022 | 13:58:21 | | SMSC | | 14052150201 | | 28448 | | | Completed Successfully | | mavsms_pol02 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 2 of 5

| Date | Time | Dur | Type | Direction | Number Dialed | From | To | Dialed Digits | IMSI | Status | Cell | Tower |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/05/2022 | 14:34:57 | 43 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | TTTAS203 |
| 05/05/2022 | 16:16:59 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | MNTAS201 |
| 05/05/2022 | 17:53:14 | 31 | moc | Outgoing | 14052297521 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | IETAS202 |
| 05/05/2022 | 17:53:49 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/05/2022 | 18:20:35 | 4 | moc | Outgoing | 14052042065 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | TTTAS204 |
| 05/05/2022 | 18:35:58 | 16 | moc | Outgoing | 18008520411 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | MOTAS202 |
| 05/05/2022 | 19:02:18 | 18 | moc | Outgoing | 16093925719 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | TRTAS202 |
| 05/05/2022 | 20:13:58 | 15 | moc | Outgoing | 14093630752 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | LATAS202 |
| 05/05/2022 | 20:14:16 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/05/2022 | 20:57:07 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | TTTAS203 |
| 05/05/2022 | 22:05:58 | | SMSC | | 16176447300 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/06/2022 | 00:48:59 | 46 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | NYTAS202 |
| 05/06/2022 | 12:56:47 | 24 | moc | Outgoing | 14058876746 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | TTTAS203 |
| 05/06/2022 | 12:57:17 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/06/2022 | 15:43:28 | 4 | moc | Outgoing | 14059815601 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | HNTAS204 |
| 05/06/2022 | 18:08:21 | 29 | moc | Outgoing | 18018987060 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | POTAS203 |
| 05/06/2022 | 18:08:54 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/06/2022 | 18:46:03 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | DCTAS202 |
| 05/06/2022 | 19:56:49 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | DCTAS002 |
| 05/06/2022 | 22:05:51 | 8 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | TTTAS204 |
| 05/07/2022 | 00:10:20 | | SMSC | | 14052150201 | | 68252 | | | Completed Successfully | | mavsms_pol02 |
| 05/07/2022 | 00:10:20 | | SMSC | | 68252 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/07/2022 | 11:06:33 | | SMSC | | 18174382969 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/07/2022 | 13:02:33 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | DCTAS201 |
| 05/07/2022 | 14:41:54 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | DNTAS203 |
| 05/07/2022 | 14:42:59 | | SMSC | | 14052150201 | | 456 | | | Completed Successfully | | mavsms_pol02 |
| 05/07/2022 | 14:42:59 | | SMSC | | 456 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/07/2022 | 15:52:10 | 8 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | ORTAS202 |
| 05/07/2022 | 16:31:51 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | POTAS201 |
| 05/07/2022 | 19:17:56 | 38 | moc | Outgoing | 18443574073 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | FLTAS404 |
| 05/07/2022 | 19:17:57 | | moc | Outgoing | 18443574073 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Abnormal Completion | 02B | MOTAS201 |
| 05/07/2022 | 19:18:37 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/07/2022 | 19:23:35 | 46 | moc | Outgoing | 16822271183 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | NYTAS204 |
| 05/07/2022 | 19:24:24 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/07/2022 | 20:50:16 | 5 | moc | Outgoing | 14052556060 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | CRTAS201 |
| 05/07/2022 | 22:41:04 | | SMSC | | 14054306016 | | 14052150201 | | | Completed Successfully | | mavsms_pol01 |
| 05/09/2022 | 13:22:45 | 4 | moc | Outgoing | 14052045306 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | MNTAS201 |
| 05/09/2022 | 14:31:15 | 16 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | FLTAS403 |
| 05/09/2022 | 14:31:34 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/09/2022 | 15:44:11 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | NVTAS203 |
| 05/09/2022 | 16:17:01 | 16 | moc | Outgoing | 15802478067 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | DNTAS204 |
| 05/09/2022 | 16:17:21 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/09/2022 | 16:48:39 | 4 | moc | Outgoing | 14057657214 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | NYTAS203 |
| 05/09/2022 | 18:13:02 | | SMSC | | 14054288174 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/09/2022 | 18:26:24 | | SMSC | | 13182237569 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/09/2022 | 19:10:57 | | SMSC | | 2300 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 3 of 5

