

Faith Edwards <faith@bigredsports.com>

## Payment packing

3 messages

---

**Chris Mayes** <chris@bigredsports.com>     Mon, Oct 29, 2018 at 12:20 PM
To: Courtney Wells <courtney@bigredsports.com>, Roger Mayes <roger@bigredsports.com>, David Phillips <david@bigredsports.com>, Faith Edwards <faith@bigredsports.com>, redburn bently <bentlyredburn@yahoo.com>, Sonia Beljean <sonia@bigredsports.com>, Andy Elliott <ANDYE67@gmail.com>, Kris Farucci <kris@normanmitsubishi.com>

It came to my attention that we have been is some ways doing a form of payment packing. This is against the law.

· Three years ago our compliance officer ( Chuck Gooch ) was instructed with putting an end to this practice and putting processes in place to help managers in working car deals while staying within the law.

We have not been following the rules or directions I gave Chuck.

1. The work sheet is what each customer uses to decide what the starting terms are. We have to give full and transparent disclosure to each customer. No exceptions.

2. The pre-delivery sheet is also a form of disclosure but we have to use the worksheet as the main form since it is what the customers use to work a car deal.

Any manger that is caught payment packing will be terminated on the spot. No exceptions.

Any employee that knows a manager is payment packing and allows it will also be terminated on the spot. You must report on one another. The companies health is what is most important.

Chris Mayes

---

**Faith Edwards** <faith@bigredsports.com>     Mon, Oct 29, 2018 at 12:32 PM
To: Chris Mayes <chris@bigredsports.com>
Cc: Courtney Wells <courtney@bigredsports.com>, Roger Mayes <roger@bigredsports.com>, David Phillips <david@bigredsports.com>, "Bently Redburn (bentlyredburn@yahoo.com)" <bentlyredburn@yahoo.com>, Sonia Beljean <sonia@bigredsports.com>, Andy Elliott <ANDYE67@gmail.com>, Kris Farucci <kris@normanmitsubishi.com>

David,
Come by and see accounting so we are clear what to watch for or I'll see you in the morning over there.

Thank you,

**Faith Edwards**

OFFICE MANAGER

BIG RED SPORTS/IMPORTS

NORMAN MITSUBISHI

PO BOX 720605



GOVERNMENT EXHIBIT 7

DEFENDANTS MAYES/GOOCH EXHIBIT 46 CR-20-240-F