From: **Andy Elliott** <andye67@gmail.com>
Date: Thu, May 23, 2019 at 12:18 PM
Subject: Re: Faith Edwards
To: Finance Finance <finance@bigredsports.com>
Cc: Courtney Wells <courtney@bigredsports.com>, Chris Mayes <chris@bigredsports.com>, <joshuavanover@yahoo.com>, redburn bently <bentlyredburn@yahoo.com>, Roger Mayes <roger@bigredsports.com>, Finance Department <finance@normanmitsubishi.com>, Parts Parts <parts@bigredsports.com>, Faith Edwards <faith@bigredsports.com>

Yes sir!!

Sent from my iPhone

On May 23, 2019, at 10:39 AM, Finance Finance <finance@bigredsports.com> wrote:

> Yes sir, this is Jt
>
>
>
> Best Regards,
> Finance Department
> 
> 405-364-4400
>
>> On Thu, May 23, 2019 at 10:37 AM Courtney Wells <courtney@bigredsports.com> wrote:
>> Yes sir, understood
>>
>> Courtney Wells
>> Controller
>> Big Red Sports/Imports
>> Norman Mitsubishi
>> 405-928-9983 office
>> 405-317-8842 cell
>> 405-253-4520 fax
>>
>>> On Thu, May 23, 2019 at 10:33 AM Chris Mayes <chris@bigredsports.com> wrote:
>>> To: All personal
>>>
>>> Faith Edwards is head of compliance for all stores, departments, sales staff, employees in general. Head of compliance has final say in all matters. That means if Faith gives any of you direction, order, command, or demand, that you are to follow her instructions. That does not mean that you are allowed

https://mail.google.com/mail/u/0?ik=c7286a8697&view=pt&search=all&permthid=thread-f%3A1658356832508329455%7Cmsg-f%3A1658356832508329455&sim...    1/2



47.1

to argue or debate. You are not. Head of compliance has the ability and power to write up or fire any employee at any time for any reason.

Faith is the final say on all matters of compliance. That doesn't mean that you can call or complain to me about her decisions. I don't want to hear a word, if you call or come to my office over a compliant issue I will hang up or throw you out. I don't want to hear it.

If you disagree with a compliance decision you can submit in writing the issue and Faith will immediately take it up with either our attorney or our outside compliance advisors.


Chris Mayes

**47.2**