Kevin Garrett

| | |
|---|---|
| From: | Courtney Wells <courtney@bigredsports.com> |
| Sent: | Tuesday, August 9, 2016 5:05 PM |
| To: | Kevin Garrett |
| Subject: | Re: Trident |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Yes and no.

① Customer's will bring items and trade them to Norman Pawn and Gun, then NPG will write a check to the customer for that item. The customer then gives the money to Big Red (or the appropriate dealership) for their down payment.

② NPG basically has no working capital, so Trident will loan money to NPG, NPG writes customer checks for pawn items. Then the dealership is essentially purchasing those items from NPG by paying back Trident for their respective balances based on the customer checks.

So when I record a check as payment to NPG from Trident, I will already know what portions the dealerships will be paying back, so I record it in the check as an A/R to those dealers.

Tangled web!

① NPG             BRSI/ or other
   Dr. Inventory   Dr. Cash
   Cr. Cash        Cr. Sales

② NPG             BRSI/ or other   Trident
   Dr. Cash        Dr. Inventory    Dr. N/R-NPG
   Cr. N/P-Trident Cr. Cash         Cr. Cash
   Dr. Cash
   Cr. Inventory

Courtney Wells
Controller
Big Red Sports/Imports
Norman Mitsubishi
Norman Yamaha
Mayes Kia
405-364-4400 ext. 137
▉▉▉-8842 cell
405-447-8248 fax

On Tue, Aug 9, 2016 at 4:56 PM, Kevin Garrett <KGarrett@eidebailly.com> wrote:

So basically this is Big Red expense that Chris wanted Trident to pay for? Norman Pawn and Gun wasn't a factor on these two checks that Trident wrote to Big Red?

**Kevin Garrett, CPA**

Tax Manager

Eide Bailly LLP

Norman, OK

T 405.292.2929

Kelley's note: the items bought by BRSI/ other stores should be inventory until scrapped or sold - what was this at 12/31/15? Kevin emailed Courtney 8/11/16 for this.
Per discussion: treat the "A/R" on Trident as N/R-NPG instead of true A/R, this should be paid back in 2016 per Courtney.



**From:** Courtney Wells [mailto:courtney@bigredsports.com]
**Sent:** Tuesday, August 9, 2016 4:51 PM

**To:** Kevin Garrett <KGarrett@eidebailly.com>
**Subject:** Re: Trident

These are recorded as debit to cost of sales, credit to A/P, then when I transfer the money, it is a debit to A/P and credit to cash

Courtney Wells

Controller

Big Red Sports/Imports

Norman Mitsubishi

Norman Yamaha

Mayes Kia

405-364-4400 ext_137

-8842 cell

405-447-8248 fax

On Tue, Aug 9, 2016 at 4:48 PM, Kevin Garrett <KGarrett@eidebailly.com> wrote:
> Was it a debit to cash, credit to A/P?

**Kevin Garrett, CPA**

Tax Manager

Eide Bailly LLP

Norman, OK

T 405.292.2929

**From:** Courtney Wells [mailto:courtney@bigredsports.com]
**Sent:** Tuesday, August 9, 2016 4:06 PM
**To:** Kevin Garrett <KGarrett@eidebailly.com>
**Subject:** Re: Trident

Yes sir, it was recorded in 2015 for Big Red.

Thank you!

Courtney Wells

Controller

Big Red Sports/Imports

Norman Mitsubishi

Norman Yamaha

Mayes Kia

405-364-4400 ext. 137

███-8842 cell

405-447-8248 fax

On Tue, Aug 9, 2016 at 11:19 AM, Kevin Garrett <KGarrett@eidebailly.com> wrote:
> Courtney, just need to verify something on this LLC:

You mentioned the $18,600 of A/R on this entity was related to Norman Pawn & Gun transactions even though the two checks making up the A/R were written to Big Red, and that Trident pays NPG but the dealerships pay Trident.

I know you plan to reconcile these in 2016 but just need to verify how the $18,600 was recorded on Big Red's side in 2015 (check #1037 & #1045 from Trident to Big Red).

Thanks,

**Kevin Garrett, CPA**

Tax Manager

Eide Bailly LLP

2402 Westport Dr.

Norman, OK 73069-6336

T 405.292.2929

F 405.321.4758

www.eidebailly.com

**Experience the Eide Bailly Difference**



Confidentiality Note: This email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain information that is