From: **Sherry Brown** <█████@rbt.com>
Date: Fri, Jul 29, 2016 at 4:42 PM
Subject: RE: FW: BRSI- Deposit approval
To: Courtney Wells <█████.com>
Cc: Theresa Moody <█████.com>, Taylor Davis <█████.com>, Chuck Gooch <█████.com>

Yes, she is saying that the on the back of the checks, the handwriting is exactly the same for each of them and that there is not a BRSI stamp on them.

Thank you,



Sherry R. Brown
Republic Bank & Trust
Vice President Corp Banking

(405) 366-2789 Work
█████ 3015 Mobile
█████.com
NMLS # 756056
PO Box 5369
Norman, OK 73069

From: **Courtney Wells** [mailto:█████@█████.com]
Sent: Friday, July 29, 2016 12:41 PM
To: Sherry Brown
Cc: Theresa Moody; Taylor Davis; Chuck Gooch
Subject: Re: FW: BRSI- Deposit approval

**GOVERNMENT EXHIBIT 12**

**GOVERNMENT EXHIBIT 228**
**CR-20-240-F**

228.1

When Dana says the checks are endorsed by the same person, is she referring to the customer's endorsement on the back of the check?

The back of the check should be signed by the customer the check is issued to, then have the Big Red (or other dealer) deposit only stamp.

Thank you for the information, I will get with my employees and make sure this issue is taken care of.

Courtney Wells
Controller
Big Red Sports/Imports
Norman Mitsubishi
Norman Yamaha
Mayes Kia

405-364-4400 ext. 137
█████-8842 cell
405-447-8248 fax

On Fri, Jul 29, 2016 at 11:27 AM, Sherry Brown <█████████com> wrote:

Please see below. The attempted deposit did not have the BRSI stamp and so because of the additional questionable issues explained below, the deposit was not accepted. Please let me know if there is any additional instructions you want me to pass along to our tellers at west.

Thank you,
Sherry

-----Original Message-----
From: Dana Barnat
Sent: Friday, July 29, 2016 11:19 AM
To: Sherry Brown; Marie Plott
Cc: Trey Scott
Subject: BRSI- Deposit approval

Good morning,

Attached are checks apart of a deposit to BRSI. Some things I wanted to point out is that all of the checks are in sequence but the dates are all very different. They are made to different people, not associated with the BRSI account. They are all also endorsed clearly by the same person- who is signing as all of those individuals. If this is something you would like to approve please let me know. The courier comes back many times throughout the day and we sent her back with that one until we are able to get it approved.

Thank you!

Dana Barnat
Customer Support Specialist

NOTICE: This electronic mail message and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachment, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

NOTICE: This electronic mail message and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachment, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies.

🗋 **Sherry R Brown.vcf**
5K