

# FORENSIC EXAMINATION REPORT

## CASE NUMBER Google SW Return_1 & 3

| | |
|---|---|
| Case generated | Monday, August 15, 2022 |
| Report generated | Monday, August 22, 2022 |

GOVERNMENT
EXHIBIT

13

# CASE OVERVIEW

## CASE PROCESSING DETAILS

SCAN 1

Scan date **Monday, August 15, 2022 4:00:37 PM**

# EVIDENCE OVERVIEW

| | |
|---|---|
| Evidence items | 2 |
| Combined results | 41,768 |

## R:\ (2,118)

| | |
|---|---|
| Evidence number | R:\ |
| Location | Source\8-15-22_Google SW\21016857-20220812-3.zip |
| Platform | Computer |

## R:\ (39,650)

| | |
|---|---|
| Evidence number | R:\ |
| Location | Source\8-15-22_Google SW\21016857-20220812-1.zip |
| Platform | Computer |

Record 1

| | |
|---|---|
| Tags | Evidence |
| To | Kris Farucci <kris@normanmitsubishi.com> |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time – UTC+00:00 (M/d/yyyy) | 9/1/2017 12:08:12 AM |
| Subject | Re: Aegis & Trident Payroll |
| Body | |

Thank you :)

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mazes Kia
405-362-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 3:07 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
Yes and yes. He gave me last months for my records and this month.

I did have to remind him like 4 times lol

On Thu, Aug 31, 2017 at 3:06 PM, Courtney Wells <courtney@bigredsports.com> wrote:
You can send it with him - thank you :)

Do you have my phone bill reimbursement check too? Did Jake give you his, I forgot to mention it to him to give to you, but I always had to remind him I needed it previously lol

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mazes Kia
405-362-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 3:05 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
Thanks! I can send over your check with Dalton when he heads over, or would you prefer me to drop it off on my way home?

On Thu, Aug 31, 2017 at 3:00 PM, Courtney Wells <courtney@bigredsports.com> wrote:
It worked for me -

Here are the check registers for now :)

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mazes Kia
405-362-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 2:49 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
Yeh- It's not letting me in on Safari or Chome.

Can you please try, and if it doesn't work then I guess you have to reset it since it'll get sent to your email.

On Thu, Aug 31, 2017 at 2:43 PM, Courtney Wells <courtney@bigredsports.com> wrote:
Yep. I just logged in and reset the password to that the day I sent the email.

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mazes Kia
405-362-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 2:40 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
Is this still the same login info?

It's not letting me in with this info

On Mon, Jul 31, 2017 at 12:06 PM, Courtney Wells <courtney@bigredsports.com> wrote:
Heartland Payroll - https://www.heartlandpayroll.com/UserLogin.aspx

01506EV01 - Client Code

courtney.wells
Cduber7171

Reporting - Payroll Report on Demac - Payroll Register
Client search top left to switch entities

| | |
|---|---|
| Folder Name | All mail Including Spam and Trash |

| Headers | From 1577293700961109764@xxx Fri Sep 01 00: 08:12 +0000 2017 |
|---|---|
| | X-GM-THRID: 1574458646799452866 |
| | X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Opened,Passwords |
| | MIME-Version: 1.0 |
| | Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 17:08:12 -0700 (PDT) |
| | In-Reply-To: <CAFtCVMW4FCEqDUhD4VznMbjssHFXYUhoV3mEG2J6K690Vy8Y7g@mail.gmail.com> |
| | References: <CAE-VPJeJmOYdKGg5+eflOCB06spJPOrFDAGKHqOTkyDdypv8Qg@mail.gmail.com> <CAFtCVMU |
| | D5dad7dSUrGGMxh74YyOA5RweF_y_SRuGM8v9LPYotg@mail.gmail.com> <CAE-VPJeGTidb0o7JO-1BJVZ9_oPE |
| | Am0dEmW=WgohJ+YJMwob2Q@mail.gmail.com> <CAFtCVMXjXhroHirUNd-wFWfY46-_DRU18Jr2voQbyS7Ou-jzV |
| | Q@mail.gmail.com> <CAE-VPJd7wFOGRFU6=hQZoHkj6niAzj9jMhVsTUQfknh431yf6Q@mail.gmail.com> <CA |
| | FtCVMVkn_CCBW_=CB8uvbWnqutUVR9FYmgX+JJGtTyQQdQEQ@mail.gmail.com> <CAE-VPJdBkq5PyROG4hBg_n |
| | PqR_V7ALASRi0i7_2-uVa-Uq_gjw@mail.gmail.com> <CAFtCVMW4FCEqDUhD4VznMbjssHFXYUhoV3mEG2J6K69 |
| | 0Vy8Y7g@mail.gmail.com> |
| | Date: Thu, 31 Aug 2017 19:08:12 -0500 |
| | Delivered-To: courtney@bigredsports.com |
| | Message-ID: <CAE-VPJcg5-FGo9LBJvAaF_nK6HcAz+sLBaTp2pT+EcJFEkmL-Q@mail.gmail.com> |
| | Subject: Re: Aegis & Trident Payroll |
| | From: Courtney Wells <courtney@bigredsports.com> |
| | To: Kris Farucci <kris@normanmitsubishi.com> |
| | Content-Type: multipart/alternative; boundary="001a113f96be8682740558158ee8" |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857~20220812-1.zip\courtney@bigredsports.com.82 |
| | 1461498274.Mail.MessageContent_001.004~2.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 11173547 |
| Evidence number | • R:\ |
| Recovery method | • Carving |

