| | |
|---|---|
| Headers | To: <quartneeee@gmail.com><br>Subject: Progressive automatic payment change confirmation<br>Date: Sat, 05 Mar 2022 20:18:30 -0600<br>List-Help: <http://click.e.progressive.com/subscription_center.aspx?jwt=eyJhbGciOiJIUzI1Ni IsInR5cCI6IkpXVCJ9.eyJtaWQiOiI3MDAwODQxIiwicyI6Ijl0MzEyNzkwNyIsImxpZCI6IjQ0NyIsImoiOiI1NDU 3ODYiLCJqYiI6IjQzMDQwNyIsImQiOiI2MDE4MCJ9.U46xPLSo74v_QO1Yc-jiMnAthFdTzKxKAaaSr1L84NI><br>x-CSA-Compliance-Source: SFMC<br>MIME-Version: 1.0<br>List-ID: <7000168.xt.local><br>X-CSA-Complaints: csa-complaints@eco.de<br>X-SFMC-Stack: 6<br>x-job: 7000841_545786<br>Reply-To: "Progressive" <reply-febc117470630c7b-447_HTML-243127907-7000841-430407@e.progre ssive.com><br>Message-ID: <d3e060d3-65df-4325-977c-5837e8e19b2a@ind1s06mta1464.xt.local><br>Feedback-ID: 7000841:545786:68.232.203.129:sfmktgcld<br>Content-Type: multipart/alternative; boundary="AUlwE9nKuLvZ=_?:" |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\quartneeee@gmail.com.5811470 29404.Mail.MessageContent_001.001.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 504285664 |
| Evidence number | • R:\ |
| Recovery method | • Carving |

Record 170

| | |
|---|---|
| Tags | Evidence, Bookmark, Of interest |
| To | andy@bigredsports.com |
| From | Courtney Wells <quartneeee@gmail.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 3/26/2022 6:35:17 PM |
| Subject | deals |
| Body | I told you not to email me on my bigred email about<br><br>--<br><br>Courtney Wells<br>405-835-7788 cell |
| Folder Name | All mail Including Spam and Trash |
| Headers | From 1728388496343584549@xxx Sat Mar 26 18: 35:17 +0000 2022<br>X-GM-THRID: 1728388445216595823<br>X-Gmail-Labels: All mail Including Spam and Trash,Drafts<br>MIME-Version: 1.0<br>Date: Sat, 26 Mar 2022 13:35:17 -0500<br>Message-ID: <CAJGwZisAHDHkoAP8WMt9zLfW2SwPAyh6_iap26j96NJf7RAJpA@mail.gmail.com><br>Subject: deals<br>From: Courtney Wells <quartneeee@gmail.com><br>To: andy@bigredsports.com<br>Content-Type: multipart/alternative; boundary="00000000000040530c05db2357f3" |
| Source | • R:\ - [ROOT]\Source\8-15-22_Google SW\21016857-20220812-1.zip\quartneeee@gmail.com.5811470 29404.Mail.MessageContent_001.001.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 515417154 |
| Evidence number | • R:\ |
| Recovery method | • Carving |

Record 171

| | |
|---|---|
| Tags | Evidence |
| To | Quartneeee@gmail.com |
| From | Google Location History <location-history-noreply@google.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 12/4/2021 5:01:14 PM |
| Subject | A new device is contributing to your Location History |

GOVERNMENT EXHIBIT 14