############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 821461498274
Name: Courtney Wells
Given Name: Courtney
Family Name: Wells
e-Mail: courtney@bigredsports.com
Alternate e-Mails:

Created on: 2008-08-01 21:51:22 Z
Terms of Service IP:
Terms of Service Language:
Birthday (Month Day, Year): - -, -

Services: Google Services, Google Developers Console, Google Apps Administrator Control Panel, Gmail, Google Drive, Google Docs, Google Calendar, Google Hangouts, Google Sites, Google Groups, Admin Owned, Ga Plus, Dasher Policy, Google Voice, Google Vault, Pikeplace User, Google Services, Android, Tasks In Tingle, Location History, YouTube, Google Chrome Sync, Google Maps, Google Payments, Google Play Music, Google Play, Jamboard Web and Mobile Apps, Dynamite, Classroom, Google Tasks Service, Apps Script, Google Keep, Topaz, Plus Enterprise, Meet, Course Kit
Unregistered Services: iGoogle, Postini, Strongauth Required

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2022-08-05 15:11:52 Z
Last Logins: 2022-07-07 19:35:52 Z, 2022-07-05 14:01:31 Z

### ACCOUNT RECOVERY

Contact e-Mail: courtney@bigredsports.com
Recovery e-Mail: quartneeee@gmail.com
Recovery SMS: +14054209811 [US]

### PHONE NUMBERS

User Phone Numbers: +14054209811 [US]
2-Step Verification Phone Numbers:

### DEVICE INFORMATION

No Devices

**GOVERNMENT EXHIBIT 15**

### IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2022-07-07 19:47:02 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.63 Safari/537.36,gzip(gfe) |
| 2022-07-07 19:35:52 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36,gzip(gfe) |

| | | | | |
|---|---|---|---|---|
| 2022-07-05 14:01:31 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.63 Safari/537.36,gzip(gfe) |
| 2022-06-20 20:20:35 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.63 Safari/537.36,gzip(gfe) |
| 2022-06-06 15:58:23 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.63 Safari/537.36,gzip(gfe) |
| 2022-05-25 16:10:34 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.67 Safari/537.36,gzip(gfe) |
| 2022-05-23 14:14:36 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.67 Safari/537.36,gzip(gfe) |
| 2022-05-21 18:50:25 Z | 184.176.5.121 | Logout | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.67 Safari/537.36,gzip(gfe) |
| 2022-05-21 18:19:41 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.67 Safari/537.36,gzip(gfe) |
| 2022-05-21 18:18:14 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.67 Safari/537.36,gzip(gfe) |
| 2022-05-21 18:17:50 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.67 Safari/537.36,gzip(gfe) |
| 2022-05-21 18:15:46 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.67 Safari/537.36,gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-05-21 18:14:50 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.67 Safari/537.36,gzip(gfe) |
| 2022-05-12 20:09:22 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.64 Safari/537.36,gzip(gfe) |
| 2022-05-10 19:35:22 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-05-10 17:46:09 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-05-09 20:35:19 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-05-09 20:06:22 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-05-09 20:04:40 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-05-09 20:04:02 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-05-06 18:31:35 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.75 Safari/537.36,gzip(gfe) |
| 2022-05-04 20:35:57 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.127 Safari/537.36,gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-05-04 18:09:50 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.75 Safari/537.36,gzip(gfe) |
| 2022-05-04 18:09:35 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.75 Safari/537.36,gzip(gfe) |
| 2022-04-26 21:02:19 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.127 Safari/537.36,gzip(gfe) |
| 2022-04-26 14:04:56 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.88 Safari/537.36,gzip(gfe) |
| 2022-04-21 15:01:56 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.75 Safari/537.36,gzip(gfe) |
| 2022-04-19 13:01:37 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.127 Safari/537.36,gzip(gfe) |
| 2022-04-12 15:25:59 Z | 184.180.148.94 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.75 Safari/537.36,gzip(gfe) |
| 2022-04-08 16:14:12 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-04-07 14:21:34 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/89.0.4389.114 Safari/537.36,gzip(gfe) |
| 2022-04-06 21:38:52 Z | 184.180.148.94 | Logout | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.75 Safari/537.36,gzip(gfe) |

