############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 479412822907
Name: Andy Elliott
Given Name: Andy
Family Name: Elliott
e-Mail: andy@bigredsports.com
Alternate e-Mails:

Created on: 2021-03-17 18:28:42 Z
Terms of Service IP:
Terms of Service Language: en
Birthday (Month Day, Year): - -, -

Services: Dasher Policy, Ga Plus, Google Apps Administrator Control Panel, Gmail, Google Groups, Google Hangouts, Dynamite, Google Calendar, Google Docs, Google Drive, Google Sites, Google Voice, Google Chrome Sync, Google Vault, Apps Script, Topaz, Classroom, Google Keep, Jamboard Web and Mobile Apps, Google Tasks Service, Plus Enterprise, Course Kit, Meet, Google Photos, Pikeplace User, YouTube
Unregistered Services: Strongauth Required

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2022-08-03 13:15:20 Z
Last Logins: 2022-07-07 21:11:53 Z


## ACCOUNT RECOVERY

Contact e-Mail: andy@bigredsports.com
Recovery e-Mail:
Recovery SMS:

## PHONE NUMBERS

User Phone Numbers: jeremyh
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

**GOVERNMENT EXHIBIT 16**

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS | Raw User Agents |
|---|---|---|---|---|---|

|  |  |  |  | IDFV |  |
|---|---|---|---|---|---|
| 2022-07-07 21:14:23 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-07-07 21:11:53 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-07-07 19:29:00 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-06-16 15:48:18 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-05-10 19:35:22 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-05-10 19:17:36 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-05-03 21:07:31 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-05-03 20:52:08 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-03-26 19:06:32 Z | 184.176.5.121 | Logout |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.82 Safari/537.36,gzip(gfe) |
| 2022-03-26 16:05:54 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.74 Safari/537.36,gzip(gfe) |

# MADISON INFORMATION

## MADISON ADMIN INFORMATION

## OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############### * **Google Confidential and Proprietary** * ###############