############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 268596277275
Name: Chris Mayes
Given Name: Chris
Family Name: Mayes
e-Mail: chris@bigredsports.com
Alternate e-Mails:

Created on: 2008-08-01 21:51:11 Z
Terms of Service IP:
Terms of Service Language:
Birthday (Month Day, Year): - -, -

Services: Google Services, Google Developers Console, Google Apps Administrator Control Panel, Gmail, Google Drive, Google Docs, Google Calendar, Google Sites, Google Hangouts, Google Groups, Admin Owned, Ga Plus, Dasher Policy, Google Voice, Google Vault, Pikeplace User, YouTube, Jamboard Web and Mobile Apps, Dynamite, Classroom, Google Tasks Service, Google Chrome Sync, Apps Script, Google Keep, Topaz, Geo Madden, Plus Enterprise, Google Play, Meet, Course Kit, Android, Has Madison Account, Business Profiles
Unregistered Services: iGoogle, Postini, Strongauth Required

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2022-08-04 16:20:28 Z
Last Logins: 2022-07-07 21:08:09 Z

## ACCOUNT RECOVERY

Contact e-Mail: chris@bigredsports.com
Recovery e-Mail:
Recovery SMS:

## PHONE NUMBERS

User Phone Numbers: +14052002819
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

**GOVERNMENT EXHIBIT 17**

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2022-07-07 21:08:09 Z | 70.182.68.37 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.1 Safari/605.1.15,gzip(gfe) |
| 2022-07-07 20:34:13 Z | 70.182.68.37 | Logout | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) |

| Date | IP | Action | | Device ID | User Agent |
|---|---|---|---|---|---|
| | | | | | AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.1 Safari/605.1.15,gzip(gfe) |
| 2022-07-06 15:53:33 Z | 70.182.68.37 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.1 Safari/605.1.15,gzip(gfe) |
| 2022-07-05 01:52:44 Z | 2600:8803:b102:df00:169:193b:1282:52fb | Login | | 2496BD78-5AC9-4BC3-AE3C-E48D1A6D3552 | Mozilla/5.0 (iPhone; CPU iPhone OS 15_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.5 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-06-29 19:51:23 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-06-29 01:17:10 Z | 174.78.84.105 | Logout | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.5060.53 Safari/537.36 Edg/103.0.1264.37,gzip(gfe) |
| 2022-06-28 19:29:04 Z | 184.176.5.121 | Logout | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-06-27 17:01:17 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-06-23 19:50:23 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-06-22 02:35:49 Z | 98.162.254.9 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.1 Safari/605.1.15,gzip(gfe) |
| 2022-06-18 | 184.176.5.121 | Logout | | | Mozilla/5.0 (Windows NT |

| | | | | | |
|---|---|---|---|---|---|
| 00:09:03 Z | | | | | 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-06-17 23:26:39 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-06-17 23:26:39 Z | 184.176.5.121 | | Logout | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-06-17 23:22:48 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-06-09 13:56:24 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-06-08 21:08:12 Z | 184.176.5.121 | | Logout | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-06-08 19:51:12 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-06-07 17:06:02 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-05-24 17:04:08 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-05-24 16:34:34 Z | 184.176.5.121 | | Logout | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 |

| Date | IP | Action | | | User Agent |
|---|---|---|---|---|---|
| | | | | | (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-05-21 17:57:47 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-05-20 16:46:17 Z | 2600:387:1:817::ab | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_2 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-05-12 00:56:25 Z | 98.162.254.9 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.1 Safari/605.1.15,gzip(gfe) |
| 2022-05-07 13:47:44 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-04-22 19:53:45 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-04-09 01:20:14 Z | 98.162.254.45 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.1 Safari/605.1.15,gzip(gfe) |
| 2022-04-07 17:29:31 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-03-24 15:38:15 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-03-24 13:38:15 Z | 184.176.5.121 | Logout | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 |

| Date | IP | Activity | Cookie | User Agent |
|---|---|---|---|---|
| | | | | (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-03-21 14:35:52 Z | 2600:387:1:817::b3 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-03-12 07:50:56 Z | 24.43.192.3 | Login | 697B4805-3B6D-49C3-A275-8DE5461679AD | Mozilla/5.0 (iPad; CPU OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-10 16:23:40 Z | 2606:54c0:76a0:cf0::c:338 | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.3 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-06 13:47:00 Z | 2606:54c0:76c1:1b88::f:24a | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.3 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-05 20:39:44 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-02-19 20:32:13 Z | 70.164.64.202 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-02-14 04:11:22 Z | 2600:8803:b102:5600:6051:344a:d52c:9dae | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.1 Safari/605.1.15,gzip(gfe) |
| 2022-02-05 16:53:42 Z | 70.164.64.202 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |

| Date/Time | IP | Action | ID | User Agent |
|---|---|---|---|---|
| 2022-01-23 19:24:12 Z | 184.176.5.121 | Logout | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-01-23 17:00:31 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-01-22 16:36:29 Z | 70.164.64.202 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-01-19 23:11:21 Z | 2600:387:1:813::81 | Login | 99ED2D5B-8B3F-45D5-BCA5-4AF2BA6C6CFD | Mozilla/5.0 (iPhone; CPU iPhone OS 14_8_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-01-12 15:40:17 Z | 70.164.64.202 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.1 Safari/605.1.15,gzip(gfe) |
| 2022-01-08 16:22:38 Z | 70.164.64.202 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-01-07 23:51:34 Z | 68.97.42.179 | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_8_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-12-24 15:41:58 Z | 70.164.64.202 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2021-12-10 15:40:29 Z | 70.164.64.202 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2021-11-26 15:39:27 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2021-11-23 01:54:57 Z | 68.97.42.179 | | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.1 Safari/605.1.15,gzip(gfe) |

# MADISON INFORMATION

### MADISON ADMIN INFORMATION

### OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.
### MADISON ACL CHANGES

No Madison ACL Change History.

############## * Google Confidential and Proprietary * ##############