############## * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 402509684229
Name: Chris Mayes
Given Name: Chris
Family Name: Mayes
e-Mail: cmayes11@gmail.com
Alternate e-Mails:

Created on: 2007-03-24 18:26:12 Z
Terms of Service IP: 68.12.142.31
Terms of Service Language: en
Birthday (Month Day, Year): December 14, 1971

Services: Web & App Activity, Gmail, Google Services, Google Hangouts, Google Calendar, iGoogle, Google Docs, Google Drive, YouTube, Blogger, Android, Google Payments, Google Maps, Google Groups, Google Photos, Contacts, Location History, Google Chrome Sync, Google Cloud Print, Google Maps Engine, Google My Maps, Geo Madden
Unregistered Services: Has Google Profile, Has Plusone, Google+

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2022-07-07 20:35:05 Z
Last Logins: 2022-07-07 20:35:05 Z, 2022-06-17 23:26:31 Z, 2022-06-17 22:22:44 Z


## ACCOUNT RECOVERY

Contact e-Mail: cmayes11@gmail.com
Recovery e-Mail: chris@bigredsports.com
Recovery SMS: +14052002819 [US]

## PHONE NUMBERS

User Phone Numbers: +14052002819 [US]
2-Step Verification Phone Numbers: +14052002819 [US], +14053178842 [US]

**GOVERNMENT EXHIBIT 18**

## DEVICE INFORMATION

| Phone Number | Country | Last Updated | Is Default Device | Send Method | Is Device Verified | Device Added By | Nickname |
|---|---|---|---|---|---|---|---|
| +14052002819 | US | 2016-09-16 14:20:03 Z | true | SMS | true | User | |
| +14053178842 | US | 2016-09-16 | false | SMS | false | User | |

|  | 14:23:42 Z |  |  |  |  |  |  |

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2022-07-07 20:35:05 Z | 70.182.68.37 | Login |  |  | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.1 Safari/605.1.15,gzip(gfe) |
| 2022-06-17 23:32:03 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-06-17 23:26:31 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-06-17 23:04:13 Z | 184.176.5.121 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.0.0 Safari/537.36,gzip(gfe) |
| 2022-06-17 22:22:44 Z | 2600:387:1:809::94 | Login |  |  | Mozilla/5.0 (iPhone; CPU iPhone OS 15_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.5 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-06-15 16:41:35 Z | 75.53.244.177 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:101.0) Gecko/20100101 Firefox/101.0,gzip(gfe) |
| 2022-06-13 17:36:39 Z | 75.53.244.177 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:101.0) Gecko/20100101 Firefox/101.0,gzip(gfe) |
| 2022-06-09 15:42:13 Z | 75.53.244.177 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:101.0) Gecko/20100101 Firefox/101.0,gzip(gfe) |
| 2022-06-09 15:41:31 Z | 75.53.244.177 | Login |  |  | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:101.0) Gecko/20100101 Firefox/101.0,gzip(gfe) |
| 2022-06-08 19:48:38 Z | 184.176.5.121 | Logout |  |  | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 |

| | | | | |
|---|---|---|---|---|
| | | | | (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-06-08 19:48:23 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-05-25 14:05:31 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2022-05-10 19:35:22 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-05-10 19:35:15 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/101.0.4951.54 Safari/537.36,gzip(gfe) |
| 2022-04-05 15:35:42 Z | 184.176.5.121 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2021-12-10 14:49:20 Z | 70.164.64.202 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |
| 2021-12-09 15:04:25 Z | 70.164.64.202 | Login | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.3 Safari/605.1.15,gzip(gfe) |

## MADISON INFORMATION

### MADISON ADMIN INFORMATION

### OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############### * Google Confidential and Proprietary * ###############