############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 581147029404
Name: Courtney Wells
Given Name: Courtney
Family Name: Wells
e-Mail: quartneeee@gmail.com
Alternate e-Mails:

Created on: 2009-02-26 03:28:33 Z
Terms of Service IP: 70.137.15.26
Terms of Service Language: en
Birthday (Month Day, Year): May 31, 1985

Services: Gmail, Google Hangouts, Google Drive, iGoogle, Google Mobile, Google Services, Android, Google Calendar, Android Market, Google Chrome Sync, Google Play, Google Payments, YouTube, Google Photos, Google Cloud Print, Location History, Google Docs, Tasks In Tingle, Google Maps Engine, Google Play Music, Google My Maps, Geo Madden
Unregistered Services: Web & App Activity, Has Google Profile, Has Plusone, Google+, Device Centric Auth, Has Google One Membership Information

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2022-06-24 23:23:44 Z
Last Logins: 2022-06-24 23:23:44 Z, 2022-05-06 23:02:02 Z, 2022-05-04 20:36:25 Z

## ACCOUNT RECOVERY

Contact e-Mail: Quartneeee@gmail.com
Recovery e-Mail: courtney@bigredsports.com
Recovery SMS: +14058357788 [US]

## PHONE NUMBERS

User Phone Numbers: +14058357788 [US],
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

**GOVERNMENT EXHIBIT 19**

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2022-05-06 23:02:02 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.75 Safari/537.36,gzip(gfe) |
| 2022-05-04 20:37:40 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.127 Safari/537.36,gzip(gfe) |
| 2022-05-04 20:36:25 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.127 Safari/537.36,gzip(gfe) |
| 2022-05-03 23:06:20 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.75 Safari/537.36,gzip(gfe) |
| 2022-05-03 23:05:55 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.75 Safari/537.36,gzip(gfe) |
| 2022-05-03 20:52:44 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.127 Safari/537.36,gzip(gfe) |
| 2022-05-03 20:52:07 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.127 Safari/537.36,gzip(gfe) |
| 2022-05-03 20:50:21 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.127 Safari/537.36,gzip(gfe) |
| 2022-04-26 18:15:15 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/100.0.4896.75 Safari/537.36,gzip(gfe) |
| 2022-04-26 18:15:11 Z | 184.176.5.121 | | Login | | com.google.Gmail/6.0.220403 iSL/3.4 iPhone/15.4.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2022-03-29 23:50:31 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.3 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-29 23:32:26 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.3 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-29 18:35:27 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.3 Mobile/15E148 Safari/604.1,gzip(gfe) |

| Date/Time | IP | Action | | | User Agent |
|---|---|---|---|---|---|
| 2022-03-24 05:04:21 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/99.0.4844.59 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-23 13:51:52 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/89.0.4389.114 Safari/537.36,gzip(gfe) |
| 2022-03-23 13:51:48 Z | 164.90.34.9 | Login | | | com.google.Gmail/6.0.220220 iSL/3.3 iPhone/15.3.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2022-03-20 02:42:17 Z | 2607:fb90:8a8d:c50c:444e:f585:ded8:22e4 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/203.1.433913968 Mobile/19D52 Safari/604.1,gzip(gfe) |
| 2022-03-20 02:42:17 Z | 2607:fb90:8a8d:c50c:444e:f585:ded8:22e4 | Login | | | com.google.GoogleMobile/203.1 iSL/3.4 iPhone/15.3.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2022-03-19 16:29:58 Z | 2607:fb90:8a8d:c50c:444e:f585:ded8:22e4 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/203.1.433913968 Mobile/19D52 Safari/604.1,gzip(gfe) |
| 2022-03-19 16:29:57 Z | 2607:fb90:8a8d:c50c:444e:f585:ded8:22e4 | Login | | | com.google.GoogleMobile/203.1 iSL/3.4 iPhone/15.3.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2022-03-18 15:51:52 Z | 2607:fb90:8aae:52b0:3949:e29:1535:30a4 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/99.0.4844.59 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-18 15:51:52 Z | 2607:fb90:8aae:52b0:3949:e29:1535:30a4 | Logout | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/99.0.4844.59 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-18 05:21:15 Z | 2607:fb90:8a1d:844b:8594:93d6:7d07:cbb9 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/203.1.433913968 Mobile/19D52 Safari/604.1,gzip(gfe) |
| 2022-03-18 05:21:15 Z | 2607:fb90:8a1d:844b:8594:93d6:7d07:cbb9 | Login | | | com.google.GoogleMobile/203.1 iSL/3.4 iPhone/15.3.1 hw/iPhone13_2 (gzip),gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-03-18 00:21:55 Z | 2607:fb90:8a1d:844b:8594:93d6:7d07:cbb9 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_3_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/15.3 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-18 00:21:44 Z | 2607:fb90:8a1d:844b:8594:93d6:7d07:cbb9 | Login | | | com.google.Gmail/6.0.220220 iSL/3.3 iPhone/15.3.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2022-03-17 01:40:13 Z | 164.90.34.9 | Login | | | com.google.GoogleMobile/203.1 iSL/3.4 iPhone/15.3.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2022-03-09 01:27:57 Z | 2607:fb90:d983:8eaf:6967:70e:fa3e:f3b2 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-08 22:30:00 Z | 2607:fb90:d983:8eaf:6967:70e:fa3e:f3b2 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-08 21:53:42 Z | 2607:fb90:d983:8eaf:6967:70e:fa3e:f3b2 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-07 02:32:57 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/98.0.4758.97 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-07 02:32:39 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/98.0.4758.97 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-07 02:32:20 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/98.0.4758.97 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-07 02:32:13 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/98.0.4758.97 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-06 17:11:34 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-03-06 02:31:03 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-03-02 00:48:03 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/201.0.429950705 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-03-01 01:29:26 Z | 164.90.34.9 | | Login | | com.google.GoogleMobile/200.0 iSL/3.3 iPhone/14.7.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2022-02-28 18:50:35 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-02-25 17:57:25 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-02-23 18:47:13 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-02-16 22:30:39 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.71 Safari/537.36,gzip(gfe) |
| 2022-02-16 21:42:22 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-10 15:42:30 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-09 17:10:58 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |

