Record 88

| | |
|---|---|
| Tags | Evidence |
| To | Chris Mayes <chris@bigredsports.com>, Courtney Wells <courtney@bigredsports.com> |
| From | Alyssa Banks <abanks@armstrongbank.com> |
| Date/Time - UTC+00:00 (M/d/yyyy) | 1/25/2022 4:26:56 PM |
| Subject | RE: Mayes Holding |
| Body | |

Good Morning Courtney,

The $2500 deposits into Mayes Holding Company on 8/3/21 are the proceeds from the two CD secured loans.

I have attached the Promissory Note and Disbursement for each of those CD loans (the loan numbers you listed were correct).

Let me know if you need any more additional info!

**Alyssa Banks**
CSR Lending – Norman DT

**Armstrong BANK**
401 West Main Street
Norman, OK 73069
Work: (405) 253-8632

**From:** Chris Mayes <chris@bigredsports.com>
**Sent:** Monday, January 24, 2022 3:52 PM
**To:** Alyssa Banks <abanks@armstrongbank.com>
**Subject:** Re: Mayes Holding

> **CAUTION - EXTERNAL EMAIL**
> This email originated from outside of the company.
>
> **DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

Yes

Sent from my iPhone

On Jan 24, 2022, at 1:56 PM, Alyssa Banks <abanks@armstrongbank.com> wrote:

I can get started on this.
Chris, do you approve me giving Courtney this info?

**Alyssa Banks**
CSR Lending – Norman DT

<image001.png>
401 West Main Street
Norman, OK 73069
Work: (405) 253-8632
<image002.png>

<image003.png>

**From:** Courtney Wells <courtney@bigredsports.com>
**Sent:** Monday, January 24, 2022 12:38 PM
**To:** Alyssa Banks <abanks@armstrongbank.com>
**Cc:** Chris Mayes <chris@bigredsports.com>
**Subject:** Re: Mayes Holding

> **CAUTION - EXTERNAL EMAIL**
> This email originated from outside of the company.
>
> **DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

It looks like the account numbers are 3000014179 & 3000014195. I'm not sure if this is a loan or CD account, but I'll need whatever you can send me so it is recorded properly.

Thanks,

Courtney Wells
Controller
Big Red Sports/Imports
Oklahoma Motorcars
405-835-7788 (cell)

GOVERNMENT EXHIBIT

20