```
IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT IN
        AND FOR LEE COUNTY, FLORIDA
      GENERAL JURISDICTION DIVISION


        CASE NO: 05-CA-001604


SUSANA GARCIA BADARACCO,

   Plaintiff,

v.

RICARDO GARCIA BADARACCO,
HERMES INVESTMENT CO., INC.,
ATRUKAY, INC.,

   Defendants.
_____/


         200 South Biscayne Boulevard
         Miami, Florida
         Thursday, September 22, 2011



     VIDEOTAPED DEPOSITION OF ERICH J. SPECKIN

          VOLUME 1, PAGES 1 - 113
```

Taken before Gina Garcia, RPR, CRR, Notary Public in and for the State of Florida at Large, pursuant to Defendants' Re-Notice of Taking Videotaped Deposition Duces Tecum filed in the above cause.

**GOVERNMENT EXHIBIT 21**

58

1       Do you recognize Exhibit 10?
2   A  I do.
3   Q  What is Exhibit 10?
4   A  This is a PDF version -- no, I'm sorry,
5 this is not the PDF version. This is the other one,
6 the -- HTML or something version, HTM or HTML, I
7 don't know, from -- of my CV from our website -- from
8 my firm's website.
9   Q  Is that the current version that's
10 available on your firm's website?
11   A  I don't know. It looks up to date. I
12 suspect that it is, but I don't know if it is or not.
13 I suspect this is what I produced and it is.
14   Q  Take a -- well, it says PLTF-EXP on the
15 bottom, Plaintiff's expert, so --
16       MR. MURPHY: That means it was produced by
17 us --
18       THE WITNESS: Right.
19       MR. MURPHY: -- Squire Sanders; not by you.
20 This doesn't come from your file.
21       THE WITNESS: But you've got the date cut
22 off as the one that was printed. I assume. It
23 looks up to date and it's recent, but I can't --
24 I can't say positively, but I think so.
25

59

1 BY MR. FRIDMAN
2   Q  The date cut off is the way we received it
3 from Squire Sanders. But why don't you take a look
4 through the CV and let me know if you see anything
5 that needs to be changed on it or that is inaccurate.
6   A  Oh, no, there's nothing that needs to be
7 changed or inaccurate. If it's exactly as it appears
8 today, I can't tell you without comparing the two,
9 but I think it's the most up to date one. And I know
10 it's up to date as of last year because it has the
11 paper from 2010, and then I testified in Alaska --
12   Q  Okay.
13   A  -- which were from '10. I don't think it's
14 been updated since then, so I would say it's probably
15 the most recent, but I can't say positively.
16   Q  All right. Well, let's go through your
17 experience. Let's talk about your education. It
18 says that you went to Purdue University at age 15 to
19 study engineering.
20   A  Correct.
21   Q  Is that right?
22   A  That's correct.
23   Q  Were you still in high school or did you go
24 to college early?
25   A  Both.

60

  Q  Tell me about that.
  A  About that I was in high school and went to
college early?
  Q  Yes.
  A  What do you want to know?
  Q  Was that a summer program at Purdue
University?
  A  Yes, it was.
  Q  So you went for a summer to Purdue
University when you were 15?
  A  I went -- yes, I went there when I was 15
and when I was 16 for the summer.
  Q  And what did you study there?
  A  Let's see, when I was 15 -- well, when I
was 16, it was Calculus. Calc I. And when I was 15,
math, Problem Solving with Computers was the name of
the class.
  Q  So you took two classes at Purdue
University when you were -- one when you were 15, one
when you were 16?
  A  That's correct.
  Q  How is taking Calc I and Math Problem
Solving with Computers studying engineering at Purdue
University?
  A  That's where you start.

61

  Q  So your claim in your education that you
were studying engineering at Purdue University at age
15 really means that you took two basic courses; is
that right?
      MR. MURPHY: Objection to form.
      THE WITNESS: I don't make a claim that I
was studying engineering. It says to study
engineering when I was 15, and that's what I
did. I started that line, yes, that's exactly
what happened.
BY MR. FRIDMAN
  Q  Is Calc I an engineering class?
  A  You would have to ask Purdue. I don't know
what they would classify it. I know it's a
prerequisite. As to whether they classify that, I
don't know.
  Q  That's a mathematics class, right?
  A  To me it is, yes.
  Q  Is that engineering?
  A  You would have to ask them. I don't have
the answer. It's not to me, but to what they
classify it, I don't know. I can't answer for them.
  Q  And what about Math Problem Solving with
Computers, is that engineering in your view?
  A  Probably much more so than calculus. As to

### 62

whether it would technically be engineering, I don't know. Probably more so, yes. As to exactly -- I mean, it's not chemical engineering or thermodynamics or anything like that. Whether it has engineering applications, of course, that's the point of taking it. Whether you consider it engineering or not, I would probably say it's a matter of semantic. I would defer to whatever Purdue says. I don't know the answer.

Q Well --

A I don't classify it one way or the other, so it's irrelevant to me.

Q You made -- you make the representation on your website to the public that you went to Purdue at age 15 to study engineering.

A It's exactly what I did, that's right. And I told you what I did when I got there to pursue that line.

Q But you just told us that you didn't consider any of the classes that you took to be engineering classes --

  MR. MURPHY: Objection to form.
BY MR. FRIDMAN

Q -- right?

A No, I didn't say that. Actually, I said I

### 63

think Math Problem Solving with Computers is engineering, but I don't classify it anyway. What I think doesn't make any difference. I went there to study engineering. Just like when you went to law school to study law, the first class might not have been Tort Law, I don't know, I wasn't there with you, obviously.

Q It was.

A That was perhaps a bad example, then.

