# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CR-20-240-F |
| ) | |
| BOBBY CHRIS MAYES, ) | |
| CHARLES GOOCH, and ) | |
| COURTNEY WELLS, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE WITNESS AND EXHIBIT LISTS AND SUMMARY OF <u>ANTICIPATED RULE 702 EXPERT TESTIMONY</u>

Defendant, Bobby Chris Mayes ("Defendant"), by and through his counsel of record, Vicki Zemp Behenna, W. Brett Behenna, Rachel N. Jordan, and William H. Bock, respectfully request a four-day extension of the deadlines to file Witness and Exhibit Lists and Summary of Anticipated Rule 702 Expert Testimony, which are currently due Monday, October 3, 2022. In support of this motion, Defendant states as follows:

1. On Friday, November 19, 2021, Defendants Mayes and Gooch were convicted of one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count 1), twelve counts of wire fraud, in violation of 18 U.S.C. § 1343 (Counts 2-13), six counts of uttering forged securities, in violation of 18 U.S.C. § 513(a) (Counts 14-19), and six counts of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1) (Counts 20-25).

2.      On March 1, 2022, the parties filed a Joint Motion for a New Trial. (Doc. 195). Mr. Mayes also filed a motion for Judgment of Acquittal on March 1, 2022. (Doc. 196). The government responded to the motions on April 19, 2022. (Docs. 208 and 209). The Court set a hearing on all the post-trial motions for May 10, 2022. (Doc. 211).

3.      On May 9, 2022, counsel on behalf of Mr. Mayes requested to continue the hearing based upon the discovery of new evidence. (Doc. 219). On June 17, 2022, counsel for Mr. Mayes filed a motion for a new trial based upon newly discovered evidence. (Doc. 227). On August 23, 2022, the government responded to the motion. (Doc. 234). The Court issued a Scheduling Order on September 15, 2022, setting certain deadlines for counsel. (Doc. 238). Specifically, counsel for Mr. Mayes was to file his Witness and Exhibit lists, as well as provide any Summary of Expert Testimony to the government on or before October 3, 2022.

4.      While counsel has been working to meet the Court's deadline, counsel needs more time to finalize the Witness and Exhibit Lists understanding that the witnesses and evidence needs to be tailored to the three issues identified in the Court's Order. Additionally, counsel needs more time to consult with experts identified in prior filings.

5.      As a result, counsel for Mr. Mayes requests a short four-day extension of the deadline to file Witness and Exhibit Lists and Summary of Anticipated Rule 702 Expert Testimony. Request for this extension will not delay the deadlines set by the Court, specifically, the Pretrial Conference and the Evidentiary Hearing.

6.      Counsel for Mr. Mayes has consulted with counsel for the Government and he does not object to the Defendant's request.

Respectfully submitted,

/s/ Vicki Zemp Behenna
Vicki Zemp Behenna, OBA #10734
W. Brett Behenna, OBA #30485
BEHENNA GOERKE KRAHL & MEYER, PLLC
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
Telephone - (405) 232-3800
Facsimile - (405) 232-8999
vzb@lawfirmokc.com
bb@lawfirmokc.com
Attorneys for Mr. Mayes


/s/ Rachel N. Jordan
Rachel N. Jordan, OBA #32704
HB LAW PARTNERS, PLLC
4217 28th Ave NW, Ste. 101
Norman, OK 73069
Telephone – (405) 561-2410
Fax – (405) 563-9085
rjordan@hblawpartners.com
Attorney for Mr. Mayes

/s/ William H. Bock
William H. Bock, OBA #13888
WILLIAM H. BOCK, INC.
6402 N. Santa Fe Avenue, Suite A
Oklahoma City, Oklahoma 73116
(405) 848-5400
(405) 848-5479 Fax
billybock@wbocklaw.com
Attorney for Mr. Mayes


## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Vicki Zemp Behenna