IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOBBY CHRIS MAYES, ) <br> CHARLES GOOCH, and ) <br> COURTNEY WELLS, ) <br> ) <br> Defendants. ) | Case No. CR-20-240-F |

## ORDER

Upon consideration of Defendant Bobby Chris Mayes' Unopposed Motion to Extend Deadline to File Witness and Exhibit Lists and Summary of Anticipated Rule 702 Expert Testimony (Doc. No. 239), the Motion is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Bobby Chris Mayes to file Witness and Exhibit Lists and Summary of Anticipated Rule 702 Expert Testimony is extended from October 3, 2022 to October, 7, 2022.

IT IS SO ORDERED this 3rd day of October, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0240p070.PO.docx