IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   October 7, 2022

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>                    Plaintiff,              )<br>                                                               )<br>-vs-                                                      )<br>                                                               )<br>BOBBY CHRIS MAYES,                     )<br>CHARLES GOOCH, and                    )<br>COURTNEY WELLS,                          )<br>                                                               )<br>                    Defendants.         ) | Case No. CR-20-240-F |

ENTER ORDER:

The court is in receipt of defendant Bobby Chris Mayes' Second Motion to Continue Hearing on Pending Post-Trial Motions (doc. no. 241).

The government is **DIRECTED** to file a response to said motion not later than noon on October 12, 2022.

Defendant Mayes' October 7, 2022 deadline to submit witness and exhibit lists and a summary of anticipated Rule 702 expert testimony is **SUSPENDED** pending further order of the court.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

                                                            Carmelita Reeder Shinn, Clerk


                                            By:_____s/ Lori Gray_____
                                                                Deputy Clerk

cc:     all parties

20-0240p072.docx