IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   October 12, 2022

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CR-20-240-F |
| BOBBY CHRIS MAYES, CHARLES GOOCH, and COURTNEY WELLS, | ) |
| Defendants. | ) |

ENTER ORDER:

Defendant's Second Motion to Continue Hearing on Pending Post-Trial Motions, doc. no. 241, is **DENIED**.  A more formal order will follow in due course.  Defendant Mayes' new filing deadline for his witness and exhibit lists and his summary of anticipated Rule 702 expert testimony is not later than noon on October 14, 2022.  The government's new deadline for its witness and exhibit lists and its summary of anticipated Rule 702 expert testimony is not later than noon on October 24, 2022.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk


By:_____s/ Lori Gray_____
Deputy Clerk

cc:   all parties

20-0240p074.docx