# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-20-240-F |
| ) | |
| BOBBY CHRIS MAYES, ) | |
| CHARLES GOOCH, and ) | |
| COURTNEY WELLS, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT MAYES'
## EXHIBIT LIST

| Presiding Judge<br>STEPHEN P. FRIOT | Plaintiff's Attorney<br>Thomas Snyder<br>Assistant United States Attorney | Defendant's Attorneys<br>Vicki Zemp Behenna, W. Brett Behenna,<br>Rachel N. Jordan and William H. Bock |
|---|---|---|
| TRIAL DATE(S)<br>November 15, 2022 | COURT REPORTER<br>TRACY WASHBOURNE | COURTROOM DEPUTY<br>LORI GRAY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1. | | | | May 3, 2022 email from Courtney Wells to Chris Mayes Re: Read Please |
| | 2. | | | | Email data sheet for above email |
| | 3. | | | | May 3, 2022 email from Courtney Wells to Chris Mayes Re: Zoe |
| | 4. | | | | Email data sheet for email |
| | 5. | | | | April 5, 2013 email from Andy Elliott to Courtney Wells |
| | 6. | | | | March 16, 2016 email from Courtney Wells to Andy Elliott |
| | 7. | | | | March 16, 2016 email from Andy Elliott to Courtney Wells |
| | 8. | | | | August 4, 2017 email from Andy Elliott to Courtney Wells |

|  | 9. |  |  |  | August 4, 2017 email from Courtney Wells to Andy Elliott |
|---|---|---|---|---|---|
|  | 10. |  |  |  | August 31, 2017 email from Courtney Wells to Andy Elliott |
|  | 11. |  |  |  | September 3, 2017 email from Andy Elliott to Courtney Wells |
|  | 12. |  |  |  | February 12, 2018 email from Courtney Wells to Andy Elliott |
|  | 13. |  |  |  | February 12, 2018 email from Andy Elliott to Courtney Wells |
|  | 14. |  |  |  | April 13, 2018 email from Courtney Wells to Andy Elliott |
|  | 15. |  |  |  | May 26, 2016 email from Finance at Big Red Sports and Imports to Chris Mayes, Chuck Gooch and Andy Elliott |
|  | 16. |  |  |  | February 11, 2019 email from E Nordlund to Andy Elliott |
|  | 17. |  |  |  | CV for Phillip Matusiak |
|  | 18. |  |  |  | CV for Andrew Peters |
|  | 19. |  |  |  | CV for Erich J. Speckin |
|  | 20. |  |  |  | Expert Report prepared by Erich J. Speckin |
|  | 21. |  |  |  | Google documents provided by the Government |
|  | 22. |  |  |  | Contents of Purple Folder |
|  | 23. |  |  |  | Assignment of Membership Interest in Trident Warranty Advisors to Zoe Dawn Girod Trust dated March 7, 2022 |
|  | 24. |  |  |  | Assignment of Membership Interest in Silva Habeck Consulting, LLC to Zoe Dawn Girod Trust dated March 7, 2022 |
|  | 25. |  |  |  | Black Notebook with handwritten notes |
|  | 26. |  |  |  | Undated handwritten note from Courtney Wells to Her daughter, Zoe Girod |
|  | 27. |  |  |  | Certified copies of charges against Brandon Landers |
|  | 28. |  |  |  | Courtney Wells' text message to probation officer re her camping trip on May 2 - 8 |
|  | 29. |  |  |  | Petty Cash checks found in Purple Folder |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | No. 73348, 73632, 73637, 73785, 74008, 74048, 74145, 74359, 74608, 75493, 75610, 75611, 75728, 75735, 76337, 76580, 76714 |
|  | 30. |  |  |  | Petty Cash checks written off to Costs of Sales found by Erin Allege |
|  | 31. |  |  |  | Norman Pawn and Gun checks from November and December 2015 |
|  | 32. |  |  |  | Norman Pawn and Gun checks from January through December 2016 |
|  | 33. |  |  |  | Norman Pawn and Gun checks from January through April 2017 |
|  | 34. |  |  |  | Two Print outs for Norman Pawn and Gun check searches conducted by Courtney Wells |
|  | 35. |  |  |  | Trial transcript of Courtney Wells' testimony |
|  | 36. |  |  |  | 2018 business records from BRSI used in document comparison |
|  | 37. |  |  |  | Email from Courtney Wells to Chris Mayes on September 26, 2020 |
|  | 38. |  |  |  | Email data sheet for above email |
|  | 39. |  |  |  | Courtney Wells' handwriting exemplars |
|  | 40. |  |  |  | Chris Mayes' handwriting exemplars |
|  | 41. |  |  |  | Evidence received from Cox Automotive and Dealertrack |
|  | 42. |  |  |  | All exhibits which may be produced by the government prior to the evidentiary hearing |
|  | 43. |  |  |  | All exhibits attached to Motion for New Trial, the government's Response to same, and Defendant Mayes' Reply |