# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CR-20-240-F |
| ) | |
| BOBBY CHRIS MAYES, ) | |
| CHARLES GOOCH, and ) | |
| COURTNEY WELLS, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT MAYES EXPERT DISCLOSURES

Defendant, Bobby Chris Mayes ("Defendant"), by and through his counsel of record, Vicki Zemp Behenna, W. Brett Behenna, Rachel N. Jordan, and William H. Bock, respectfully submits the attached Expert Disclosures.

/s/ Vicki Zemp Behenna
Vicki Zemp Behenna, OBA #10734
W. Brett Behenna, OBA #30485
BEHENNA GOERKE KRAHL & MEYER, PLLC
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
Telephone - (405) 232-3800
Facsimile - (405) 232-8999
vzb@lawfirmokc.com
bb@lawfirmokc.com
Attorneys for Mr. Mayes


/s/ Rachel N. Jordan
Rachel N. Jordan, OBA #32704
HB LAW PARTNERS, PLLC
4217 28th Ave NW, Ste. 101
Norman, OK 73069

Telephone – (405) 561-2410  
Fax – (405) 563-9085  
rjordan@hblawpartners.com  
Attorney for Mr. Mayes

/s/ William H. Bock
William H. Bock, OBA #13888  
WILLIAM H. BOCK, INC.  
6402 N. Santa Fe Avenue, Suite A  
Oklahoma City, Oklahoma 73116  
(405) 848-5400  
(405) 848-5479 Fax  
billybock@wbocklaw.com  
Attorney for Mr. Mayes

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2022, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Vicki Zemp Behenna