# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )   No.  CR-20-240-F ) |
| BOBBY CHRIS MAYES, | ) ) |
| Defendant. | ) |

## ORDER FOR ARREST WARRANT

NOW on this 25th day of October, 2022, based on Motion of the plaintiff to Revoke Conditions of Release (Doc. 254), the Court finds that if the allegations are proven to be true that Defendant Bobby Chris Mayes has violated the conditions of his release.  Based on this and the seriousness of the allegations, the Court finds an arrest warrant should be issued.

It is therefore ORDERED that a warrant for the arrest of Defendant Bobby Chris Mayes shall be issued.

*[signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0240p075.PO (Mayes).docx