IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   October 25, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CR-20-240-F |
| | ) | |
| BOBBY CHRIS MAYES, | ) | |
| CHARLES GOOCH and | ) | |
| COURTNEY WELLS, | ) | |
| | ) | |
| Defendants. | ) | |

ENTER ORDER:

The pre-hearing conference set for 3:00 p.m. on October 26, 2022, is **STRICKEN**.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

          Carmelita Reeder Shinn, Clerk

          By:_____s/ Lori Gray_____
                   Deputy Clerk

cc:   all parties

20-0240p076.docx