UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs

BOBBY CHRIS MAYES

**NOTICE**

Case Number:   CR-20-240-1-F
USM Number:    09413-509

**Defendant is detained at Logan County.**

| Type of Case | __X__ **CRIMINAL** |
|---|---|

## *TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse
        Courtroom #401
        200 N.W. 4th Street
        Oklahoma City, OK   73102

**DATE AND TIME**

**October 26, 2022, at 2:00 p.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

TYPE OF PROCEEDING:                **BOND REVOCATION HEARING**

TAKE NOTICE: that the proceeding in this case was previously scheduled as indicated below:

Place:  U.S. Courthouse
        200 N.W. 4th Street
        Oklahoma City, OK   73102

**Date and Time Previously Scheduled**

_____JUDGE STEPHEN P. FRIOT_____

October 25, 2022
Date

_____s/ Lori Gray_____
BY DEPUTY CLERK

AUSA (Snyder)
Vicki Z. Behenna, W. Brett Behenna, Rachel N. Jordan, William H. Bock, Michelle L. Greene
USM
USPO