# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-20-240-F |
| ) | |
| BOBBY CHRIS MAYES, ) | |
| CHARLES GOOCH, and ) | |
| COURTNEY WELLS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendant Bobby Chris Mayes' Motion to Withdraw Motion for New Trial Based on Newly-Discovered Evidence (Doc. No. 269), the Motion is GRANTED.

IT IS THEREFORE ORDERED that the Defendant's Motion for New Trial Based on Newly-Discovered Evidence (Doc. No. 227) should be withdrawn and the status conference on the Motion (Doc. No. 227) set for November 30, 2022 at 1:30 pm is stricken.

IT IS SO ORDERED this 15th day of November, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0240p083.PO (Mayes).docx