**Attachment A to Rule 17(c) Subpoena**

Produce all relevant documents described below:

1. Documents showing the profit or loss on each of the Identified Accounts.
2. Documents showing the current status of each of the Identified Accounts.
3. Documents showing the acquisition fee on each of the Identified Accounts.
4. Documents showing the disposition of collateral, if applicable, on each of the Identified Accounts.
5. Documents showing post-disposition of collateral deficiency collection, if applicable, on each of the Identified Accounts.
6. Documents evidencing Uniform Commercial Code Article 9 notices, if applicable, on each of the Identified Accounts.
7. Documents evidencing loan portfolio performance for BRSI, LLC d/b/a Big Red Sports & Imports for 2014-2019.
8. Documents evidencing loan portfolio performance for NMD Holding, Inc. d/b/a Norman Mitsubishi for 2014-2019.
9. Documents evidencing loan portfolio performance for DKR, LLC d/b/a Mayes Kia for 2014-2019.

EXHIBIT 1