# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CR-20-240-1-F |
| BOBBY CHRIS MAYES, | ) |
| Defendant. | ) |

## ORDER

The order for hearing dated May 10, 2023, doc. no. 329, is **VACATED**. The detention status of defendant Bobby Chris Mayes will remain unchanged. The government's motion for reconsideration, doc. no. 327, is **STRICKEN** as moot.

IT IS SO ORDERED this 11th day of May, 2023.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0240p108 (Mayes).docx