SENTENCING COURTROOM MINUTE SHEET          DATE _____ 9-18-2023 _____

CR. CASE NO. CR-20-240-1-F   U.S.A. -vs-   BOBBY CHRIS MAYES

COMMENCED ____9:10____ ENDED ____10:35____
COMMENCED ____10:50____ ENDED ____11:55____          TOTAL TIME _____ 4 hours 35 min. _____
COMMENCED ____1:05____ ENDED ____2:45____
COMMENCED ____3:00____ ENDED ____3:25____

JUDGE STEPHEN P. FRIOT          DEPUTY LORI GRAY          REPORTER TRACY THOMPSON

COUNSEL FOR PLF. ____Tom Snyder, Jacquelyn Hutzell_____

COUNSEL FOR DFT. ____Bill Zuhdi, Billy Bock_____

SENTENCING MINUTE: ____Dft. appears in person with/without private / public defender / ct. apptd counsel

Probation Report reviewed by counsel and dft.          Probation Officer: ____Whitney Chakroun_____

Government Witnesses:
1.  Charles Gooch (sworn)
2.  Courtney Wells (sworn)

Defense Witnesses:
1.  Frederick Lewis Petrolia, III (sworn)
2.  Markie Morton (sworn)
3.  Brandon Myers (sworn)

Government's exhibits admitted:   1, 2, 3, 4, 5, 6, 7, 8, 9, 10

Defendant's exhibits admitted:   14, 3, 7, 2

Counts 20-25 of the Indictment previously dismissed per the order filed on 10-30-2023.

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 130 months, consisting of 130 months as to each of Counts 1-13, and 120 months as to each of Counts 14-19, all such terms to run concurrently.

Dft shall participate in the Inmate Financial Responsibility Program while incarcerated.
Dft shall participate in the Residential Drug Abuse Program while incarcerated.

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of 3 years, consisting of 3 years as to each of Counts 1-19, all such terms to run concurrently.

The court is not imposing community service.

Defendant must comply with the mandatory, standard, and special conditions of supervision that are set out in the Judgment in a Criminal Case.

Dft ordered to pay Special Assessment fee of $100.00 on Counts 1-19 for a total of $1,900.00, due immediately.

Dft is ordered to pay a fine in the amt of $2,000.00, due immediately.

Dft is ordered to pay restitution in the amt of $1,160,825.72 (already paid into court by dft).

Dft ordered to pay a money judgment in the amt of $1,018,322.17, due immediately.

Dft. adv. of right to appeal & to appeal in f.p.

Court orders commitment to the custody of the Bureau of Prisons/Attorney General & recommends that dft be incarcerated at: _____ FCI El Reno _____

DFT. REMANDED TO U.S.M.

The parties' exhibits are withdrawn.