Exhibit4

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-20-240-F |
| | ) | |
| BOBBY CHRIS MAYES, | ) | |
| | ) | |
| Defendant. | ) | |

### Declaration of Bobby Chris Mayes

I, Bobby Chris Mayes declare as follows under penalty of perjury:

1. This Declaration is made based upon my personal knowledge and is made in support of my Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

2. I am currently incarcerated at Texarkana FCI, 4001 Leopard Drive, Texarkana, TX 75501 and am of lawful age. My Register Number is: 09413-509.

3. On September 25, 2020, Mr. Bock retrieved two boxes of files that had been provided to Mr. Adams' office. In one of the retrieved files, Andy Elliott's 4 pages of handwriting consisting of thirteen numbered paragraphs were found.

4. I recognized the hand writing on the four pages to be Andy Elliott's hand writing.

5. My lawyers had the four handwritten pages in their possession for at least a year before trial.

-1-

6. Leading up to trial and even earlier before trial, several times I discussed the four pages of hand writing with my lawyers and told them many times I wanted to use the handwritten pages as evidence during trial for impeachment.

7. During my trial, I repeatedly asked my lawyers to use the Andy Elliott handwritten 4 pages. I asked my lawyers to impeach Andy Elliott with his handwritten pages. My lawyers refused.

8. My lawyers told me they could not use the four pages of handwriting because the handwritten pages were "attorney/client", were privileged between Andy Elliott and his attorney Scott Adams, and therefore they could not be used at trial.

9. I did not agree with my attorneys not to use the four handwritten pages at trial to impeach Andy Elliott. I argued with them to use the handwritten pages. I told my attorneys based on the content of the pages I wanted to use the handwritten pages to impeach Andy Elliott. I also told my lawyers I recognized the writing as being Andy Elliott's hand writing. I told my lawyers to talk to Mr. Adams about Elliott's handwritten pages. I was never told by any of my attorneys that Scott Adams was contacted by them to investigate if the handwritten four pages were attorney client privileged communications.

10. My lawyers did no investigation regarding the Andy Elliott handwritten four pages. I was never told by my attorneys that anyone ever conducted or did any investigations, made any phone calls, interviewed any persons, or did any other actions concerning

the handwritten pages, including facts and circumstances surrounding the handwritten pages, who may have been present when the pages were written, and who may have seen or read the handwritten pages or was told or discussed the handwritten pages with Andy Elliott or others.

11. I was never told by my attorneys that Scott Adams contacted any of them to discuss the handwritten pages or to discuss if the pages were claimed as attorney client communications.

12. I told my lawyers to ask the Judge if the handwritten pages could be used at trial.

13. My attorneys refused to use the handwritten pages and told me, "We can't use it. We'll get in trouble."

14. Hand written letter Andy Elliott testified about during cross-examination. I was not aware of the existence of a handwritten letter until Andrew Elliott testified at trial about a handwritten letter that was given to the United States government before he got immunity and before his lawyer wrote a "hypothetical statement" proffer letter to the government hand delivered to the government on January 31, 2020.

Executed on the 25th day of October, 2024

*[signature]*
Bobby Chris Mayes