# EXHIBIT 5

## ACKNOWLEDGEMENT OF RECEIPT

This is to acknowledge receipt of two boxes by Billy Bock, of the William H. Bock, Inc., for Andrew Elliott (*file #1662.01*). These boxes represent the full and complete files as provided by Mr. Elliott relevant to Big Red Sports and Imports as maintained by Adams & Associates, P.C. The items contained within these boxes are the sole copies, and no digital copies have been retained by Adams & Associates, P.C.

_____          _____
Signature                                                              Date

*Signed: Bill B*                                                *9-25-2020*