Exhibit 6

**Brenda Petty Unlimited, LLC**
Certified Questioned Document Examiner-Diplomate
PO Box 1234
Duncan OK 73534
580.467.4786
www.ExpertHandwritingExaminer.com
www.BrendaPetty.com



**Handwriting Identification Information and Forensic Document Report**

Subject: **Andy Elliott**
Date: **October 16, 2024**

1. I am Brenda Petty, designated a Certified Questioned Document Examiner by the International Association of Document Examiners through testing by proctor and the passing of the test. I have been court-qualified to give expert testimony in the United States in thirteen (13) states, in Canada, Bermuda and Supreme Court in the Bahamas. I have testified in Oklahoma, Texas, Ohio, Kansas, Louisiana, Florida, Arkansas, Pennsylvania, Maryland, Superior Court in Mitchell County Georgia, Maricopa and Pima Counties, Arizona, and Monmouth County, New Jersey and Supreme Court in Buffalo, New York. I have testified in Canada: Ontario, Toronto, Brampton, British Columbia, Newfoundland, Queen's Bench, Nova Scotia, and the Court of Quebec (District of Bedford Cowansville). I have also provided forensic examination services for the City of Toronto, Office of the Auditor General, Province of Saskatchewan, Ministry of Social services, the Law Society of Ontario, City of Vancouver Legal Services, Manitoba Public Insurance and Royal Canadian Mounted Police. My reports have been entered into courts in Jamaica, Turks and Caicos, Poland, Pakistan, India, Qatar, and Tanzania.

2. I started training as a Forensic Document Examiner in 2006 by completing a two-year certification training in which I earned the designation of Certified Forensic Document Examiner. In 2017, I earned the designation of Certified Questioned Document Examiner with the International Association of Document Examiners (IADE). In 2020, I met the requirements and was granted the designation Certified Questioned Document Examiner-Diplomate by the IADE. I have continuing education classes with IADE. I work weekly as a forensic document examiner. I have passed proficiency testing and take the required proficiency exam each year. I have testified in Daubert Motions and the judges ruled favorably. I am not an advocate of the person who uses my services; I speak for the document. My opinions are formed through a careful examination of the documents with a determined caution that bias is not a contributing factor to the opinion.

3. I have four (4) handwritten documents with the purported known handwriting of Andy Elliott. I have labeled these exhibits 'K1' through 'K4' for this examination.

4. I have been asked to compare the handwriting of Andy Elliott on the 'K' documents to the questioned document identified herein as 'Q1' to determine if the author of the Andy Elliott handwriting on the 'K' documents had similarities or dissimilarities in writing habits that could analyze and evaluate an author of the following questioned document:

Page **1** of **15**

Q1: A Handwritten Six-page Document, not dated,

5. To establish that handwriting was written by a particular person, an examination with known genuine handwriting must show substantial agreement in sufficient handwriting characteristics to identify the maker and eliminate the possibility of any other writer. It is accepted within the handwriting community that if only one fundamental unexplainable significant difference happens in writing features it can point to more than one hand as author.

## Information regarding Natural Variation and Handwriting Identification:

6. Handwriting identification training teaches that handwriting originates in the brain where mental pictures of letters and words are formed. Because writing involves the brain, the muscles, and the nervous system it becomes unique to everyone in habits and patterns. A variation in strokes or manner of writing an individual uses is called Natural Variation. It is with this understanding that the following report expounds.

7. In every handwriting examination that involves the identification of the author, there are certain aspects that are considered. Such as: skill level, line quality, positioning of letters to one another, position on the signature line, slant, slope, formation of letters, spacing, pen pressure, size, connecting, ending, and beginning strokes, etc. The analysis of this becomes so engrained in the examiner that it becomes automatic in application.

## Steps of Scientific Method:

8. 1st step: Make an observation or ask a question.
   2nd step: Gather background information (do research),
   3rd step: Create a hypothesis,
   4th step: Create a prediction and perform a test (test should establish a noticeable change that can be measured or observed by empirical evidence),
   5th step: Analyze the results and draw a conclusion (this is the point of asking pro and con questions), and
   6th step: Share the conclusion or decide what question to ask next.

   The steps were taken from:
   https://www.techtarget.com/whatis/definition/scientific-method

## Process of examination:

9. On August 19 and 23, 2024, I received exemplars by email from Zuhdi Law Firm with the purported known handwriting of Andy Elliott and an anonymously handwritten questioned document. The scope of the exam is to compare the known handwriting of Andy Elliott to the anonymously handwritten questioned document for similarities and dissimilarities in writing habits to see if a common hand authored all documents or did not author the documents. An exam was conducted, and an opinion was rendered.

10. According to handwriting examination standards, the known writing was compared to the known writing; the questioned to questioned, and then known writing to questioned.

Page **2** of **15**

11. The documents received were in pdf format and were received by email transmission. Though it is always considered that original documents are the best for examinations, because of the electronic storage of documents in this generation, original documents are becoming more difficult to obtain. However, because proficiency in copying/scanning equipment has increased in performance and yields better copies than those produced in years gone by, opinions reached when examining copies are seldom changed after originals are examined. A study done by Bryan Found, Doug Rogers, and Allan Herkt in 2001 through La Trobe University in Melbourne Australia underscored that an opinion first reached using copies was seldom changed after the examination of the original documents was conducted. However, if the original(s) become available, I would greatly appreciate the opportunity to examine them.

12. The writing on the documents was visually enlarged at least 150-200% by the process of computer magnification and placed in a line-up for a side-by-side comparison process, as per published industry standard methodologies so the strokes and movement can be compared as well as skill level, slant/slope, position on the line or off the line, other complexity of writing, and examination of the natural eye. Standard tools used in the comparison process can also include microscope(s), light box, various handheld magnifiers, standard ruler, and transparencies. All examinations of writing are performed by some comparison process, whether the process is electronic and/or physically examined. The Standard for Examination of Handwritten Items, first edition 2022, published by the American Academy of Forensic Sciences is used. Standard for Examination of Handwritten Items | American Academy of Forensic Sciences (aafs.org)

13. The opinion will be based on the National Institute of Standards and Technology (NIST) terminology standard for expressing conclusions. See below:



CRLT 5640 Questioned Documents (nist.gov)

**Lineup of questioned and known handwriting:**

Some of the images received were faded, therefore, electronic modification of the image color and contrast only was made for better viewing and examination. All documents used in the exam will be attached to this report.









**Q1 – Handwritten Notes – Lines 22 – 27 - Not Dated**



SAYS BIG RED TOWER or..
REMEMBER IT SAYING    CURRENTLY IN
TOWER   CREATED INVOICES...
WAS AT BIG RED & MITSU/YAMAHA...
SAID   ELLIOTT (IM NEVER ONLY ONE IN TOWER)
STORY SEEMS TO START TO GO ROGUE –

**Q1 – Handwritten Notes – Lines 28 – 33 - Not Dated**



SAYS   I   PLAYED TO HER
– TIME LINE SHOWS S SHE SET ME UP
FROM DAY ONE WI WITH DOING BIBLE
STUDY W/ HER & J JOANE....
→ I HANDED MONEY – TO HELP AND SHE
3   CRIED & SAID TH THANK YOU.

**Q1 – Handwritten Notes – Lines 34 – 37 - Not Dated**

SHE SHOWED ME SHE W WAS EXTREMELY
GRATEFUL FOR HELP. ₽. WAS NEVER TOLD
NO OR I WOULDNT HAVE IS GIVEN. PERIOD &
DIDNT GIVE MONEY BUT EVERY TIME. DURING

**Q1 – Handwritten Notes – Lines 38 – 47 - Not Dated**

-HELPING    PERIOD. PUTTING    NAME IN
I COMMENT TO CREDIT AN ANYLIST BOX'
IS NORMAL    AND TEXTING OR CALLING
WHEN SUBMITING IS N NORMAL. 90% OF
TIME CUSTOM IS ON √ OUR SHOWROOM
FLOOR WAITING. WE WS WANT TO GET
IT APPROVED FAST.
QUESTIONABLE LOANS "S "SOMETIMES"
GIVE ME A BREAK. K. EVERYONES
CREDIT IS DIFFERENT. J. (LOL) THEY BUY 0 - 624 SC



**Q1 – Handwritten Notes – Lines 48 – 54 - Not Dated**

Mullins knew there were a _few_ loans that were questionable, which she approved ~~anyway~~ anyway. (this has to be a joke)

JANUARY - APRIL NO PER LOAN FEE WAS NEVER PAID - BECAUSE SHE TO DO A LOAN. PERIOD.

