# Timeline of Attorneys and Chris Mayes Receipt and Other Info Re: Elliott's Hand Written Notes

| Date | Event |
|---|---|
| Sept 25, 2020 | Tinker file boxes that contained Elliott handwritten notes picked up from Adams' office by Bock |
| October 6, 2020 | Govt. provides 1st batch of discovery to Mayes which contains 6/17/21 Donna Mullins' 302 |
| August 19, 2021 | Brett Behenna is added to the Google iDrive investigative folder |
| August 23, 2021 | Email from Mayes to V. Behenna, Rodney Hunsinger, and Rachel Jordan with Elliott notes attached. Mayes states: "**I started going through my Tinker file today and came across notes Andy had written in reference to Donna's FBI interview**... These are completely opposite what he told the FBI" |
| August 24, 2021 | Attorney Rodney Hunsinger uploads Elliott's notes to Google iDrive folder. |
| August 31, 2021 | Yellow lined original handwritten notes are uploaded to the Google Drive by Rachel McDanel with Hunsinger law firm and **shared** with everyone on the folder including Brett Behenna |
| November 2, 2021 | Elliot notes are uploaded and stored under the "Exhibits" folder on hard drive by Behenna firm |
| November 3, 2021 | Trial begins. Elliott is not questioned about nor does he testify about handwritten notes. Elliott does not tell government about handwritten notes. |
| February 3, 2025 | Deposition of Andy Elliott |





Rodney Hunsinger shared 486 items
Aug 19, 2021, 2:36:05 PM

- 📄 Big Red - Assignme...
- 📊 2015 NPG-Trident
- 📊 2017 NPG-Trident
- 📄 Big Red--Gooch Bu...
- 🖼️ TRIDENT CK 1191.png
- 📄 Amended and Rest...
- 🖼️ TRIDENT CK 1139.png
- 🖼️ TRIDENT CK 1012.p...
- 🖼️ TRIDENT CK 1037.p...
- 🖼️ TRIDENT CK 1200.p...
- 📄 ELLIOTT INTERVIE...
- 🖼️ TRIDENT CK 1170.p...
- 🖼️ TRIDENT CK 1036.p...

Older

- 📁 New Compliance Pr...
- 📁 Manufacturer Agre...
- 📁 Expert
- 📁 First Investors
- 📁 Hail Loss Claims
- 📁 Correspondence wi...
- 📁 Lien File
- 📁 ACA
- 📁 Investigation File (P...

Show less

➡️ 👤 bb
Viewer