| Date | Time | Duration | Type | Direction | Number | A | B | C | IMSI | Status | Code | Cell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/09/2022 | 20:14:36 | 10 | moc | Outgoing | 14052502904 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | CRTAS204 |
| 05/09/2022 | 21:19:34 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | NJTAS201 |
| 05/09/2022 | 22:28:10 | 6 | moc | Outgoing | 14054299144 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | NJTAS203 |
| 05/09/2022 | 22:50:08 | 2 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | DCTAS202 |
| 05/09/2022 | 22:50:13 | 6 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | NYTAS204 |
| 05/10/2022 | 00:10:32 | | SMSC | | 68252 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/10/2022 | 00:10:33 | | SMSC | | 14052150201 | | 68252 | | | Completed Successfully | | mavsms_pol02 |
| 05/10/2022 | 14:01:27 | 8 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | MNTAS201 |
| 05/10/2022 | 15:15:39 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | POTAS202 |
| 05/10/2022 | 16:18:48 | | moc | Outgoing | 14052495678 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Abnormal Completion | 02B | DETAS203 |
| 05/10/2022 | 16:19:01 | 4 | moc | Outgoing | 14052495678 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | ATTAS001 |
| 05/10/2022 | 19:57:08 | 6 | moc | Outgoing | 14054267497 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | NJTAS204 |
| 05/10/2022 | 20:00:19 | 11 | moc | Outgoing | 15802194141 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | HNTAS203 |
| 05/10/2022 | 20:15:23 | 5 | moc | Outgoing | 14054267497 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | POTAS202 |
| 05/10/2022 | 22:09:42 | | SMSC | | 14055890045 | | 14052150201 | | | Completed Successfully | | mavsms_ttn01 |
| 05/10/2022 | 22:09:43 | | SMSC | | 14055890045 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/10/2022 | 22:09:44 | | SMSC | | 14052150201 | | 14055890045 | | | Completed Successfully | | mavsms_pol02 |
| 05/10/2022 | 22:19:29 | 6 | moc | Outgoing | 14053098187 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | FLTAS202 |
| 05/10/2022 | 22:54:34 | 35 | moc | Outgoing | 18443574073 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | FLTAS403 |
| 05/11/2022 | 05:39:49 | 5 | moc | Outgoing | 14054201410 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | PXTAS202 |
| 05/11/2022 | 13:04:39 | | SMSC | | 18333152370 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/11/2022 | 14:52:13 | 36 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | LVTAS201 |
| 05/11/2022 | 15:22:48 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | DETAS204 |
| 05/11/2022 | 15:36:52 | | SMSC | | 13182237569 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/11/2022 | 18:49:29 | 4 | moc | Outgoing | 14058209348 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | CRTAS203 |
| 05/11/2022 | 20:34:31 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | LVTAS202 |
| 05/11/2022 | 20:37:10 | 7 | moc | Outgoing | 14055939150 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | PXTAS201 |
| 05/12/2022 | 00:46:06 | 8 | moc | Outgoing | 15128611310 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | OLTAS202 |
| 05/12/2022 | 00:50:01 | | SMSC | | 15128611310 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/12/2022 | 14:42:32 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | ORTAS201 |
| 05/12/2022 | 16:17:43 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | JKTAS202 |
| 05/12/2022 | 18:18:42 | 17 | moc | Outgoing | 14053108676 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | HNTAS204 |
| 05/12/2022 | 20:12:30 | 8 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | JKTAS202 |
| 05/12/2022 | 20:43:07 | 7 | moc | Outgoing | 14054299144 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | NETAS203 |
| 05/12/2022 | 22:23:57 | 9 | moc | Outgoing | 14054230153 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | NETAS201 |
| 05/13/2022 | 00:07:21 | 38 | moc | Outgoing | 18443574073 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | SCTAS201 |
| 05/13/2022 | 00:08:03 | | SMSC | | 128 | | 14052150201 | | | Completed Successfully | | mavsms_pol02 |
| 05/13/2022 | 14:26:24 | 2 | moc | Outgoing | 17204563695 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | ATTAS201 |
| 05/13/2022 | 14:50:42 | 2 | moc | Outgoing | 17204563695 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | SCTAS202 |
| 05/13/2022 | 15:06:47 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | POTAS203 |
| 05/13/2022 | 15:44:38 | 7 | moc | Outgoing | 18448252611 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | TTTAS201 |
| 05/13/2022 | 16:05:09 | 2 | moc | Outgoing | 17204563695 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | SVTAS202 |
| 05/13/2022 | 16:44:04 | 2 | moc | Outgoing | 17204563695 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | KCTAS202 |
| 05/13/2022 | 17:32:17 | 2 | moc | Outgoing | 17204563695 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | DNTAS203 |
| 05/13/2022 | 18:58:12 | 2 | moc | Outgoing | 17204563695 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | LATAS201 |
| 05/13/2022 | 19:21:19 | 24 | moc | Outgoing | 12818489814 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | ATTAS002 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 4 of 5

| Date | Time | Dur | Type | Dir | Number | A Number | B Number | Dialed | IMSI | Status | Cell | Site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/2022 | 20:46:19 | 2 | moc | Outgoing | 17204563695 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | IETAS202 |
| 05/13/2022 | 22:26:15 | 6 | moc | Outgoing | 14058916737 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | JKTAS201 |
| 05/13/2022 | 23:06:15 | 2 | moc | Outgoing | 17204563695 | 14699829999 | 14699829999 | 14699829999 | 310260168125633 | Completed Successfully | 02B | LVTAS201 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697