## Record 2

| Tags | Evidence |
|---|---|
| To | Kris Farucci <kris@normanmitsubishi.com> |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 8/31/2017 8:06:09 PM |
| Subject | Re: Aegis & Trident Payroll |

| | |
|---|---|
| Body | You can send it with him - thank you :) |

Do you have my phone bill reimbursement check too? Did Jake give you his, I forgot to mention it to him to give to you, but I always had to remind him I needed it previously lol

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 3:05 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
> Thanks! I can send over your check with Dalton when he heads over, or would you prefer me to drop it off on my way home?

> On Thu, Aug 31, 2017 at 3:00 PM, Courtney Wells <courtney@bigredsports.com> wrote:
>> It worked for me -

>> Here are the check registers for now :)

>> Courtney Wells
>> Comptroller
>> Big Red Sports/Imports
>> Norman Mitsubishi
>> Mayes Kia
>> 405-364-4400 ext. 137
>> 405-317-8842 cell
>> 405-447-8248 fax

>> On Thu, Aug 31, 2017 at 2:49 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
>>> Yeh- it's not letting me in on Safari or Chome.

>>> Can you please try, and if it doesn't work then I guess you have to reset it since it'll get sent to your email.

>>> On Thu, Aug 31, 2017 at 2:43 PM, Courtney Wells <courtney@bigredsports.com> wrote:
>>>> Yep. I just logged in and reset the password to that the day I sent the email.

>>>> Courtney Wells
>>>> Comptroller
>>>> Big Red Sports/Imports
>>>> Norman Mitsubishi
>>>> Mayes Kia
>>>> 405-364-4400 ext. 137
>>>> 405-317-8842 cell
>>>> 405-447-8248 fax

>>>> On Thu, Aug 31, 2017 at 2:40 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
>>>>> Is this still the same login info?

>>>>> It's not letting me in with this info

>>>>> On Mon, Jul 31, 2017 at 12:06 PM, Courtney Wells <courtney@bigredsports.com> wrote:
>>>>>> Heartland Payroll - https://www.heartlandpluone.com/UserLogin.aspx

>>>>>> 0150KV01 - Client Code

>>>>>> courtney.wells
>>>>>> Cdub07271

>>>>>> Reporting - Payroll Report on Deman - Payroll Register

>>>>>> Client search top left to switch entities

| | |
|---|---|
| Folder Name | All mail Including Spam and Trash |
| Headers | From 1577278472707139414@xxx Thu Aug 31 20: 06:09 +0000 2017 |
| | X-GM-THRID: 1574458646799452866 |
| | X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Important,Opened,Passwords |
| | MIME-Version: 1.0 |
| | Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 13:06:09 -0700 (PDT) |
| | In-Reply-To: <CAFtCVMVkn_CCBW_-=CB8uvbWnqutUVR9FYmgX+JJGtTyQQdQEQ@mail.gmail.com> |
| | References: <CAE-VPJeJmOYdKGg5+efLOCB06spJPOrFDAGKHqOTkyDdypv8Qg@mail.gmail.com> <CAFtCVMU |
| | D5dad7d5UrGGMxh74YyOA5RweF_y_SRuGM8v9LPYotg@mail.gmail.com> <CAE-VPJeGTIdb0o7JO-1BJVZ9_oPE |
| | Am0dEmW=WgohJ+YJMwob2Q@mail.gmail.com> <CAFtCVMXjXhroHirUNd-wFWfY46-_DRU18Jr2voQbyS7Ou-jzV |
| | Q@mail.gmail.com> <CAE-VPJd7wFOGRFU6=hQZoHkj6niAzj9jMhVsTUQfknh431yf6Q@mail.gmail.com> <CA |
| | FtCVMVkn_CCBW_-=CB8uvbWnqutUVR9FYmgX+JJGtTyQQdQEQ@mail.gmail.com> |
| | Date: Thu, 31 Aug 2017 15:06:09 -0500 |
| | Delivered-To: courtney@bigredsports.com |
| | Message-ID: <CAE-VPJdBkq5PyROG4hBg_nPqR_V7ALASRi0i7_2-uVa-Uq_gjw@mail.gmail.com> |
| | Subject: Re: Aegis & Trident Payroll |
| | From: Courtney Wells <courtney@bigredsports.com> |
| | To: Kris Farucci <kris@normanmitsubishi.com> |
| | Content-Type: multipart/alternative; boundary="94eb2c188f6ae576130558122c26" |

| | |
|---|---|
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\courtney@bigredsports.com.82 1461498274.Mail.MessageContent_001.004-2.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 11213754 |
| Evidence number | • R:\ |
| Recovery method | • Carving |

Record 3

| | |
|---|---|
| Tags | Evidence |
| To | Kris Farucci <kris@normanmitsubishi.com> |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 9/1/2017 12:43:22 AM |
| Subject | Re: CGI |
| Body | Can you re-send this in the back up file format? |

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 12:25 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
I hope I sent this right- but all of BofA is updated now

On Tue, Aug 29, 2017 at 3:23 PM, Courtney Wells <courtney@bigredsports.com> wrote:

On Tue, Aug 29, 2017 at 2:17 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
Done with Kelly's checks. They all "zero" out... ($3.63)

Am I entering all these line items from each month? yes pleasee - they're probably all commissions if I recall correctly

QB is only current to August 2015... Should I do a line item to bring it current to 2017? What is the difference between Aug25 and Jan28? It might have been a last minute item and I didn't have them if they weren't entered.