| Date/Time | IP Address | Action | | | User Agent |
|---|---|---|---|---|---|
| 2022-04-06 20:30:02 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.75 Safari/537.36,gzip(gfe) |
| 2022-04-05 21:51:33 Z | 184.176.5.121 | Logout | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.84 Safari/537.36,gzip(gfe) |
| 2022-03-31 18:10:16 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.84 Safari/537.36,gzip(gfe) |
| 2022-03-31 16:15:39 Z | 184.180.148.94 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.60 Safari/537.36,gzip(gfe) |
| 2022-03-24 18:50:05 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.51 Safari/537.36,gzip(gfe) |
| 2022-03-23 16:25:33 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-23 13:49:52 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/89.0.4389.114 Safari/537.36,gzip(gfe) |
| 2022-03-22 14:05:42 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-18 15:51:52 Z | 2607:fb90:8aae:52b0:3949:e29:1535:30a4 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/99.0.4844.59 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-15 21:45:21 Z | 184.180.148.94 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.51 Safari/537.36,gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-03-10 14:29:58 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-03-05 14:44:30 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-03-05 14:44:27 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-03-04 22:38:02 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-03-04 16:46:53 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-02-21 21:07:45 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-18 22:36:57 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-18 22:36:55 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-18 22:36:43 Z | 2607:fb90:d98e:c061:4db2:4ec8:f6c1:5146 | Login | | | com.google.Gmail/6.0.220109 iSL/3.3 iPhone/14.7.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2022-02-18 16:46:17 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.71 Safari/537.36,gzip(gfe) |
| 2022-02-10 | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT |

| | | | | | |
|---|---|---|---|---|---|
| 15:42:29 Z | | | | | 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-09 17:10:56 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-08 17:48:40 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-07 17:21:31 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-04 16:45:05 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.71 Safari/537.36,gzip(gfe) |
| 2022-02-04 15:54:27 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-02 16:48:17 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-01-26 17:10:54 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-01-24 14:12:20 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-01-21 14:49:07 Z | 184.180.148.94 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-01-20 | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT |

| Date/Time | IP Address | Action | | | User Agent |
|---|---|---|---|---|---|
| 19:54:00 Z | | | | | 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.71 Safari/537.36,gzip(gfe) |
| 2022-01-18 16:32:05 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.71 Safari/537.36,gzip(gfe) |
| 2022-01-17 19:53:12 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2022-01-06 19:53:27 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2022-01-06 15:21:13 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.159 Safari/537.36,gzip(gfe) |
| 2022-01-04 16:30:12 Z | 184.180.148.94 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2022-01-04 16:30:12 Z | 184.180.148.94 | Logout | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2022-01-04 16:24:36 Z | 184.180.148.94 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2022-01-03 21:13:57 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2022-01-03 21:13:54 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2021-12-25 | 2607:fb90:d883:b37:8dc4:41fa:e712:2a9f | Login | | | Mozilla/5.0 (iPhone; CPU |

| Date | IP | Action | ID | User Agent |
|---|---|---|---|---|
| 06:52:04 Z | | | | iPhone OS 14_7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/96.0.4664.101 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-12-22 18:51:45 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2021-12-22 15:31:33 Z | 164.90.34.9 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.159 Safari/537.36,gzip(gfe) |
| 2021-12-19 02:22:10 Z | 2607:fb90:d882:6054:c439:c70a:a7c4:2c19 | Login | 96162819-C58E-46A0-9538-1508A4E04D77 | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-12-18 18:43:25 Z | 2a01:b747:182:314:b4a4:e629:28d9:b4d8 | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-12-08 15:18:05 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.93 Safari/537.36,gzip(gfe) |
| 2021-12-04 15:21:05 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/90.0.4430.210 Mobile Safari/537.36,gzip(gfe) |
| 2021-12-04 05:24:27 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | 3614217331ecabc6 | GoogleAuth/1.4 (ellis RRH31.Q3-46-20); gzip,gzip(gfe),gzip(gfe) |
| 2021-12-04 05:23:56 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | 3614217331ecabc6 | GoogleAuth/1.4 (ellis RRH31.Q3-46-20); gzip,gzip(gfe),gzip(gfe) |
| 2021-12-04 05:23:53 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | 3614217331ecabc6 | GoogleAuth/1.4 (ellis RRH31.Q3-46-20); gzip,gzip(gfe),gzip(gfe) |
| 2021-12-04 05:23:52 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | 3614217331ecabc6 | Mozilla/5.0 (Linux; Android 11; moto g pure Build/RRH31.Q3-46-20; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Chrome/90.0.4430.210 Mobile Safari/537.36 MinuteMaid,gzip(gfe) |
| 2021-11-30 02:29:49 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.159 Safari/537.36,gzip(gfe) |
| 2021-11-23 14:08:09 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36,gzip(gfe) |
| 2021-11-22 19:20:49 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36,gzip(gfe) |
| 2021-11-22 19:20:49 Z | 184.176.5.121 | | Logout | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36,gzip(gfe) |

## MADISON INFORMATION

**MADISON ADMIN INFORMATION**

**OUTSTANDING MADISON INVITATION INFORMATION**

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

**############### * Google Confidential and Proprietary * ###############**