| Date/Time | IP | Action | | | User Agent |
|---|---|---|---|---|---|
| 2022-02-08 17:48:43 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-08 01:59:17 Z | 164.90.34.9 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-02-07 17:21:34 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-06 19:14:53 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.71 Safari/537.36,gzip(gfe) |
| 2022-01-27 20:17:07 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-01-27 15:07:59 Z | 184.180.148.94 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-01-26 17:10:58 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-01-24 14:12:24 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-01-19 19:33:07 Z | 70.164.64.202 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2022-01-14 18:56:55 Z | 2607:fb90:d889:37ef:f83f:e0bd:f2e4:3dac | Login | | | com.google.GoogleMobile/194.0 iSL/3.3 iPhone/14.7.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2022-01-14 18:54:37 Z | 2607:fb90:d889:37ef:f83f:e0bd:f2e4:3dac | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-01-11 02:50:50 Z | 164.90.34.9 | | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/190.1.416438978 Mobile/18G82 Safari/604.1,gzip(gfe) |
| 2022-01-11 02:50:50 Z | 164.90.34.9 | | Login | | com.google.GoogleMobile/190.1 iSL/3.3 iPhone/14.7.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2022-01-11 02:29:39 Z | 164.90.34.9 | | Logout | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/190.1.416438978 Mobile/18G82 Safari/604.1,gzip(gfe) |
| 2022-01-07 17:09:38 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2022-01-05 00:19:38 Z | 2607:fb90:d889:37ef:e1ab:d0d9:ef15:8241 | | Login | | com.google.GoogleMobile/190.0 iSL/3.3 iPhone/14.7.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2022-01-04 16:36:42 Z | 184.180.148.94 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2022-01-04 16:30:13 Z | 184.180.148.94 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2022-01-04 16:29:44 Z | 184.180.148.94 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2022-01-03 21:13:58 Z | 70.164.64.202 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2021-12-30 18:09:51 Z | 184.176.5.121 | | Login | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.110 Safari/537.36,gzip(gfe) |
| 2021-12-25 06:52:04 Z | 2607:fb90:d883:b37:8dc4:41fa:e712:2a9f | | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7 like Mac OS X) |

| | | | | |
|---|---|---|---|---|
| | | | | AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/96.0.4664.101 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-12-25 06:52:04 Z | 2607:fb90:d883:b37:8dc4:41fa:e712:2a9f | Logout | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/96.0.4664.101 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-12-24 15:48:26 Z | 164.90.34.9 | Login | | |
| 2021-12-20 09:53:37 Z | 164.90.34.9 | Login | | |
| 2021-12-19 03:54:26 Z | 2607:fb90:d882:6054:c439:c70a:a7c4:2c19 | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GSA/190.0.415307624 Mobile/18G82 Safari/604.1,gzip(gfe) |
| 2021-12-19 03:54:25 Z | 2607:fb90:d882:6054:c439:c70a:a7c4:2c19 | Login | | com.google.GoogleMobile/190.0 iSL/3.3 iPhone/14.7.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2021-12-19 02:28:27 Z | 2607:fb90:d882:6054:c439:c70a:a7c4:2c19 | Login | | com.google.Gmail/6.0.211128 iSL/3.3 iPhone/14.7.1 hw/iPhone13_2 (gzip),gzip(gfe) |
| 2021-12-18 21:41:42 Z | 2607:fb90:d882:6054:c439:c70a:a7c4:2c19 | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/96.0.4664.101 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-12-18 20:57:48 Z | 2607:fb90:d882:6054:c439:c70a:a7c4:2c19 | Login | | 96162819-C58E-46A0-9538-1508A4E04D77 | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-12-18 18:42:35 Z | 2a01:b747:182:314:4424:cb3e:4ae0:4b75 | Login | | |
| 2021-12-18 18:42:19 Z | 2a01:b747:182:314:b4a4:e629:28d9:b4d8 | Login | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-12-18 16:42:33 Z | 2607:fb90:d860:6335:729c:366b:8703:f4f1 | Login | | |
| 2021-12-18 16:06:08 Z | 2607:fb90:d860:6335:729c:366b:8703:f4f1 | Login | | |
| 2021-12-16 18:28:30 Z | 184.176.5.121 | Login | | |
| 2021-12-16 09:35:37 Z | 2607:fb90:d828:2922:3e39:b883:253b:c0d5 | Login | | |