  My point is that when you go to study something, like when I went to study premed, my first class wasn't Anatomy. It's along the lines you have to go to get there. When I was 15, I wasn't at the end taking engineering class, obviously, but I went to study that, yes.

Q You think the average person reading this website that says "went to Purdue University at age 15 to study engineering" would think, wow, this is a child prodigy that went and took these high-level engineering classes, not basic prerequisite; right?

  MR. MURPHY: Objection, form.
  THE WITNESS: I would say part A of that sentence would be correct, that I was a pretty smart kid and that was the point in putting this here. And I actually believe that I am, and

### 64

that's what it's intended to portray. I'm proud of the fact I went to college at 15. I think it's a big accomplishment.
BY MR. FRIDMAN

Q Did you get a degree from Purdue University?

A I did not.

Q Why not?

A Because I left there and went to Albion next.

Q But you took these courses over a summer, correct?

A That's correct.

Q When the summer was over, you went back to high school; right?

A From the first summer when I was 15 I went back to high school, that's correct. But when I was 16, no, I went to college then.

Q What college did you go to?

A Albion College.

Q Albion College. And what did you study at Albion College? It says here that you went to study biology and premedical; is that right?

A That's exactly what it says, that's correct.

### 65

Q And what was the course of study?

A Premed requirements. And to -- I believe my declared major was biology at that point in time.

Q And what classes did you take that related to premed or biology?

A At Albion when I was 17, you want to know what classes I took?

Q Well, this is --

A You want me to list them as best I can from memory for you?

Q This is on your website, so please -- please list them as best you can remember.

A No, the list of classes I took when I was 17 is not on the website. The general idea that it was premed is on the website. Now you're asking me what specific classes did I take. I am happy to tell you as best I can remember from 22 years ago.

Q If you remember.

A I remember my first class was economics. From there, let's see, my last class of the day was psychology. From economics I believe I went -- first term went economics, calculus, chemistry, lunch, psychology, as best I can remember.

  Second term -- that being Calc II.

  Second term, perhaps a bit more of a blur.

66

1    MR. MURPHY:  Frequently it is the case.
2    THE WITNESS:  I can't tell you one class
3    from the second term, I don't remember.
4  BY MR. FRIDMAN
5    Q  Okay.  So which of the classes -- is
6  economics a biology or premedical class?
7    A  It's a premed requirement.  It was part
8  of -- all the classes, I believe, were requirements
9  to get a degree or to -- for medical school, the
10 background ones.
11   Q  Oh, so this is your basic course
12 requirements that you need to get to get a liberal
13 arts degree from the school; right?
14   MR. MURPHY:  Objection to form.
15   THE WITNESS:  Some of them were along those
16   lines, some were to get a degree in biology and
17   some were requirements for medical -- some were
18   all three.
19 BY MR. FRIDMAN
20   Q  How long were you at Albion College?
21   A  One year.
22   Q  Where did you go next?
23   A  The next -- I had a couple of classes at a
24 community college, but I don't believe I went
25 directly there, no.  I took a term off.

67

1    Q  You took a term off?
2    A  Right.  Yes, I took a term off.  I took --
3  well, I took the summer, and I don't believe I went
4  in the fall either.
5    Q  Was that when you were 18?
6    A  Let's see.  '89, the summer of '90.  In the
7  summer I was 17, and the fall term when I would have
8  started, I would have been just 18, right.
9    Q  But you didn't go back to school when
10 you -- when the fall term came around and you were
11 18?
12   A  Fall term came around and I was 18.  And to
13 the best of my recollection, I did not go back to
14 school that term.  I'm not positive, but I don't
15 think that I did.  It's possible I went back in the
16 fall and took the spring off, though.  I'm not -- I
17 mean, that's 21 years ago, I don't know which one I
18 went.  What am I trying to think of it for?  I don't
19 know, I don't care.  I took one of them off, I don't
20 know.
21   Q  For what purpose did you list on your
22 website that you were studying engineering at age 15
23 and at age 17 you were studying biology and
24 premedical?
25   A  I just told you, I think I was a pretty

68

smart guy and that portrays it, and that was the
point; and on top of the fact, I did.
   Q  Now, when you were 18, that's when you
testified earlier you started one of your businesses;
right?  Is that why you took time off?
   A  No, it's not.
   Q  Okay.  Why did you take time off?
   A  I started working for Two Men and a Truck.
I was one of the first ones they had ever hired.  I
rode my bike to the very first franchise they had and
I worked up to setting up franchises as they were
expanding all over the country.  I think they're here
in Miami now.
   Q  This is a moving service?
   A  That's correct, yes.
   Q  How long did you work for Two Men and a
Truck?
   A  For about a year, maybe a year and a half.
   Q  Why did you do that as opposed to
continuing on in school and pursuing your
engineering, biology or premedical career?
      MR. MURPHY:  Objection to form.
      THE WITNESS:  I did both.  I took classes
   while I was there, but I took one term off.  I
   don't remember which one it was, but I took one

69

term off and then went back.
BY MR. FRIDMAN
   Q  Okay.  So when did you go back to school
full-time?
   A  I just told you, I don't remember if it was
the fall or the spring.  I don't know.  Honestly, I
never committed it to memory, I never cared which
term I went back to 21 years ago.  I don't know.
   Q  I'm just trying to get a sense of your
course of study.  What --
   A  Seriously?
   Q  Where did you study next?
   A  Seriously, what term I went back at is the
course of my study?
   Q  I'm not asking you what term you went back,
I'm trying to understand what you studied in school
and what schools you went to.
      So you said you went to a community
college.  What was the name of the community college?
   A  Lansing Community College.
   Q  Okay.  How long were you at Lansing
Community College?
   A  I believe I took two semesters there, but
it was on trimesters now that I think about it, so it
might have been three trimesters.  I think it was