**Q1 – Handwritten Notes – Lines 55 – 60 - Not Dated**

), I KNEW DONNA WAS STRAPPED BECAUSE SHE TOLD ME EVERY DAY! WHEN I GAVE HER MONEY SHE EXPLAINED IN DETAIL HOW SHE WAS CLEANING HER LIFE UP + FIXING PROBLEMS. SHE NEVER TURNED DOWN A

**Q1 – Handwritten Notes – Lines 61 – 66 - Not Dated**

DOLLAR OR I GLADLY WOULDNT NEVER OFFERED A DOLLAR AGAIN. SHE NEVER MENTION HER JOB ONCE WHEN I GAVE HER MONEY TO HELP HER OR I WOULD GAVE HER IMMEDIATELY, IT NEVER WOULD VE STOPPED TO DO WITH WORK. EVER. HAD ANYTHING

**Q1 – Handwritten Notes – Lines 67 – 76 - Not Dated**

I CALLED DONNA JUST LIKE I WOULD CALL ANY LOAN OFFICER. AND OK. EMY CREDIT UNION NEVER CUT US OFF... WE STILL USE THEM TODAY.

12. "THEY" KNOW MULLINS LOST HER JOB BECAUSE OF THE INVOICES. SHE NEVER MENTIONED INVOICES UNTIL MONTHS LATER. SHE ONLY TOLD ME THAT I CAN REMEMBER SAYING I GAVE HER MONEY, SHES A LIAR.

### Q1 – Handwritten Notes – Lines 77 – 85 - Not Dated



13. IF THE YAMAHA IA IS NEW....
THE ONLY INVOICE CE ANYONE COULD EVER
HAVE IS THE INVO NVOICE THE TRUCKER
GAVE US FROM YA YAMAHA WHEN THEY
WOULD DROP THEM M OFF IN CRATES IN
THE BACK. ONLY A A PARTS INVOICE.
NOT A DEALER SALE LE SHEET INVOICE.

LINE 2.... DONNA VA SAID SHE NEVER
SAW INVOICES ASS ASSOCIATED W/ LOANS.

### Q1 – Handwritten Notes – Lines 86 – 93 - Not Dated



AS SHE CLOSES... SHE   STATES THE
INVOICE SHE VIEWED WAS   NOT AN ACTUAL
YAMAHA INVOICE, SHE.   NOT AN ACTUAL
LOOK LIKE THAT " .. E SAID "THEY DONT
THEN STATES IT WAS G
SOMEONE IN THE SAL   WAS GENERATED BY
CLEARLY SHES LYING HE   SALES TOWER.
HER TEETH.   LYING THROUGH

### Q1 – Handwritten Notes – Lines 94 – 99 - Not Dated



OUR DEALERSHIPS NOW   OPERATE ON
THIS MOTTO   "MONEY   IS MADE ON THE BUY"
WE PAY A SCALE O   OF $100-$500
ON EACH COMMISSION   N. WE EXPECT
40 CARS TO BE   PURCHASED EACH
WEEK FROM EACH   H BUYER.

### Q1 – Handwritten Notes – Lines 100 – 109 - Not Dated

NOT EVERY CAR NEED NEEDS TO BE
PURCHASED TO SELL RETA RETAIL, WE CAN
BUY FOR WHOLESALE. LE. AND WE WOULD
LIKE A 35 RETAIL / TAIL / 5 WHOLESALE
SPLIT WEEKLY. (FROM (FROM EACH BUYER)
WE ARE STARTING A WEEK WEEKLY REPORT OF YOUR B
WE EXPECT CARS TO BE   BE PURCHASED
WITH UNDER 120K MILES   LES IF SOLD RETAIL.
ANYTHING OVER 120K M   OK MILES MUST
BE BID TO MAKE MONEY   MONEY WHOLESALE.



### Q1 – Handwritten Notes – Lines 110 – 117 - Not Dated

WITHIN THE EXCEPTION OF GREAT
RUNNING CARS & TRUCKS UNDER THE
PRICE RANGE OF $5000 THAT ARE
RETAILABLE.

YOU CAN BUY FROM ANY PLACE
EXCEPT AUCTIONS. OPEN YOUR MIND
AND THINK OUTSIDE THE BOX.

PLAN YOUR WORK, WORK YOUR PLAN.

### Q1 – Handwritten Notes – Lines 118 – 126 - Not Dated

"MONEY IS MADE ON THE BUY" BUYER GUIDELINES.

EVERY CAR MUST BE TEXT TO ANDY & CHRIS
STATING L.H.B. , MILLES , OK'D AUTOCHECK
AND PICS OR FORWARDD A LINK IF ITS
FROM C.L. , ALSO STATTING RECON
AMOUNT IT NEEDS ROUGHLY #.
DONT TEXT FOR A BIDD. TEXT WHERE YOU
HAVE THEM AT. WE WILL SAY "YES" OR "LOWER."

### Q1 – Handwritten Notes – Lines 127 – 137 - Not Dated

STATES TO FOCUS ON. T
THE BOX. — OKLAHOMA
— TEXAS THINK OUTSIDE
— KANSAS NA — ARKANSAS (EXAMPLE OF CITY)
DALLAS MARKET - 3 HRS S AWAY
7,117,896 POPULATION ( (EASY DELIVERY / PICK UP)
~ KNOW EACH AREA OF F THE STATE AND
THE OPPORTUNITY THATS S IN THAT CITY TO
BUY CARS. AS YOU CA CAN SEE DALLAS IS
HUGE. ---- AS WELL AS AS ALL THE OTHER
CITIES IN THESE 3 S. STATES.
ALSO YOUR LOCAL AREA A IS LOADED WITH CARS

### Q1 – Handwritten Notes – Lines 138 – 143 - Not Dated

- NORTH TEXAS        - KANSAS AREAS
- AMARILLO           - LAWTON , ARDMORE , ADA
- WICHITA FALLS AREA - TULSA , ETC



**K1 – Employer Form for Employee Info – Lines 1, 3, 4, 6, & 7 - March 3, 2016**

ANDY ELLIOTT  GUILFORD  CT. NORMAN OK

JACQUELINE WIFE

**K2 – Thunder OKC Rumble Birthday Experience – Lines 1, 2, 3, 5, 6, 7, 8, 9, 10, 13, 14 & 15**
**Not Dated**

JACQUELINE ELLIOTT GUILFORD CT. NORMAN OK

JACKIE ELLIOTT elliott+jacqueline@live.com Jackie Elliott

Ian ALL AGES ONLY SEPT. 22ND OUR HOUSE

GUILFORD CT. NORMAN OK

**K3 – Thunder Card Authorization – Lines 3. 4. 5, 8, & 9 – September 10, 2013**

ANYTIME TFCU JACQUELINE ELLIOTT GUILFORD CT.

NORMAN OK ELLIOTTJACQUELINE@LIVE.COM

**K4 – Check #1424 – Lines 2, 3, 4, & 6 – August 27, 2016**

ANDREW ELLIOTT SIX THOUSAND EIGHT HUNDRED TWELVE

SAVINGS ACCT# For DEPOSIT ONLY SAVINGS ACCT#

**Q1 – Handwritten Notes – Not Dated**

1. 2. 3. 2016 4. 2016 31 2017 (2014 – 5-7-15)

2015 2015 31ST 2017 2016 5. 6. 7 90%

0-624 8. (#) 9. 10. 11. 12. 13.

# 100 – #500 40 35 5 120K 120K 3

7,117,896 3

**K1 – Employer Form for Employee Info – March 3, 2016**

10 - 17 1912 73072 918-210-0254 405 - 532 - 0789

March 3, 2016



**Facts and assumptions and analysis:**

14. It is assumed as fact that the comparison writing that was provided for the examination was, in fact, written by the common hand of Andy Elliott.

15. In anonymous writing the three (3) principles of handwriting examination are very important. These principles are listed below:

    1. Principle of Uniqueness and Individuality simply means that no two people write the same.

    2. Principle of Natural Variation simply means that no person writes exactly the same each time they write.

    3. Principle of Skill Level means that no person can write better than their ability.

**Significant differences between the questioned and known writings:**

16. There are no significant differences in writing habits found between the questioned and known writing that would point to two different hands as the author. Having no significant differences represents that all handwriting was authored by a single common hand.

**Significant similarities between the questioned and known writings:**

17. The hand that authored the questioned anonymous writing, had a high skill level in writing. The hand that wrote it had the following handwriting habits: predominant block printing with a cursive styling, but will switch for a short time to upper case and lower case spelling, the first letter in a word is usually the tallest, the slant varies from left to vertical to right, bouncy baseline as well as the top, similar spacing between words,

similarity in formation of letters and numbers, uses punctuation and clarifications by using parenthesis, and punctuation and is written very fast.