I dont have Sept. Oct. Nov. Dec 2015 to make it balance.

On Tue, Aug 29, 2017 at 9:56 AM, Courtney Wells <courtney@bigredsports.com> wrote:
Okay, I'll tell Chuck.

Thanks :)

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Tue, Aug 29, 2017 at 9:39 AM, Kris Farucci <kris@normanmitsubishi.com> wrote:
I was working on it Friday and yesterday. Kelly's pay breakdown was giving me problems but I've figured it all out and have a few months left.

She still hasn't brought me the statements we've been waiting on...

On Tue, Aug 29, 2017 at 9:09 AM, Courtney Wells <courtney@bigredsports.com> wrote:
If you can finish up on the QB for chuck's insurance today, I need to go over it again and get it to the cpa as quick as possible. Tax returns have to be prepared & submitted by the 15th.

Thanks.

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

| | |
|---|---|
| Folder Name | All mail Including Spam and Trash |

| | |
|---|---|
| Headers | From 1577295914456771275@xxx Fri Sep 01 00: 43:22 +0000 2017 |
| | X-GM-THRID: 1577074865047171449 |
| | X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Important,Opened,CPA |
| | MIME-Version: 1.0 |
| | Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 17:43:22 -0700 (PDT) |
| | In-Reply-To: <CAFtCVMWFPWCSoDyRaphr=FtyebpVCj0_1BZfuCJK2kWHJXpAFA@mail.gmail.com> |
| | References: <CAFtCVMWFPWCSoDyRaphr=FtyebpVCj0_1BZfuCJK2kWHJXpAFA@mail.gmail.com> <CAFtCVMW Yj2k6NJwtauph967=FP=-4oq-yJdLK=seCbLDhwRQ3A@mail.gmail.com> <CAE-VPJf59qzP4esna_3N5ZdFAdEK krd5vjtifgrW7_W3C0u2RQ@mail.gmail.com> <CAFtCVMWad-3Y4n=17v6EY-fvF0GMX9TUrD4us-+gwmSDrSvpG A@mail.gmail.com> <CAE-VPJdEcYBoRSec=So85bAqzK7LqDxCV434A75E6u3v6cqwYA@mail.gmail.com> <CA FtCVMWFPWCSoDyRaphr=FtyebpVCj0_1BZfuCJK2kWHJXpAFA@mail.gmail.com> |
| | Date: Thu, 31 Aug 2017 19:43:22 -0500 |
| | Delivered-To: courtney@bigredsports.com |
| | Message-ID: <CAE-VPJeoQJZLhRsnskP-NE_Nmz+6XypVT32YC+eSD6E1kK5trQ@mail.gmail.com> |
| | Subject: Re: CGI |
| | From: Courtney Wells <courtney@bigredsports.com> |
| | To: Kris Farucci <kris@normanmitsubishi.com> |
| | Content-Type: multipart/alternative; boundary="94eb2c0775745152c20558160cac" |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\courtney@bigredsports.com.82 1461498274.Mail.MessageContent_001.004-2.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 7220470 |
| Evidence number | • R:\ |
| Recovery method | • Carving |

Record 4

| | |
|---|---|
| Tags | Evidence |
| To | Kris Farucci <kris@normanmitsubishi.com> |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time – UTC+00:00 (M/d/yyyy) | 8/31/2017 7:10:16 PM |
| Subject | Re: CGI |

| | |
|---|---|
| Body | Thanks, I'll check it out this evening. |

Were you able to pull the necessary reports for the Aegis & Trident payroll?


Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 12:25 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
> I hope I sent this right- but all of BoF A is updated now

On Tue, Aug 29, 2017 at 3:23 PM, Courtney Wells <courtney@bigredsports.com> wrote:

On Tue, Aug 29, 2017 at 2:17 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
> Done with Kelly's checks. They all "zero" out... ($3.63)

Am I entering all these line items from each month? yes pleasee - they're probably all commintions if I recall correctly

QB is only current to August 2015... Should I do a line item to bring it current to 2017? What is the difference between Aug15 and Jan16?  It might have been a last minute item and I didn't have them if they weren't entered.

I don't have Sept, Oct, Nov, Dec 2015 to make it balance.

On Tue, Aug 29, 2017 at 9:56 AM, Courtney Wells <courtney@bigredsports.com> wrote:
> Okay, I'll tell Chuck.
>
> Thanks :)
>
>
> Courtney Wells
> Comptroller
> Big Red Sports/Imports
> Norman Mitsubishi
> Mayes Kia
> 405-364-4400 ext. 137
> 405-317-8842 cell
> 405-447-8248 fax

On Tue, Aug 29, 2017 at 9:39 AM, Kris Farucci <kris@normanmitsubishi.com> wrote:
> I was working on it Friday and yesterday. Kelly's pay breakdown was giving me problems but I've figured it all out and have a few months left.