| Date | IP | Action | ID | | User Agent |
|---|---|---|---|---|---|
| 2021-12-12 09:22:01 Z | 2607:fb90:d81d:d0ff:3ada:ad76:e12a:5d44 | Login | | | |
| 2021-12-11 18:30:23 Z | 2607:fb90:d81d:d0ff:d714:d481:558:203a | Login | | | |
| 2021-12-08 09:15:36 Z | 164.90.34.9 | Login | | | |
| 2021-12-07 03:06:45 Z | 164.90.34.9 | Login | 3614217331ecabc6 | | GoogleAuth/1.4 (ellis RRH31.Q3-46-20); gzip,gzip(gfe),gzip(gfe) |
| 2021-12-06 17:52:24 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | | | Mozilla/5.0 (Linux; Android 11; moto g pure Build/RRH31.Q3-46-20; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/90.0.4430.210 Mobile Safari/537.36,gzip(gfe) |
| 2021-12-06 17:52:24 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | 3614217331ecabc6 | | GoogleAuth/1.4 (ellis RRH31.Q3-46-20); gzip,gzip(gfe),gzip(gfe) |
| 2021-12-06 17:51:57 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | | | Mozilla/5.0 (Linux; Android 11; moto g pure Build/RRH31.Q3-46-20; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/90.0.4430.210 Mobile Safari/537.36,gzip(gfe) |
| 2021-12-06 17:51:57 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | 3614217331ecabc6 | | GoogleAuth/1.4 (ellis RRH31.Q3-46-20); gzip,gzip(gfe),gzip(gfe) |
| 2021-12-04 20:44:49 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | 3614217331ecabc6 | | GoogleAuth/1.4 (ellis RRH31.Q3-46-20); gzip,gzip(gfe),gzip(gfe) |
| 2021-12-04 15:21:05 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | | | Mozilla/5.0 (Linux; Android 11; moto g pure) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/90.0.4430.210 Mobile Safari/537.36,gzip(gfe) |
| 2021-12-04 05:41:27 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | | | |
| 2021-12-04 05:19:13 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | | | Mozilla/5.0 (Linux; U; Android 11; en-us; moto g pure Build/RRH31.Q3-46-20) AppleWebKit/534.30 (KHTML, like Gecko) Version/4.0 Mobile Safari/534.30 GSA/12.19.11.23.arm,gzip(gfe) |
| 2021-12-04 05:19:00 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | 3614217331ecabc6 | | GoogleAuth/1.4 (ellis RRH31.Q3-46-20); gzip,gzip(gfe),gzip(gfe) |
| 2021-12-04 05:18:55 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | 3614217331ecabc6 | | GoogleAuth/1.4 (ellis RRH31.Q3-46-20); gzip,gzip(gfe),gzip(gfe) |
| 2021-12-04 05:18:52 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | 3614217331ecabc6 | | GoogleAuth/1.4 (ellis RRH31.Q3-46-20); gzip,gzip(gfe),gzip(gfe) |

| 2021-12-04 05:18:51 Z | 2607:fb90:a34f:d4e8:0:33:ee82:d101 | Login | 3614217331ecabc6 | | Mozilla/5.0 (Linux; Android 11; moto g pure Build/RRH31.Q3-46-20; wv) AppleWebKit/537.36 (KHTML, like Gecko) Version/4.0 Chrome/90.0.4430.210 Mobile Safari/537.36 MinuteMaid,gzip(gfe) |
| 2021-11-22 19:20:49 Z | 184.176.5.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36,gzip(gfe) |

# MADISON INFORMATION

**MADISON ADMIN INFORMATION**

**OUTSTANDING MADISON INVITATION INFORMATION**

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############## * Google Confidential and Proprietary * ###############