18. In this paragraph words in graphs will be compared. Note not just similarities but significant similarities in formation of letters as well as slant and slope that points to a common hand and not different authors.



19. In this paragraph, several letters will be compared to one another.  This will be done by placing letters into graphs.  As with the graph on page 11, note the significant similarities in formation of letters, slant and slope, skill level, and speed of writing.

20. The final illustration will be the numbers found in the questioned and known documents. Handwriting habits can also be found in the writing of numbers. As with the alphabet characters, note the formation of the numbers, the slant of left, vertical, and right, the slope as the writing rises or stays close to the baseline. Note also the parentheses placement and formation, underlining, and dashes. These all represent not just a similarity in writing habits, but a significant similarity in handwriting habits that point to one common hand and not different authors.



**Opinion reached after examination:**

21. Based on the documents submitted and upon a thorough analysis of these documents, and from an application of accepted forensic document examination tools, principles, techniques, and standards, the evidence supports my professional opinion to a reasonable degree of Scientific Methodology that the opinion reached on the anonymously handwritten questioned document labeled as Q1 is as follows:

    (A) The exam was able to analyze, compare, and evaluate one common hand as author of the questioned and known doucments.  The common hand is that of Andy Elliott.

22. I am willing to testify to this fact in a court of law and I will provide exhibits to the Court showing that I have sufficient data to substantiate my professional opinion.  My Curriculum Vitae is attached and incorporated herein by reference and sets forth my background and experience that qualifies me to undertake the examination requested and rendering of opinions given in this report.

23. This report may be supplemented later if any future requests are made concerning this case and/or if additional documents or original documents are later submitted for comparison.

**Declaration:**

24. I understand that my overriding duty is to the court both in preparing reports and in giving oral evidence.

25. I have set out in my report what I understand from those instructing me to be the questions in respect of which my opinion as an expert is required.

26. I have done my best in preparing this report, to be accurate and complete.  I have mentioned all matters which I regard as relevant to the opinions I have expressed.  All the matters on which I have expressed my opinion lie within my field of expertise.

27. I have drawn to the attention of the court all matters, of which I am aware, which might adversely affect my opinion.

28. Wherever I have no personal knowledge, I have indicated the source of factual information.

29. I have included nothing in this report which has been suggested to me by anyone, including the client or lawyers instructing me, without forming my own independent view.  It is always my intent to conduct every examination without personal influence or bias.

30. Where in my view, there is a range of reasonable opinions; I have indicated the extent of that range in my report.

31. At the time of signing the report I considered it complete and accurate. I will notify those instructing me if I subsequently consider that the report requires any correction or qualification.

32. This report will be evidence I will give under oath, subject to any correction or qualification I may make before swearing to its veracity.

33. The facts I have stated in this report are true and the opinions I have expressed are correct.

Respectfully submitted,

Brenda Petty

Brenda Petty

The above Handwriting Identification Information and Forensic Document Report was sworn and subscribed before me by Brenda Petty on this 16th day of October 2024.

State of Oklahoma                    §
County of Stephens                   §

Stacy L. Crump

Commission #20001525 expires: February 6, 2028



# Brenda Petty Unlimited, LLC

Certified Questioned Document Examiner-Diplomate
PO Box 1234
Duncan OK  73534
580.467.4786
www.ExpertHandwritingExaminer.com
www.BrendaPetty.com



*Curriculum Vitae:*

I am Brenda Petty, designated a Certified Questioned Document Examiner by the International Association of Document Examiners through testing by proctor and the passing of the test.  I have been court-qualified to give expert testimony in the United States in thirteen (13) states, in Canada, Bermuda and Supreme Court in the Bahamas.  I have testified in Oklahoma, Texas, Ohio, Kansas, Louisiana, Florida, Arkansas, Maryland, Pennsylvania, Superior court in Mitchell County Georgia, Maricopa and Pima Counties, Arizona, and Monmouth County, New Jersey and Supreme Court in Buffalo, New York.  I have testified in Canada:  Ontario, Toronto, Brampton, British Columbia, Newfoundland, Queen's Bench, Nova Scotia, and the Court of Quebec (District of Bedford Cowansville).  I have also provided forensic examination services for the City of Toronto, Office of the Auditor General, Province of Saskatchewan, Ministry of Social services, the Law Society of Ontario, City of Vancouver Legal Services, Manitoba Public Insurance and Royal Canadian Mounted Police.  My reports have been entered into courts in Jamaica, Turks and Caicos, Poland, Pakistan, India, Qatar, and Tanzania.

I started in the field of Forensic Document Examination in 2006 by completing a two-year certification training in which I earned the designation of Certified Forensic Document Examiner.  In 2017, I earned the designation of Certified Questioned Document Examiner with the International Association of Document Examiners (IADE).  In 2020, I met the requirements and was granted the designation Certified Questioned Document Examiner-Diplomate by the IADE.  I have continuing education classes IADE.  I standardly work 50 to 60+ hours weekly as a forensic document examiner.  I have passed proficiency testing and currently take a required proficiency exam each year.  I have testified in Daubert Motions and the judges ruled favorably.  I am not an advocate of the person who uses my services; I speak for the document.  My opinions are formed through a careful examination of the documents with a determined caution that bias is not a contributing factor to the opinion.

*Forensic Examination Provided For:*

Disputed documents or signatures including wills, checks, contracts, deeds, account ledgers, medical records, and autograph authentication.  Investigation and analysis including questioned signatures, suspect documents, forgeries, identity theft, anonymous letters, alterations, obliterations, erasures, typewritten documents, altered medical records, graffiti, handwritten numbers, and computerized and handwritten documents and differences found in handwriting that can point to changes in the interaction of the brain, muscles, and nerves.  It is taught that anything that affects the brain, muscles, and nerves will affect handwriting.

*Education and Continuing Education:*

- International School of Forensic Document Examination, Dallas, TX: Forensic Document Examination 2 years of training 2006-2008 – Certificate of completion available.
- American Institute of Applied Science – 2007 – North Carolina Community College accredited by Accrediting Commission, Washington, D.C.–27.4 study hours – Certificate of completion available.
- Continuing studies with Katherine Koppenhaver, President of International Association of Document Examiners
- September 8, 2017 – International Association of Document Examiners - successfully completed testing by proctor in the field of Document Examination and entitled to use the designation of Certified Questioned Document Examiner. Certificate available.
- August 22, 2018 – Expert Witness Exchange/Courtroom Bootcamp LLC – Storytelling for the Expert Witness – The Eight Fundamentals of Breakthrough Communication – 1-hour webinar
- August 24-25, 2018 – International Association of Document Examiners – Web Seminar – 12 hours
- August 29, 2018 – Expert Witness Exchange/Courtroom Bootcamp LLC – Storytelling for the Expert Witness – Transforming Expert Opinions into a Compelling Story – 1-hour webinar
- 2019: Continuing education classes with Katherine Koppenhaver and other requirements to remain a member in good standing with International Association of Document Examiners (IADE).
- 2020: Continuing education classes provided by the International Association of Document Examiners.
- 2021: Continuing education classes provided by the International Association of Document Examiners.
- 2022: Continuing education classes provided by the International Association of Document Examiners.
- 2023: Continuing education classes provided by the International Association of Document Examiners.
- 2024: Continuing education classes provided by the International Association of Document Examiners.

*Further Qualifications:*

I have reviewed over 43,890 signatures and handwritings, examined case documents and rendered opinions on more than 1463 cases throughout the United States and Internationally.

*Laboratory Equipment used for examination:*

Numerous magnifying devices including 30x, 20x and 10x loupes, light box, protractor, calipers, metric measuring devices, slope protractor, digital photography equipment, Zarbeco MiScope MP2-IR, Zarbeco MiScope MP3 UV/IR, Zarbeco MiScope-MP4k w/UV/IR, AmScope Stereo Microscope SM-3T-B, Hewlett-Packard Computer, a high-resolution Epson ET-16600 printer, scanner, copier, and transparencies.

*Specific Areas of Training:*
Handwriting Identification and Discrimination / Signature Comparison
Techniques for Distinguishing Forged Signatures
Disguised Handwriting
Altered Numbers
Anonymous Writing
Laboratory Procedures
Forensic Microscopy and Forensic Photography

Identifying Printing Methods
Papers and Watermarks
Factors that Affect Writing
Demonstrative Evidence Training
Demonstrative Evidence in the High-Tech World
Forgery Detection Techniques
Detection of Forged Checks
Document Image Enhancement
Graphic Basis for Handwriting Comparison
Ethics in Business and the Legal System
Mock Courtroom Trials

*Library:*

Numerous forensic document examination titles and other handwriting reference materials.  I also have access to other forensic document examiner's libraries.