She still hasn't brought me the statements we've been waiting on...

On Tue, Aug 29, 2017 at 9:09 am, Courtney Wells <courtney@bigredsports.com> wrote:
> If you can finish up on the QB for chuck's insurance today, I need to go over it again and get it to the cpa as quick as possible. Tax returns have to be prepared & submitted by the 15th.
>
> Thanks,
>
>
> Courtney Wells
> Comptroller
> Big Red Sports/Imports
> Norman Mitsubishi
> Mayes Kia
> 405-364-4400 ext. 137
> 405-317-8842 cell
> 405-447-8248 fax

| | |
|---|---|
| Folder Name | All mail Including Spam and Trash |
| Headers | From 1577274956502758589@xxx Thu Aug 31 19: 10:15 +0000 2017 |

X-GM-THRID: 1577074865047171449
X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Important,Opened,CPA
MIME-Version: 1.0
Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 12:10:16 -0700 (PDT)
In-Reply-To: <CAFtCVMWFPWC5oDyRaphr=FtyebpVCj0_1BZfuCJK2kWHJXpAFA@mail.gmail.com>
References: <CAE-VPJcF8EHi8DgduyJ+8A2CPWwVfpJvxQPZEM7ZkjifzfQwzg@mail.gmail.com> <CAFtCVMW
Yj2k6NJwtauph967=FP=-4oq-yJdLK=seCbLDhwRQ3A@mail.gmail.com> <CAE-VPJf59qzP4esna_3N5ZdFAdEK
krd5vjtifgriW7_W3COu2RQ@mail.gmail.com> <CAFtCVMWad-3Y4n=17v6EY-fvF0GMX9TUrD4us-+gwmSDrSvpG
A@mail.gmail.com> <CAE-VPJdEcYBoRSec=So85bAqzK7LqDxCV434A75E6u3v6cqwYA@mail.gmail.com> <CA
FtCVMWFPWC5oDyRaphr=FtyebpVCj0_1BZfuCJK2kWHJXpAFA@mail.gmail.com>
Date: Thu, 31 Aug 2017 14:10:16 -0500
Delivered-To: courtney@bigredsports.com
Message-ID: <CAE-VPJfNJu9b4GnA0T=QGYcRq+Qtyfoh4MFJYazSGSUiRXV8og@mail.gmail.com>
Subject: Re: CGI
From: Courtney Wells <courtney@bigredsports.com>
To: Kris Farucci <kris@normanmitsubishi.com>
Content-Type: multipart/alternative; boundary="001a1140f3fa04420f05581165e8"

| | |
|---|---|
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\courtney@bigredsports.com.82 1461498274.Mail.MessageContent_001.004-2.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 7253756 |
| Evidence number | • R:\ |
| Recovery method | • Carving |

Record 5

| | |
|---|---|
| Tags | Evidence |
| To | Kris Farucci <kris@normanmitsubishi.com> |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 8/31/2017 8:00:48 PM |
| Subject | Re: Aegis & Trident Payroll |
| Body | It worked for me - |

Here are the check registers for now :)


Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 2:49 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
Yeh- It's not letting me in on Safari or Chome.

Can you please try, and if it doesn't work then I guess you have to reset it since it'll get sent to your email.

On Thu, Aug 31, 2017 at 2:43 PM, Courtney Wells <courtney@bigredsports.com> wrote:
Yep. I just logged in and reset the password to that the day I sent the email.


Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 2:40 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
Is this still the same login info?

It's not letting me in with this info

On Mon, Jul 31, 2017 at 12:06 PM, Courtney Wells <courtney@bigredsports.com> wrote:
Heartland Payroll - https://www.heartlandplusone.com/UserLogin.aspx

0150KV01 - Client Code

courtney.wells
Cdubo7171!

Reporting - Payroll Report on Deman - Payroll Register

Client search top left to switch entities

| | |
|---|---|
| Folder Name | All mail Including Spam and Trash |

| | |
|---|---|
| Headers | From 1577278136501537048@xxx Thu Aug 31 20: 00:48 +0000 2017 |
| | X-GM-THRID: 1574458646799452866 |
| | X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Important,Opened,Passwords |
| | MIME-Version: 1.0 |
| | Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 13:00:48 -0700 (PDT) |
| | In-Reply-To: <CAFtCVMXjXhroHirUNd-wFWfY46-_DRU18Jr2voQbyS7Ou-jzVQ@mail.gmail.com> |
| | References: <CAE-VPJeJmOYdKGg5+efLOCB06spJPOrFDAGKHqOTkyDdypv8Qg@mail.gmail.com> <CAFtCVMU |
| | D5dad7d5UrGGMxh74YyOA5RweF_y_SRuGM8v9LPYotg@mail.gmail.com> <CAE-VPJeGTidb0o7JO-1BJVZ9_oPE |
| | Am0dEmW=WgohJ+YJMwob2Q@mail.gmail.com> <CAFtCVMXjXhroHirUNd-wFWfY46-_DRU18Jr2voQbyS7Ou-jzV |
| | Q@mail.gmail.com> |
| | Date: Thu, 31 Aug 2017 15:00:48 -0500 |
| | Delivered-To: courtney@bigredsports.com |
| | Message-ID: <CAE-VPJd7wFOGRFU6=hQZoHkj6niAzj9jMhVsTUQfknh431yf6Q@mail.gmail.com> |
| | Subject: Re: Aegis & Trident Payroll |
| | From: Courtney Wells <courtney@bigredsports.com> |
| | To: Kris Farucci <kris@normanmitsubishi.com> |
| | Content-Type: multipart/mixed; boundary="001a114f34dabf26520558121968" |
| Attachment Name(s) | 8-31-17 PR.pdf, 8-31-17 PR.pdf |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\courtney@bigredsports.com.82 |
| | 1461498274.Mail.MessageContent_001.004-2.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 11245676 |
| Evidence number | • R:\ |
| Recovery method | • Carving |