**Conferences/Training Attended**

- 20 hours: School of Forensic Document Examination Training Conference, Dallas, TX, 2007
- 20 hours: Advanced Handwriting Training Conference, Dallas, TX, 2007
- 8 hours:  White Collar Crime Summit with Frank Abagnale as guest speaker, 2009
- June 2010 8 hours of study with C. L. Baggett, Dallas, Texas
- March 2013 8 hours of study with C. L. Baggett, Dallas, Texas
- November 2013 8 hours of study with C. L. Baggett, Dallas, Texas
- May 2014 8 hours of study with C.L. Baggett, Dallas, Texas
- September 2015 12 hours of study with C.L. Baggett, Dallas, Texas
- March 2016 12 hours of apprenticeship with C.L. Baggett, Dallas, Texas
- August 2016 2 hours of training using Power Point with International Association of Document Examiners (IADE)
- Continuing education training with Katherine Koppenhaver, President of International Association of Document Examiners, 2016 – to current date
- March 8, 2017 – IADE – Zoom class instructor – peer review on a case
- September 6-9, 2017 – IADE Interactive Seminar & Workshop – 24.5 hours
- 2018 – Continuing training with Katherine Koppenhaver, President of International Association of Document Examiners
- August 24 and 25, 2018 – IADE – Fourth Annual Interactive Seminar – 17 hours
- October 19, 2018 – Scientific Association of Forensic Examiners (SAFE) – Conference 5.5 hours
- 2019:  Continuing education with Katherine Koppenhaver
- 2020:  Continuing education with Katherine Koppenhaver
- 2020:  IADE Sixth Annual Interactive Seminar September 21-23; 12 hours
- 2021:  IADE Interactive Seminar and Workshop September 13-15; 12 hours
- 2022:  IADE Interactive Seminar and Workshop October 10-12; 12 hours
- 2023:  LEVA Courtroom Testimony for Expert Witnesses Training–Jonathan Hak – January 9-11, 2023.
- 2023:  Holographic Wills – IADE Zoom – January 19, 2023.
- 2023:  IADE Interactive Seminar and Workshop September 18-20; 21 hours

- 2024:  IADE Interactive Seminar and Workshop September 18-20; 12 hours

*Presentations:*

- 2008 to Current: Social, Civic Club and organization speaker in regard to Handwriting
- 2009 Seminar speaker regarding Handwriting for the Oklahoma Private Investigators Association
- 2014 Assisting students in high school with term papers regarding forensic document examination
- 2015 State of Oklahoma/Child Support Administrative Assistant Summit Speaker
- 2016 Assisting students in high school with term papers regarding forensic document examination
- 2017 Presented case in Zoom class to other document examiners
- 2021 March 18, 2021-Zoom Class Presenter-Analyzing Staple Holes in Original Documents
- 2021 October 22, 2021 – Zoom Class Presenter – Handwriting Basics 101 and Request or Formal Writing for Enid OK Sheriff's Office.
- 2022 April 9, 2022 – Zoom – Sisters in Crime – Handwriting Basics 101
- 2022 May 20, 2022 – British Broadcasting Corporation – Interview regarding suicide note of Michael de Guzman
- 2024 May 24, 2024 – Zoom – IADE – Daubert Standards
- 2024 May 24, 2024 – Zoom – IADE – Checklist for Expert Witnesses

*Publications and Original Articles:*

- X-ProLegal 2014 *FDE Explanation*
- LinkedIn, Individuality in Handwriting and Opinions in Court
- International Association of Document Examiners Under the Microscope newsletter Spring 2017, Volume 3 No. 1:  Legal Defense Against Internet Defamation
- International Association of Document Examiners Under the Microscope 2019 Volume 5 No. 1:  Is Forgery Without Ramification
- International Association of Document Examiners Under the Microscope 2020 Volume 6 No. 2:  Basic Principles
- International Association of Document Examiners Under the Microscope 2021-2022 Volume 7 No. 2: Hypothesis v Hypothetical and Scientific Method

*Special Projects Participation:*

➢ In 2022, I was one of three forensic document examiners that participated in Election Systems Integrity Institute that included a study between novices and trained forensic document examiners regarding the 2020 elections.

➢ In 2023, I and another document examiner, Diana Mears, assisted in the interpretation of documents involving the original deeds of St. Johns the Baptist Gildehaus Catholic Church in Franklin County, Missouri recorded in 1848.

*Professional Affiliations:*
International Association of Document Examiners (IADE)
Handwriting Experts LLC

## *UNTIED STATES TESTIMONY and DEPOSITION*

| 2024 | **Arkansas:** 73CV-23-205, Circuit Court of White County, Arkansas, Estate of Bill E. Bingham v. Bill R. Bingham (Rick), Denise Bingham and the Bill R. Bingham Residential Trust, Bill R. Bingham Savings Trust, Judge Daniel Brock-March 7, 2024. | **Qualified to Testify - Zoom** |
|---|---|---|
| | | |
| | **US District Court for Northern District of OK:** **(Federal)** 21-CV-00345-GKF-CDL, Brandi Larae Allen v. (1) The Brandi Larae Nieto Irrevocable Trust dated May 26, 2015; AKA The Brandi Larae Nieto Irrevocable Trust dated May 26, 2015; (2) HW Allen Co., LLC; (3) Andrew S. Allen, as Trustee of The Brandi Larae Nieto Irrevocable Trust dated May 26, 2015, as President of HW Allen Co., LLC, and in his individual capacity; (4) Sheri L. Allen, as Trustee of The Brandi Larae Nieto Irrevocable Trust dated May 26, 2015 and in her individual capacity; (5) The Trust Attorneys & Counselors at Law, PLC; (6) Todd F. Hudgins;- March 8, 2024 | **Deposition - Zoom** |
| | | |
| | **American Arbitration Association:** 01-23-0004-1042-Arbitration between **Omary-Flaurent Juhudi** v. Texas Trucks of Houston, LLC-March 26, 2024 | **Testify - Zoom** |
| | | |
| | **Oklahoma:** CJ-2022-2324-Tulsa County; **Orion Path, LLC** v. Paul Nguyen and Nguyen Win Properties LLC-Judge William LaFortune-March 27, 2024 | **Qualified to Testify in Person** |
| | | |
| | **Oklahoma:** PB-2023-957-Tulsa County: Estate of Bobby Walker; Judge Kurt Glassco-May 8 & 9, 2024 | **Qualified to Testify in Person** |
| | | |
| | **New York:** 2020-179/C Clinton County Civil – Estate of Jerome Favreau – Judge Willaim A. Favreau – May 14, 2024 | **Qualified to Testify - Teams** |
| | | |
| | **Oklahoma:** PB-22-1274 – Tulsa County: In the Matter of the Estate of Glenn Eugene Smith, Jr. – Judge Kurt Glassco-May 23, 2024 | **Qualified to Testify - Teams** |
| | | |
| | **Oklahoma:** CJ-2023-559 – Cleveland County: **Angel L. Garrido Buenrostro** v. Matthew Ricky Pacheco – Judge Thad Balkman – August 13, 2024 | **Qualified to Testify in Person** |