Record 6

| | |
|---|---|
| Tags | Evidence |
| To | Kris Farucci <kris@normanmitsubishi.com> |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 8/31/2017 7:43:18 PM |
| Subject | Re: Aegis & Trident Payroll |
| Body | **Yep. I just logged in and reset the password to that the day I sent the email.** |

**Courtney Wells**
**Comptroller**
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 2:40 PM, Kris Farucci <kris@normanmitsubishi.com> wrote:
Is this still the same login info?

It's not letting me in with this info

On Mon, Jul 31, 2017 at 12:06 PM, Courtney Wells <courtney@bigredsports.com> wrote:
Heartland Payroll - https://www.heartlandplusone.com/UserLogin.aspx

0150KV01 - Client Code

courtney.wells
Cdub0717!

Reporting - Payroll Report on Deman - Payroll Register

Client search top left to switch entities

| | |
|---|---|
| Folder Name | All mail Including Spam and Trash |
| Headers | From 1577277035409372029@xxx Thu Aug 31 19: 43:18 +0000 2017 |
| | X-GM-THRID: 1574458646799452866 |
| | X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Important,Opened,Passwords |
| | MIME-Version: 1.0 |
| | Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 12:43:18 -0700 (PDT) |
| | In-Reply-To: <CAFtCVMUD5dad7d5UrGGMxh74YyOA5RweF_y_SRuGM8v9LPYotg@mail.gmail.com> |
| | References: <CAE-VPJeJmOYdKGg5+efLOCB06spJPOrFDAGKHqOTkyDdypv8Qg@mail.gmail.com> <CAFtCVMU |
| | D5dad7d5UrGGMxh74YyOA5RweF_y_SRuGM8v9LPYotg@mail.gmail.com> |
| | Date: Thu, 31 Aug 2017 14:43:18 -0500 |
| | Delivered-To: courtney@bigredsports.com |
| | Message-ID: <CAE-VPJeGTidb0o7JO-1BJVZ9_oPEAm0dEmW=WgohJ+YJMwob2Q@mail.gmail.com> |
| | Subject: Re: Aegis & Trident Payroll |
| | From: Courtney Wells <courtney@bigredsports.com> |
| | To: Kris Farucci <kris@normanmitsubishi.com> |
| | Content-Type: multipart/alternative; boundary="001a114629222794f6055811db84" |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\courtney@bigredsports.com.82 |
| | 1461498274.Mail.MessageContent_001.004-2.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 11601471 |
| Evidence number | • R:\ |
| Recovery method | • Carving |

Record 7

| | |
|---|---|
| Tags | Evidence |
| To | chris@bigredsports.com |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 8/31/2017 4:01:16 PM |
| Subject | Fwd: Re: New Hires |

Body

---------- Forwarded message ----------
From: "Brandy Blanchard" <brandy@bigredsports.com>
Date: Aug 24, 2017 10:41 AM
Subject: Re: New Hires
To: "Courtney Wells" <courtney@bigredsports.com>
Cc: "Jeanie Yeahquo" <jeanie@bigredsports.com>

Courtney,

Attached are the pay plans for all stores for July and August new hires. There is one exceptions, we are still waiting on Mayes Kia to get us the signed pay plan for Lindenmaier.

Let me know if you need anything further.

Thank You,

Brandy Blanchard
Cancellation Clerk
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400

On Sat, Aug 19, 2017 at 3:53 PM, Courtney Wells <courtney@bigredsports.com> wrote:
Thank you :)

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Fri, Aug 18, 2017 at 4:55 PM, Brandy Blanchard <brandy@bigredsports.com> wrote:
We have gathered the new hires for July and August, just waiting on 2 from Rogers to complete. Once received, I will furnish those to you. :)

Thank You,

Brandy Blanchard
Cancellation Clerk
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400

On Fri, Aug 18, 2017 at 2:03 PM, Courtney Wells <courtney@bigredsports.com> wrote:
I want the pay plan for every single new hire, sales, runners, lot porters, internet, whoever, given to met as soon as you receive it.

There are too many that I don't have and I don't know what they do, and if they work for both stores, I have to be able to determine that and charge each store appropriately so no one is bearing the burden of a full expense unjustly.