| | | |
|---|---|---|
| **2024 Contd** | **American Arbitration Association:**  01-24-0002-3407 – Brandon and Tavia Foster v. Cronin Auto, Inc. – August 14, 2024 | **Testify - Zoom** |
| | | |
| **2023** | **Arizona**:  PB20220248, Arizona Superior Court, County of Pima, In the Matter of the Estate of Val Alexander, Motion in Limine/Daubert-Honorable Kyle Bryson – March 7, 2023 | **Qualified to Testify** |
| | | |
| | **Oklahoma:**  CJ-2019-5494, Oklahoma County; **Frazer Bank, Plaintiff,** Gregory Zeiders, Defendant, April 6, 2023<br>**Court Date:  June 12, 2023; Honorable Judge Natalie Mai** | **Deposition by Video**<br><br><br><br>**Qualified to Testify in Person** |
| | | |
| | **Arizona**: PB20220248, Arizona Superior Court, County of Pima, In the Matter of the Estate of Val Alexander, Motion in Limine/Daubert-Honorable Kyle Bryson – May 12, 2023 | **Qualified to Testify from Daubert hearing on March 7, 2023** |
| | | |
| | **New York**:  810693/2022 Erie Supreme Court, Buffalo NY; **Parks** vs. Millender; Hon. Craig D. Hannah; May 22, 2023 | **Qualified to Testify - Zoom** |
| | | |
| | **Florida**:  2004-1685-SP-23 Miami-Dade County Court, Florida; Chase Manhattan Bank v. **Jose J. Morales**; Judge Linda Singer Stein; May 24, 2023 | **Qualified to Testify - Zoom** |
| | | |
| | **New Jersey**:  MON-L-1034-22 Monmouth County Superior Court of NJ; **Caso** v. Grippi; Honorable Judge Andrea L. Marchall, J.S.C.-June 8, 2023 | **Qualified to Testify – Zoom Jury Trial** |
| | | |
| | **Maryland:**  CAE-22-18777 – Circuit Court for Prince George's County; Arleta D. Davis v. Estate of Donald Cecil Johnson, Sr., Deceased v. Thomas C. Johnson, Jr. – October 9, 2023 | **Videographed at D&R in OKC – Deposition for playback in Court on October 19, 2023** |
| | | |
| | **Texas**:  A210157-C 128th District Court, Orange TX – **Sanna** v. Dreamland – Judge Courtney Arkeen; October 24, 2023 | **Qualified to Testify in Person** |
| | | |
| | **Oklahoma:**  PB-2023-26 Pawnee County – In the Matter of Badgwell III, David Phillip – Judge Patrick Pickerill – November 1, 2023 | **Qualified to Testify In Person** |
| | | |

| 2023 Contd | **Florida:** 2023-001248-FC-04 Miami-Dade Circuit Court – Family Division - Jiang V. Colina – November 2, 2023 | **Deposition - Zoom** |
|---|---|---|
| | | |
| | **Pennsylvania:** Court of Common Pleas of York County, Clerk of Orphans Court – File #: 6720-0393 RE: Estate of Edward W. Emswiler, Judge Clyde Vedder – November 20, 2023 | **Qualified to Testify by Zoom** |
| | | |
| | **Texas:** District Court of Tyler County Texas – File #: PR-09812 – Estate of Betty Joyce Hinsley – Judge Milton Powers – December 13, 2023 | **Qualified to Testify In Person** |
| | | |
| 2022 | **Arkansas:** 26PR-21-614 Garland County, Probate Division / **Parker Family Trust Emily Reynolds** v. Jerry Alan Parker, Individually and in his Fiduciary capacity as Co-Trustee of the Parker Family Irrevocable Trust, and William David Parker, Individually and in his Fiduciary Capacity as Co-Trustee of the Parker Family Irrevocable Trust– Judge Ralph Ohm; March 30, 2022 | **Qualified to Testify by Zoom** |
| | | |
| | **Oklahoma:** PB-2021-71 – Seminole County, Wewoka OK - Probate Hearing regarding John J. Nichols – Judge Brett Butner – April 25, 2022 | **Qualified to Testify** |
| | | |
| | **Oklahoma:** CV-2020-107 – McIntosh County, Eufaula OK – **Paul A. Wood, Revocable Living Trust**, v. Ricky Dale crawley, Peggy Ann Gwin, David Gwin, Cindy Jean Curtis, and Larry Crawley – Judge Brendon Bridges – June 8, 2922 | **Qualified to Testify** |
| | | |
| | **Oklahoma:** CJ-2019-279 – Wagoner County OK – **William T. Malicke** v. Merced & Catalina Becerra, husband and wife, and Ellen Becerra, an individual - June 10, 2022 | **Deposition** |
| | | |
| | **Oklahoma:** PB-2021-334 Cleveland County, In the Matter of the Estate of Wanda K. Price, Deceased - Judge Thad Balkman – August 30, 2022 | **Qualified to Testify** |
| | | |
| | **Ohio:** 21CVH06-4387 and 21CVH12-7940 Consolidated Franklin County Common Pleas Court, Columbus, OH / **The Lord Jesus Christ's Church** v. Crockett, et al. – November 29, 2022 – Magistrate Hunt. | **Qualified to Testify by Video** |
| | | |

| 2021 | **Oklahoma**: FD-2012-77 Choctaw County OK – Preston Michael Pierce v. **Toni Kay Pierce** – Judge Gary Brock – April 27, 2021 | **Qualified to Testify** |
| | | |
| | **Texas**: A210157-C 128th District Court, Orange TX – **Sanna** v. Dreamland – Judge Courtney Arkeen; June 9, 2021 | **Qualified to Testify by Video** |
| | | |
| 2020 | **Oklahoma**: FD-2012-77 Choctaw County OK - Preston Michael Pierce v. **Toni Kay Pierce** – February 26, 2020 | **Deposition** |
| | | |
| 2019 | **Oklahoma**: CV-2017-18 Atoka County OK – **James Edward Walker a/k/a James E. Walker** v. Shae Wilson now Shae Reeves, and William Walker, Jr. – Judge Paula Inge; May 20, 2019 – appeared for court hearing: case settled. December 4, 2018, in Daubert Motion | **Qualified to testify** |
| | | |
| | **Georgia**: 18-CV-058 Mitchell County GA Superior Court – Matthew Pierce and Tyrone Jones v. **Danny Jones** – Assigned Judge Lawton Heard/Judge Kevin Chason; Attorneys: Valerie Williams and **James Edg**e – October 24/25, 2019; | **Qualified to testify** |
| | | |
| | **Oklahoma**: PB-2019-00001, Seminole County, OK-In the Matter of the Estate of Beatrice Wilson, Deceased – Motion in Limine/Daubert-Judge Timothy Olsen – April 5, 2019 | **Qualified to Testify** |
| | | |
| 2018 | **Oklahoma**: PB-2017-00070 Cherokee County OK – **Paul T. Roach**, Deceased – Judge Mark Dobbins – Attorney Janice Purcell, Tahlequah OK June 20, 2018 | **Qualified to testify** |
| | | |
| | **Oklahoma**: PB-2018-00022 LeFlore County – **Harold Edward Statham**, Deceased – Judge Marion D. Fry – Attorney, Desmond Sides, Poteau OK; September 20, 2018 Case settled October 9, 2018 | **Deposition** |
| | | |
| | **Arkansas**: SC-2011-187 Van Buren County, Arkansas – Laura Lee Rhine v. **Seeco, Inc**; **Terra Land Services Inc**– Judge Troy Braswell – Attorney, Edward Morgan; November 15, 2018; | **Qualified to testify** |
| | | |
| | **Oklahoma**: CV-2017-18 Atoka County OK – **James Edward Walker a/k/a James E. Walker** v. Shae | **Qualified to testify** |

| | | |
|---|---|---|
| | Wilson now Shae Reeves, and William Walker, Jr. – Judge Paula Inge; December 4, 2018, **Daubert Motion** – The judge ruled favorably on Daubert Motion and qualified me to testify. Case has settled. | |
| | | |
| | **Oklahoma**: CJ-2018-00287 Creek County – CDCLARUE Industries Inc. v. **Tinsley, Peggy** – Judge Lawrence W. Parish; December 13, 2018, | <u>**Qualified to testify**</u> |
| | | |
| **2017** | **Arizona** Superior Court: CV2012-070072 – Sandra L. Lehman v. **Paul Fussell** – Judge Susan Brnovich – Maricopa County; February 21, 2017, | <u>**Qualified to Testify**</u> |
| | | |
| | **Oklahoma**: CIV-16-271-RAQ Federal Court, Amy Leigh Earls, Individually and as a Personal Representative of the **Estate of Daniel Wallace Earls, Deceased** v. Town of Arkoma, et al., - March 2, 2017 | <u>**Deposition**</u> |
| | | |
| | **Oklahoma**: PB-2017-0005 – Estate of **James Ledbetter**, Deceased – Judge Cynthia Ferrell Ashwood – Lincoln County; March 27, 2017 | <u>**Qualified to testify**</u> |
| | | |
| | **Arkansas**: 04CV-15-1301 – **Vicki Kline** v. PHH Mortgage Corporation – Deposition: May 18, 2017, by telephone at Duncan Public Library<br>Court: Judge John Scott, Division 4 – Bentonville AR, Benton County; September 18, 2017 | <u>**Deposition**</u><br><br><br><u>**Qualified to Testify**</u> |
| | | |
| | **Texas**: 2016-0364M-CV 97th Judicial District Montague TX – the Estate of Catherine Powell Rattan, Deceased **Freddie Louis Frazier** v. Donna Lee Frazier Wrangham – June 29, 2017 – Judge Jack A. McGaughey; Attorney Brandon Earp, Bowie TX. Montague County | <u>**Qualified to Testify**</u> |
| | | |
| | **Texas**: 30991-2 District County Court at Law #2 – Estate of **Gary Wayne Davis**, Deceased – Judge Pamela C. Sirmon – Attorney Janis Alexander Cross, Amarillo TX – Potter County | <u>**Qualified to testify**</u> |
| | | |
| **2016** | **Louisiana** 32nd Judicial District: 168026 – **Paula Rutledge** v. Robert Rutledge – Judge David Arceneaux – Parish of Terrebonne | <u>**Qualified to Testify**</u> |
| | | |
| **2015** | **Oklahoma**: CJ-2014-3876 **Jennifer Robinson** v. Alysia Gay – Judge Roger Stuart; Oklahoma County; October 22, 2015 | <u>**Qualified to testify**</u> |