Thank you,

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

Folder Name    All mail Including Spam and Trash
Headers        From 1577263066232427801@xxx Thu Aug 31 16: 01:16 +0000 2017
               X-GM-THRID: 1576096782956539578
               X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Opened
               MIME-Version: 1.0
               Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 09:01:16 -0700 (PDT)
               Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 09:01:16 -0700 (PDT)
               In-Reply-To: <CAOKHEXoaypHUiLjA2+38pV1vvhKGpKPWdY=17dWuc4Kh0P=N0Q@mail.gmail.com>
               References: <CAE-VPJfBWu7VYh_DAGJzn+Pori+H2XDEsZNbL7LXUV5r1P49eA@mail.gmail.com> <CAOKHEXr
               AT=brn27oroxjBxK8sUkkfBqRnxG=ak6hHSG89Yk55g@mail.gmail.com> <CAE-VPJcp4TQJYnLHzkgPNd0_fhE=
               amJROh6gNiJa7Y0eRaeTfg@mail.gmail.com> <CAOKHEXoaypHUiLjA2+38pV1vvhKGpKPWdY=17dWuc4Kh0P=N0
               Q@mail.gmail.com>
               Date: Thu, 31 Aug 2017 11:01:16 -0500
               Delivered-To: courtney@bigredsports.com
               Message-ID: <CAE-VPJfNt8n0gimn96inJp3aQKPKVeqAc_tRK2Ck373dB8jX_Q@mail.gmail.com>
               Subject: Fwd: Re: New Hires
               From: Courtney Wells <courtney@bigredsports.com>
               To: chris@bigredsports.com
               Content-Type: multipart/mixed; boundary="001a113eb12c2c919605580ec104"

| | |
|---|---|
| Attachment Name(s) | BRSI PAY PLANS.pdf, MAYES KIA PAY PLANS.pdf, NMD PAY PLANS.pdf |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\courtney@bigredsports.com.82 1461498274.Mail.MessageContent_001.004-2.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 35467 |
| Evidence number | • R:\ |
| Recovery method | • Carving |

**Record 8**

| | |
|---|---|
| Tags | Evidence |
| To | Lacey Timochtchenko <lacey@sidecarsinc.com> |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time - UTC +00:00 (M/d/yyyy) | 9/1/2017 12:30:51 AM |
| Subject | Re: Max Roboto Reinsurance Company |
| Body | |

Lacey,

I will take care of this - thank you.


**Courtney Wells**
Comptroller
**Big Red Sports/Imports**
**Norman Mitsubishi**
**Mayes Kia**
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Mon, Aug 28, 2017 at 5:21 PM, Lacey Timochtchenko <lacey@sidecarsinc.com> wrote:
Hi Chris,

There are two links below for outstanding invoices for Max Roboto Reinsurance Company. One is for the 2015 annual management fee and the other is for the 2016 annual management fee. Normally we net these fees from business processing, but because you stopped ceding to this company in 2015 we were unable to do that.

You may pay via card, electronic check or by mailing a check.

https://connect.intuit.com/portal/app/CommerceNetwork/view/3fbbd4bf-e615-4ab0-ad17-230ba9ff6076?cta=sharelinktrowser&locale=en_US

https://connect.intuit.com/portal/app/CommerceNetwork/view/348313fb-b029-4639-85b3-ba17fd779ae2?cta=sharelinktrowser&locale=en_US

Thank you!

Lacey Timochtchenko
Chief Financial Officer
(888) 800-2251

SIDE CARS

www.sidecarsinc.com

| | |
|---|---|
| Cc | Chris Mayes <chris@bigredsports.com> |
| Folder Name | All mail Including Spam and Trash |

MBOX Emails

| | |
|---|---|
| Headers | From 1577295126793307950@xxx Fri Sep 01 00: 30:51 +0000 2017 |
| | X–GM–THRID: 1577015230781183873 |
| | X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Opened,Sidecars |
| | MIME-Version: 1.0 |
| | Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 17:30:51 -0700 (PDT) |
| | In-Reply-To: <CALgVyi8gjyna8HKgw6FVgNTHNnNB6AtOfiRbfGv-qA=GqDqu2A@mail.gmail.com> |
| | References: <CALgVyi8gjyna8HKgw6FVgNTHNnNB6AtOfiRbfGv-qA=GqDqu2A@mail.gmail.com> |
| | Date: Thu, 31 Aug 2017 19:30:51 -0500 |
| | Delivered-To: courtney@bigredsports.com |
| | Message-ID: <CAE-VPJctaGL_23pKZq+6zWcQMEGQajdFW297ruA0pw8gnr7Rtw@mail.gmail.com> |
| | Subject: Re: Max Roboto Reinsurance Company |
| | From: Courtney Wells <courtney@bigredsports.com> |
| | To: Lacey Timochtchenko <lacey@sidecarsinc.com> |
| | Cc: Chris Mayes <chris@bigredsports.com> |
| | Content-Type: multipart/related; boundary="001a1141b2c6895896055815df73" |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\courtney@bigredsports.com.82 |
| | 1461498274.Mail.MessageContent_001.004-2.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 3190879 |
| Evidence number | • R:\ |
| Recovery method | • Carving |

Record 9

| | |
|---|---|
| Tags | Evidence |
| To | Faith Edwards <faith@bigredsports.com>, Marty L <martyl@bigredsports.com>, Taylor Davis <T AYLOR@bigredsports.com>, Theresa Moody <THERESA@normanmitsubishi.com>, Valerie Fowler <VAL ERIE@bigredsports.com>, Maria Diamond <maria@bigredsports.com> |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 8/31/2017 11:38:51 PM |
| Subject | Packs Simplified |
| Body | **Effective tomorrow - Sept 1 - the pack accounts will be simplified.** |

All packs will be entered at the time of purchase/stock-in. This is hard pack and what I call the retail soft pack ($695 & $795 on recap we-owe lines).