|  | **Missouri**:  10AFPR00229 **Page G. Schumacher Estate** – Taney County | **Deposition** |
|---|---|---|
|  |  |  |
| **2012** | **Oklahoma**:  PB-2012-00017 **Jerry Newman** – Judge G. Brent Russell Stephens County; July 17, 2012 | **Qualified to testify** |
|  |  |  |
| **2010** | **Oklahoma**:  SC-2009-01546 **Mark Truett**/Precision Auto LLC Pottawatomie County | **Qualified to testify** |
|  |  |  |
| **2009** | **Oklahoma**:  CJ-06-00058 Warren, Ray v. **Warren Manufacturing Inc** Okmulgee County | **Qualified to testify** |
|  |  |  |
| **2008** | **Kansas**: Steven Harwood, Whispers Video | **Qualified to testify** |
|  |  |  |
|  | *CANADA TESTIMONY and DEPOSITION* | |
|  |  |  |
| **2023** | La Cour Du Quebec, Chambre Civile – 10057223 – 0F438285KV557432G v. Andrew Lipscombe 760-22-011942-201, Madame Justice – March 21, 2023 | **Qualified to Testify-Video Appearance** |
|  |  |  |
|  | Provincial Court of Alberta (Civil), Action number P2202900042 - Derrick Wiebe (operating as Wiebe's Construction v. David James Senuk – Justice Andreassen – March 30, 2023 | **Qualified to Testify-Video Appearance** |
|  |  |  |
|  | Provincial Court of British Columbia-North Vancouver-File #2127167; Michael Rohland, Claimant and **Inga Zane** – Justice R. Hamilton – June 20, 2023 | **Qualified to Testify-Video Appearance** |
|  |  |  |
|  | Supreme Court of British Columbia-Vancouver Registry-S204453; VLC-S-S-204453; **Neil David Warren** and Brian William Warren-Estate of Doris Warren; Justice Doyle – August 30, 2023 | **Qualified to Testify-Video Appearance** |
|  |  |  |
|  | Superior Court of Justice-Ontario-Drew v. Drew 2023 ONSC 2612-CV-20-0192-00; Justice F.B. Fitzpatrick-April 27 and April 28, 2023shear | **Report accepted** |
|  |  |  |
| **2022** | Supreme Court of Newfoundland and Labrador-202101G6401-**James Cummings** v. The Town of North River et al; Judge J. Handrigan; Clerk: Mona Walsh; February 18, 2022 | **Qualified to Testify-Video Appearance** |
|  |  |  |
|  | Small Claims:  Isaac v. 1079259 B.C. Ltd., 2022 BCCRT 459; April 21, 2022; Shelley Lopez, Vice Chair; | **Testified through Affidavit** |

| | | |
|---|---|---|
| | 2022 BCSC 1550 Supreme Court of British Columbia – Hu v. Lee; Juan Hu, Claimant, Daryl Lee Respondent, Madame Justice Forth; July 8, 2022 | **Qualified to Testify-Video Appearance** |
| | | |
| **2022 Contd** | Superior Court of Justice – Toronto- CV-190062434-000000; Gangoo et al v. Toronto Standard Condominium Corporation No 1737 et al-Justice Black; October 31 and November 1, 2022 | **Qualified to Testify-Video Appearance** |
| | | |
| | Court of Appeal for British Columbia – Sigzeen Integrated Solutions Inc v. Muttucomaroe 2022 BCCA 422, December 8, 2022, Honourable Mr. Justice Grauer | **Testified through Affidavit** |
| | | |
| **2021** | 2021 ONSC 6689 (CANlii) 01-3675/18 Ontario Superior Court of Justice – In the Matter of the Estate of Rosalba Di Nunzio, Deceased between: **Lucia Di Nunzio** and Teresa Di Nunzio and Robert Di Nunzio – Deposition April 13, 2021.  Ruling date:  10-08-2021; Judge L.A. Pittillo J | **Qualified to testify by Affidavit** |
| | | |
| | 2021 Re/Max v 2452303 Ontario Inc. et. Al, 2022 ONSC 776 Ontario Superior Court of Justice – CV-18-1231-00 – Justice Shaw – February 9 & 10, 2021 | **Qualified to Testify-Video Appearance** |
| | | |
| | CV-14-117930-00 Ontario Superior Court of Justice – Newmarket Court- **Owala** v. Makary Justice S. Woodley – June 2, 2021 | **Qualified to Testify-Video Appearance** |
| | | |
| | FS-17-17367 Ontario Superior Court of Justice – Windsor – Sobieraj v. **Karpenko** – Justice Pam Hebner – June 16, 2021 | **Qualified to Testify-Video Appearance** |
| | | |
| | 2101-06419 Court of Queen's Bench of Alberta Calgary– **Ernst P. Waud III and Chase Steer v.** Marilyn J. Dawson-Dixon; September 20, 2021 | **Deposition** |
| | | |
| | CV-19-00618833-0000 Ontario Superior Court of Justice – Robin Seligman and **1285310 Ontario Limited and Sonia Lafontaine also known as Sonia Lafontaine Froom;** October 6, 2021 | **Deposition** |
| | | |
| | 2021 ONSC 6395 (CANlii) Ontario Superior Court of Justice; Pristine Homes (Belle Aire) Inc v. Saida Mohamed Nur; Justice Steele; September 27, 2021 | **Testimony by Affidavit** |
| | | |

| | | |
|---|---|---|
| | 2021 (CANlii) 19659 Nova Scotia Union of Public & Private Employees v. Conway Workshop Association heard November 3, 2020; Award March 15, 2021; Arbitrator Bruce P. Archibald, Q.C. | **Testimony by Affidavit** |
| | | |
| **2020** | 18-1706 Williams Lake Registry British Columbia Canada – Sawran Badesha v. **Harpreet Kaur**; Attorney Jenna C. Davis; Judge:  P. D. Whyte; January 28, 2020; Appeared in court electronically through D&R Recording Oklahoma City OK | **Qualified to Testify-Video Appearance** |
| | | |
| | 455-22005076-187 2020 QCCQ 3629 Court of Quebec-District of Bedford Cowansville – Redibase Inc v. **Heather Croghan;** Judge Martin Te'Treault, J.C.Q. September 8, 2020 | **Testimony by Affidavit** |
| | | |
| | 2020 BCSE 2091 (CANlii) Superior Court of Justice of British Columbia Registry: New Westminster; Cadwell Estate v. Martin; Judgment 12-31-2020 Justice Skolrood; Cadwell Estate v. Martin 2021 BCSE 1089 (CANLII) Justice Verheeven; | **Testimony by Affidavit in both** |
| | | |
| | 2020 ONSC 8047 (Canlii) Heard, Ontario Superior Court of Justice; Canning v Bento Court File No. 19-71249 Justice Sheard-October 1, 2020 | **Report entered and accepted into trial & accepted by Justice Sheard** |
| | | |
| | 2020 (CANlii) 97896 (SKLRB) before Chair Susan C. Amrud, Q.C. per Saskatchewan Employment Act, December 4, 2020 LRB File No. 148-20 | **Testimony by Affidavit** |
| | | |
| **2019** | SC-18-0882-0000  Brampton Ontario Small Claims Court **Ontario Inc (Simranjeet Garcha)** v. JAL Truck Centre Ltd, Canadian Flatbeds Ltd and TARP Systems Ltd, Paralegals: **Kimberley Covey** and William Tackaberry, Deputy Judge Greene October 28, 2019 | **Qualified to Testify-Video Appearance** |
| | | |
| | CV-16-126303-00 Ontario Superior Court – Modestina D'Agostino by POA  Cosimo D'Agostino and **Sonia D'Agostino** and The Royal Bank; Attorney, Susan Jane von Achten; the Honourable Mr. Justice de Sa as Judge; December 6, 2019 | **Testimony by Affidavit** |
| | | |
| **2018** | 3104/17 Ontario Superior Court of Justice, Toronto, Ontario Canada – **Janet Moore and Robert Lamers** v. Konstantin Lysenko 7595611 Dina Blumkin 8761078 Canada Corp; January 12, 2018 | **Deposition by Skype** |

| | | |
|---|---|---|
| | 05-100/16 Ontario Superior Court of Justice – In the Estate of Headley Samuel Tulloch – Carmen Martanda and David Tulloch, John Tulloch, Nicola Sharon Rajaratnam, Cameron Alexander Tulloch, Savannah Rose Tulloch, The Office of the Children's Lawyer, and Anneta Hunter; | **Testimony by Affidavit** |
| | | |