Used cars - $2765 to 220V - control # 5
$150 to 905E
There is no more $600 buyer slush either.

New cars - $2395 to 231 - control # 5

Big Red will only keep the $100 mod pack on the we-owe line on recaps - same control - 300B-9999.

Let me know if you have any questions.

Thank you,


Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

| | |
|---|---|
| Folder Name | All mail Including Spam and Trash |

| Headers | From 1577291854237958420@xxx Thu Aug 31 23: 38:50 +0000 2017 |
|---|---|
| | X-GM-THRID: 1577291854237958420 |
| | X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Important,Opened,Employee ema ils |
| | MIME-Version: 1.0 |
| | Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 16:38:51 -0700 (PDT) |
| | Date: Thu, 31 Aug 2017 18:38:51 -0500 |
| | Delivered-To: courtney@bigredsports.com |
| | Message-ID: <CAE-VPJcKXK3c877qXoCms+mhFcmXjtezYASX_yD42-N+UOVjgA@mail.gmail.com> |
| | Subject: Packs Simplified |
| | From: Courtney Wells <courtney@bigredsports.com> |
| | To: Faith Edwards <faith@bigredsports.com>, Marty L <martyl@bigredsports.com>, Taylor Davi s <TAYLOR@bigredsports.com>, Theresa Moody <THERESA@normanmitsubishi.com>, Valerie Fowler <VALERIE@bigredsports.com>, Maria Diamond <maria@bigredsports.com> |
| | Content-Type: multipart/alternative; boundary="001a113f28888d9c0905581525fa" |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\courtney@bigredsports.com.82 1461498274.Mail.MessageContent_001.004-2.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 3202302 |
| Evidence number | • R:\ |
| Recovery method | • Carving |

Record 10

| Tags | Evidence |
|---|---|
| To | Roger Mayes <roger@bigredsports.com> |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 8/31/2017 7:16:33 PM |
| Subject | Re: NMD Finance |

| | |
|---|---|
| Body | Sonia's plan also needs to include the $10 per gap total department and $20 per warranty total department |

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 2:09 PM, Courtney Wells <courtney@bigredsports.com> wrote:
Roger-

Here is the bonus pool structure for Sonia & Rod - they will both be paid off the total finance department net gross - this is finance gross income less chargebacks less backout deals - same verbiage as Big Red Producer Plans
Retail sales only - wholesale deals are not included in count or gross income - they need to be properly marked as wholesale and separated on the log

Bonus Pool -

PRU -
700-799 1%
800-899 2%
900-999 3%
1000-1099 4%
1100 & up 5%

WARRANTY PENETRATION -
20% - 1%
25% - 2%
30% - 3%
40% - 4%
50% - 5%

GAP PENETRATION -
35% - 1%
40% - 2%
45% - 3%
50% - 4%
60% - 5%

| | |
|---|---|
| Folder Name | All mail Including Spam and Trash |
| Headers | From 1577275352099633740@xxx Thu Aug 31 19: 16:33 +0000 2017 |
| | X-GM-THRID: 1577274920321705784 |
| | X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Important,Opened,Employee emails/pay plans |
| | MIME-Version: 1.0 |
| | Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 12:16:33 -0700 (PDT) |
| | In-Reply-To: <CAE-VPJckWVHco6FL2A6F1VumnnWqKYV8LmjECse+tLyoAD2+sQ@mail.gmail.com> |
| | References: <CAE-VPJckWVHco6FL2A6F1VumnnWqKYV8LmjECse+tLyoAD2+sQ@mail.gmail.com> |
| | Date: Thu, 31 Aug 2017 14:16:33 -0500 |
| | Delivered-To: courtney@bigredsports.com |
| | Message-ID: <CAE-VPJf+ysx==sm8TjLYFS-2k7hj-su_8B4h4Y7-+FUgY-xg0w@mail.gmail.com> |
| | Subject: Re: NMD Finance |
| | From: Courtney Wells <courtney@bigredsports.com> |
| | To: Roger Mayes <roger@bigredsports.com> |
| | Content-Type: multipart/alternative; boundary="94eb2c05a7387f4b060558117b8e" |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\courtney@bigredsports.com.82 1461498274.Mail.MessageContent_001.004-2.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 3221207 |

| Evidence number | • R:\ |
|---|---|
| Recovery method | • Carving |

Record 11

| | |
|---|---|
| Tags | Evidence |
| To | Roger Mayes <roger@bigredsports.com> |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 8/31/2017 7:09:41 PM |
| Subject | NMD Finance |
| Body | |

**Roger-**

**Here is the bonus pool structure for Sonia & Rod - they will both be paid off the total finance department net gross - this is finance gross income less chargebacks less backout deals - same verbiage as Big Red Producer Plans**
**Retail sales only - wholesale deals are not included in count or gross income - they need to be properly marked as wholesale and separated on the log**