### BAHAMAS TESTIMONY

| | | |
|---|---|---|
| | | |
| **2021** | Commonwealth of the Bahamas, in the Supreme Court, in the matter of the Wills Act, Chapter 115, Court number:  2019/PRO/fpo/00005, Last Will and Testament of Edward Palonek **Thomas Jusdanis,** and Christine Amanda Palonek and Samantha Eve Palonek, Judge: Petra Hanna-Adderly; April 8, 2021 | **Qualified to Testify by Zoom** |
| | | |

### BERMUDA TESTIMONY

| | | |
|---|---|---|
| **2021** | **Commission of Inquiry into Historic Losses of Land-** Evidentiary Hearing of Claim #015-March 26, 2021 | **Qualified to Testify by Zoom** |

*Updated:  September 20, 2024*

Q1

1. CLEARLY TOLD HER MONEY WAS TO HELP HER HAVE GET LIFE TOGETHER.

2. GUIDELINES ARE BASED ON LTV OR SALE PRICE DEPENDING ON IF IT WAS NEW OR USED YAMAHA.

3. FINANCE DEPARTMENT WAS SONIA ENTIRE TIME DONNA WAS OUR BUYER DURING 2016.

4. TYLER BRADY, SONIA, ANDY, ROD WERE THE ONLY ONES IN THE TOWER IN 2016 DURING DONNA BUYING TIME.

* (NICK PETERSON STARTED BACK IN JAN 31st, 2017, HIS PREVIOUS DATES WERE (2014 - 5-7-15) WHY WOULD DONNA SAY HE WAS IN TOWER WHEN HE WASNT EVEN EMPLOYED WITH US AT JHAT TIME.

* (BENTLY REDBURN - WORKED AT YAMAHA FROM APRIL 2015 to AUG 2015 AND RETURNE TO BIG RED AND DID NOT WORK IN YAMAHA AGAIN UNTIL JAN 31st 2017 HE WAS NOT EMPLOYED AT YAMAHA DURING DONNAS BUYING DURING 2016.

# Q1

5. SAYS BIG RED TOWER...
REMEMBER IT SAYING CURRENTLY IN
TOWER CREATED INVOICES....
WAS AT BIG RED & MITSU/YAMAHA....
SAID ELLIOTT (IM NEVER ONLY ONE IN TOWER)
STORY SEEMS TO START TO GO ROGUE -

6. SAYS I PLAYED HER
- TIME LINE SHOWS SHE SET ME UP
FROM DAY ONE WITH DOING BIBLE
STUDY W/ HER & JOANE....
CAVED → I HANDED MONEY TO HELP AND SHE [32]
DIDNT    CRIED & SAID THANK YOU. [33]
FLINCH   SHE SHOWED ME SHE WAS EXTREMELY [34]
TAKING   GRATEFUL FOR HELP. WAS NEVER TOLD [35]
HELP     NO OR I WOULDNT HAVE GIVEN. PERIOD [36]
FROM
ME!
7. [37] DIDNT GIVE MONEY EVERY TIME. DURING
~~XXXXXXXXXXXXXXXX~~
HELPING PERIOD. PUTTING NAME IN
'COMMENT TO CREDIT ANYLIST BOX'
IS NORMAL AND TEXTING OR CALLING
WHEN SUBMITTING IS NORMAL. 90% OF
TIME CUSTOM IS ON OUR SHOWROOM
FLOOR WAITING. WE WANT TO GET
IT APPROVED FAST.
QUESTIONABLE LOANS "SOMETIMES"
GIVE ME A BREAK. EVERYONES
CREDIT IS DIFFERENT. (LOL) THEY BUY
0-624 SC

# Q1

Line 48  Mullins knew there were a <u>few</u> loans

Line 49  that were questionable, which she approved

Line 50  ~~anyway~~ anyway.

Line 51  (this has to be a joke)

Line 52  8.  JANUARY - APRIL  (#)

Line 53  9.  NO PER LOAN FEE BECAUSE SHE

Line 54  WAS NEVER PAID TO DO A LOAN. <u>PERIOD.</u>

Line 55  10.  I KNEW DONNA WAS STRAPPED

Line 56  BECAUSE SHE TOLD ME EVERY DAY!

Line 57  WHEN I GAVE HER MONEY SHE

Line 58  EXPLAINED IN DETAIL HOW SHE

Line 59  WAS CLEANING HER LIFE UP & FIXING

Line 60  PROBLEMS. SHE NEVER TURNED DOWN A

Line 61  DOLLAR OR I GLADLY WOULDNT NEVER

Line 62  OFFERED A DOLLAR AGAIN. SHE NEVER MENTION

Line 63  HER JOB ONCE WHEN I GAVE HER MONEY

Line 64  TO HELP HER OR I WOULD'VE STOPPED

Line 65  IMMEDIATELY. IT NEVER HAD ANYTHING

Line 66  TO DO WITH WORK. EVER.

Line 67  11.  I CALLED DONNA JUST LIKE I

Line 68  WOULD CALL ANY LOAN OFFICER.

Lie 69  AND OK. EMP CREDIT UNION NEVER

Line 70  CUT US OFF... WE STILL USE THEM TODAY.

# Q1

12. "THEY" KNOW MULLINS LOST HER
JOB BECAUSE OF THE INVOICES. SHE
NEVER MENTIONED INVOICES UNTIL MONTHS
LATER. SHE ONLY TOLD ME THAT I
CAN REMEMBER SAYING I GAVE HER
MONEY, ~~SHE~~ SHES A LIAR.

13. IF THE YAMAHA IS NEW....
THE ONLY INVOICE ANYONE COULD EVER
HAVE IS THE INVOICE THE TRUCKER
GAVE US FROM YAMAHA WHEN THEY
WOULD DROP THEM OFF IN CRATES IN
THE BACK. ONLY A PARTS INVOICE.
NOT A DEALER SALE SHEET INVOICE.

LINE 2.... DONNA SAID SHE NEVER
SAW INVOICES ASSOCIATED W/LOANS.

AS SHE CLOSES... SHE STATES THE
INVOICE SHE VIEWED WAS NOT AN ACTUAL
YAMAHA INVOICE, SHE SAID "THEY DONT
LOOK LIKE THAT "...

THEN STATES IT WAS GENERATED BY
SOMEONE IN THE SALES TOWER.
CLEARLY SHES LYING THROUGH
HER TEETH.

# Q1

Line 94 — OUR DEALERSHIPS NOW OPERATE ON

Line 95   THIS MOTTO "MONEY IS MADE ON THE BUY"

Line 96 — WE PAY A SCALE OF $100 ~ $500

Line 97   ON EACH COMMISSION. WE EXPECT

Line 98   40 CARS TO BE PURCHASED EACH

Line 99   WEEK FROM EACH BUYER.

Line 100 — NOT EVERY CAR NEEDS TO BE

Line 101   PURCHASED TO SELL RETAIL. WE CAN

Line 102   BUY FOR WHOLESALE. AND WE WOULD

Line 103   LIKE A 35 RETAIL / 5 WHOLESALE

Line 104   SPLIT WEEKLY. (FROM EACH BUYER)

Linde 105  — WE ARE STARTING A WEEKLY REPORT OF YOUR BU

Line 106 — WE EXPECT CARS TO BE PURCHASED

Line 107   WITH UNDER 120K MILES IF SOLD RETAIL.

Line 108   ANYTHING OVER 120K MILES MUST

Line 109   BE BID TO MAKE MONEY WHOLESALE.

Line 110   WITHIN THE EXCEPTION OF GREAT

Line 111   RUNNING CARS & TRUCKS UNDER THE

Line 112   PRICE RANGE OF $5000 THAT ARE

Line 113   RETAILABLE.

Line 114   YOU CAN BUY FROM ANY PLACE

Line 115   EXCEPT AUCTIONS. OPEN YOUR MIND

Line 116   AND THINK OUTSIDE THE BOX.