**Bonus Pool -**

**PRU -**
**700-799 1%**
**800-899 2%**
**900-999 3%**
**1000-1099 4%**
**1100 & up 5%**

**WARRANTY PENETRATION -**
**20% - 1%**
**25% - 2%**
**30% - 3%**
**40% - 4%**
**50% - 5%**

**GAP PENETRATION -**
**35% - 1%**
**40% - 2%**
**45% - 3%**
**50% - 4%**
**60% - 5%**


**Courtney Wells**
**Comptroller**
**Big Red Sports/Imports**
**Norman Mitsubishi**
**Mayes Kia**
**405-364-4400 ext. 137**
**405-317-8842 cell**
**405-447-8248 fax**

| | |
|---|---|
| Folder Name | All mail Including Spam and Trash |
| Headers | From 1577274920321705784@xxx Thu Aug 31 19: 09:41 +0000 2017 |
| | X-GM-THRID: 1577274920321705784 |
| | X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Important,Opened,Employee ema |
| | ils/pay plans |
| | MIME-Version: 1.0 |
| | Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 12:09:41 -0700 (PDT) |
| | Date: Thu, 31 Aug 2017 14:09:41 -0500 |
| | Delivered-To: courtney@bigredsports.com |
| | Message-ID: <CAE-VPJckWVHco6FL2A6F1VumnnWqKYV8LmjECse+tLyoAD2+sQ@mail.gmail.com> |
| | Subject: NMD Finance |
| | From: Courtney Wells <courtney@bigredsports.com> |
| | To: Roger Mayes <roger@bigredsports.com> |
| | Content-Type: multipart/alternative; boundary="001a1144970af40b5805581162ff" |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\courtney@bigredsports.com.82 |
| | 1461498274.Mail.MessageContent_001.004-2.zip\Mail\All mail Including Spam and Trash.mbox |

| Location | • File Offset 3229286 |
|---|---|
| Evidence number | • R:\ |
| Recovery method | • Carving |

Record 12

| Tags | Evidence |
|---|---|
| To | Joey Henson <joey@sidecarsinc.com> |
| From | Courtney Wells <courtney@bigredsports.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 8/31/2017 6:41:21 PM |
| Subject | Re: Tax Returns |
| Body | Awesome, I will take care of it - thank you! |

Courtney Wells
Comptroller
Big Red Sports/Imports
Norman Mitsubishi
Mayes Kia
405-364-4400 ext. 137
405-317-8842 cell
405-447-8248 fax

On Thu, Aug 31, 2017 at 12:53 PM, Joey Henson <joey@sidecarsinc.com> wrote:
Good Morning Courtney,

Attached, you will find the 2016 Tax Returns for Anarchy Re, Deathstroke Re, Max Roboto Re, and Sionis Re,. This does require Chris's immediate attention and action.

You will find a memo (pg. 1 of each attachment) that will provide you with detailed instructions. Once Chris has reviewed, and signed the first page of each return, please email, or fax a copy back to me today, if possible. I do not need the entire return, the "signature" page will suffice.

If you should have any questions, or concerns, please do not hesitate to ask.

Joey Henson, CPA
Director of Reinsurance Accounting
SideCars, Inc.
Phone: 888.800.2251
Fax: 636.216.0017
Joey@sidecarsinc.com

This email and any files transmitted with it are confidential and intended solely for the use of the entity to whom they are addressed. If you are not the addressee or the employee or agent responsible for delivery of this email to its intended recipient, you are hereby notified that any review, use, dissemination, distribution, copying or taking of any action in reliance on the contents of this information is strictly prohibited.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

| Folder Name | All mail Including Spam and Trash |
|---|---|

| | |
|---|---|
| Headers | From 1577273137493795118@xxx Thu Aug 31 18: 41:21 +0000 2017<br>X-GM-THRID: 1577270161531410612<br>X-Gmail-Labels: All mail Including Spam and Trash,Sent,Inbox,Opened,Sidecars<br>MIME-Version: 1.0<br>Received: by 10.107.59.7 with HTTP; Thu, 31 Aug 2017 11:41:21 -0700 (PDT)<br>In-Reply-To: <CAE4ChboHjR_1fKjoBuPT99tJ43_sZ371AFbrxYpY1Tp0oGcOgw@mail.gmail.com><br>References: <CAE4ChboHjR_1fKjoBuPT99tJ43_sZ371AFbrxYpY1Tp0oGcOgw@mail.gmail.com><br>Date: Thu, 31 Aug 2017 13:41:21 -0500<br>Delivered-To: courtney@bigredsports.com<br>Message-ID: <CAE-VPJdw7uNLEDckbWtdNuW+GDmor8g14yrb=9XodOaEwhMXvw@mail.gmail.com><br>Subject: Re: Tax Returns<br>From: Courtney Wells <courtney@bigredsports.com><br>To: Joey Henson <joey@sidecarsinc.com><br>Content-Type: multipart/alternative; boundary="94eb2c07752e9ba5a9055810fd32" |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\courtney@bigredsports.com.82<br>1461498274.Mail.MessageContent_001.004-2.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 3234702 |
| Evidence number | • R:\ |
| Recovery method | • Carving |