Line 117   PLAN YOUR WORK, WORK YOUR PLAN.

'MONEY IS MADE ON THE BUY' Line 118

Line 119  BUYER GUIDELINES.

Line 120  EVERY CAR MUST BE TEXT TO ANDY & CHRIS

Line 121  STATING L.H.B. , MILES , OK'D AUTOCHECK,

Line 122  AND PICS OR FORWARD A LINK IF ITS

Line 123  FROM CoLa , ALSO STATING RECON

Line 124  AMOUNT IT NEEDS ROUGHLY #.

Line 125  DON'T TEXT FOR A BID. TEXT WHERE YOU

Line 126  HAVE THEM AT. WE WILL SAY "YES" OR "LOWER".

Line 127  STATES TO FOCUS ON. THINK OUTSIDE

Line 128  THE BOX.   — OKLAHOMA    - ARKANSAS

Line 128            — TEXAS

Line 128            = KANSAS

Line 129  (EXAMPLE OF CITY)

Line 130  DALLAS MARKET - 3 HRS AWAY

Line 131  7,117,896 POPULATION (EASY DELIVERY/PICK UP)

Line 132  ~ KNOW EACH AREA OF THE STATE AND

Line 133  THE OPPORTUNITY THAT'S IN THAT CITY TO

Line 134  BUY CARS. AS YOU CAN SEE DALLAS IS

Line 135  HUGE.---- AS WELL AS ALL THE OTHER

Line 136  CITIES IN THESE 3 STATES.

Line 137  ALSO YOUR LOCAL AREA IS LOADED WITH CARS

Line 138  - NORTH TEXAS

Line 139  - AMARILLO

Line 140  - WICHITA FALLS AREA

Line 141  - KANSAS AREAS

Line 142  - LAWTON , ARDMORE , ADA

Line 143  - TULSA , ETC

# K1

*Updated 3-7-16*

02/29/16

**IT IS IMPORTANT FOR HR/PAYROLL TO HAVE YOUR CURRENT ADDRESS/PHONE NUMBER and UPDATED DRIVER LICENSE ON FILE – IF/WHEN THERE IS A CHANGE, PLEASE COMMUNICATE IT WITH US AS SOON AS POSSIBLE!**

Payroll is currently updating all employee files for 2016- Please fill out the following and return by the end of this week. If additional information is needed such as an updated Driver License, we will contact you directly.

Thank You!

**NAME** _ANDY ELLIOTT_        Line 1
Please Print Legibly

**DL#/ EXP DATE** _10 - 17_        Line 2

**ADDRESS** _1912 GUILFORD CT_        Line 3

**CITY/STATE/ZIP** _NORMAN   OK 73072_        Line 4

**CELL PHONE** _918-210-0254_  **2nd Phone** _____        Line 5

**NAME of EMERGENCY CONTACT** _JACQUELINE_        Line 6

**RELATION** _WIFE_        Line 7
Spouse, Parent/Sibling, Friend

**PHONE #** _405- 532- 0789_        Line 8

_____        Line 9
**Employee Signature**

**Date** _March 3, 2016_

# K2



## RUMBLE BIRTHDAY EXPERIENCE REQUEST FORM

211 N. Robinson, Suite 300, Oklahoma City, OK 73102  405.208.4736  f 405.208.4737

Thank you for your interest in the Oklahoma City Thunder mascot, Rumble the Bison. In an effort to service the numerous requests we receive, we ask that you please fill out the following forms **completely**. Your submission of this form represents a request only and does **not** guarantee an appearance. If approved, we cannot guarantee any appearance until 6 weeks prior to your event.  Thank you.

**Line 1**  Name  JACQUELINE ELLIOTT

**Line 2**  Billing Address  1912 GUILFORD CT.

**Line 3**  City  NORMAN    State  OK  Zip  73072

**Line 4**  Billing Telephone  (405) 532-0789

**Line 5**  Contact Name  JACKIE ELLIOTT  Contact Telephone  (405) 532-0789

**Line 6**  Email  elliottjacqueline@live.com

**Line 7**  On-Site Contact Name  Jackie Elliott  On-Site Telephone (cell phone)  (405) 532-0789

**Line 8**  Name of Birthday Person  Ian    ☑ Boy ☐ Girl AGE  3

**Line 9**  Number of Party Participants (up to 25)  25    Age range  ALL AGES

**Line 10**  Possible Dates for Party (Please include alternate dates if possible)  ONLY SEPT. 22ND

**Line 11**  Time of Party: From  2:30  Until  5:30

**Line 12**  Time appearance should start:  4:00 of 4:30  (Appearance is approximately 30 minutes)

**Line 13**  Party Location  OUR HOUSE

**Line 14**  Address  1912 GUILFORD CT.

**Line 15**  City  NORMAN    State  OK  Zip  73072

Check one:  ☒ Birthday Party Experience Fee $400.00
　　　　　　☐ Birthday Experience Kids Club Member Fee $320.00
　　　　　　　Valid Kids Club Number: _____

**Please also allow at least 24 hours for a response to your request as Rumble is constantly on the go and making appearances out of the office.**

**The week prior to your party, Rumble's Assistant will contact you in regards to parking and other accommodations that may be necessary in order to make Rumble's Appearance at your party as exciting and fun as possible.  If there are any special needs or requests, please be sure to alert him prior to the party.**

**On the next page is the Credit Card Authorization form.  We need this filled out completely to consider your request.  Card will only be charged once appearance has been confirmed.**

**We also ask that you please fill out the third page and provide Rumble with detailed directions to your party so he can arrive on time.**

# K3

## Credit Card Authorization



Line 1  Date: 9/10/13

Line 2  **Authorized Charge Amount**    $ 400.00
(Amount to be charged.)

Line 3  Authorization Date: ANYTIME
(Date you would like charge made.)

**Invoice Number/Event:**

Line 4  **Credit Card Information:**  TFCU
        Company Name _____

Line 5  Name on Card  JACQUELINE ELLIOTT

Line 6  Credit Card Number  4494 7706 8714 7671

Line 7  Expiration Date  04/15

Line 8  Address  1912 GUILFORD Cr.
        NORMAN    OK  73072

Line 9  Email Address  ELLIOTTJACQUELINE@LIVE.COM
        (To receive a copy of the receipt)

L10  **Cardholder's Signature:** _____

For billing inquiries, please contact Jon Brooks @ 405-208-4736

Please return form to Jon Brooks by:
Fax: (405) 208-4737   or     Email: jbrooks@thunder-nba.com

11/1/2016

303085829 - Tinker FCU

TranZact - Search Deposit Images

**K4**

Tuesday, November 1, 2016 2:45 PM CT

| Captured Date | Sequence # | HL | Check # | MICR Account | TC | Amount | Branch # | Teller | Depositor Account # |
|---|---|---|---|---|---|---|---|---|---|
| 8/30/2016 | 43038195 | | 1424 | 305003932676 | 0 | $6,812.61 | 6600 | 1386 | |

THE ELLIOTT GROUP LLC
1912 GUILFORD CT
NORMAN, OK 73072-3028

1424

33-1/1020 OK
1273

Line 1

DATE 8/27/16

Line 2  PAY TO THE ORDER OF   ANDREW ELLIOTT                          $ 6,812.61

Line 3  SIX THOUSAND EIGHT HUNDRED TWELVE + 61/100 DOLLARS

Bank of America

ACH R/T 103000017

FOR  SAVINGS ACCT # 521543    Line 4

⑈0014424⑈ ⑆103000017⑆ 305003932676⑈

Date:8/30/2016 3:20 PM8/30/2016
Teller Number:1386
Location ID:6600
Tinker FCU303085829
Deposit Account:

For DEPOSIT ONLY
SAVINGS ACCT #
521543

Line 7   Line 6   Line 5

| Qs | | | | | | |
|---|---|---|---|---|---|---|
| **K1** | | | | | | |
| **K2** | | | | | | |
| **K3** | | | | | | |
| **K4** | | | | | | |

| Qs | ANDY ANDY | ;E, E E, )e/l | ELLIOTT | WAS WHY WITH | DONNA DONNA DURING DAY NORMAL |
|----|-----------|---------------|---------|--------------|-------------------------------|
| K1 | ANDY | 'E | E LLIOTT | WIFE | JACQUELINE |
| K2 | AN | )E | ELLIOTT ELLIOTT Elliotta | FORD HOUSE MAN | AGES ONLY OUR |
| K3 | ANI | E | ELLIOTT ELLIOTT (the number) | ANY NORMAN | NORMAN LIVE.COM |
| K4 | ANDREW | E | ELLIOTT | EIGHT | THOUSAND |